Perfect 10 Inc v. Amazon.com Inc et al

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Doc.

SCANNED

## CIVIL MINUTES-GENERAL

CASE NO. CV 05-04753-NM(RZx)                    Date   7/1/05

TITLE: Perfect 10, Inc. -v- Amazon, Inc., et al

PRESENT:

### HON. NORA M. MANELLA JUDGE

Judith Hurley                              N/A
Deputy Clerk                          Court Reporter

ATTORNEY  FOR PLAINTIFF          ATTORNEY FOR DEFENDANT

N/A                                      N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently assigned to this
Court.   The correct number for this case is now CV 05-04753-NM(RZx). All
subsequent documents filed with the court must reflect this case number. All
documents must be in Times Roman 14 font, pursuant to Local Rule 11-3.1.1. Judge
Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los
Angeles, Ca.  A copy of this Court's Standing Order is enclosed.

Counsel are encouraged to review the Central District's website for additional
information.  The address is "**http://www.cacd.uscourts.gov**".

DOCKETED ON CM

JUL - 7 2005

BY

cc: Counsel of Record

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  JH

007

4

Dockets.Justia.co