UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CASE NO. CV05-04753-NM(RZx)                    DATE 7/5/05

TITLE: Perfect 10, Inc. -v- Amazon, Inc., et al

PRESENT:

HON. NORA M. MANELLA JUDGE

JUDITH HURLEY                    N/A
Deputy Clerk                     Court Reporter

ATTORNEY FOR PLAINTIFF           ATTORNEY FOR DEFENDANT
N/A                              N/A

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for plaintiff's motion for preliminary injunction: opposition to be filed no later than 7/22/05; reply if any to be filed no later than 8/12/05. The motion remains set for hearing on 11/7/05, at 10 am.

cc: Counsel

MINUTES FORM 11

CIVIL-GEN

Initials of Deputy Clerk jh

