1  LAURENCE F. PULGRAM (CSB No. 115163)
   TYLER G. NEWBY (CSB No. 205790)
2  MICHAEL H. RUBIN (CSB No. 214636)
   FENWICK & WEST LLP
3  275 Battery Street, Suite 1600
   San Francisco, CA 94111
4  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
5
   Attorneys for Defendants
6  AMAZON, INC. and A9.COM, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 PERFECT 10, INC., a California      Case No. CV 05-4753 NM (RZx)
   corporation,
12                                     [~~PROPOSED~~] ORDER GRANTING
                Plaintiff,             DEFENDANTS' EX PARTE
13                                     APPLICATION FOR REASONABLE
        v.                             TIME TO OPPOSE PERFECT 10'S
14                                     MOTION FOR PRELIMINARY
   AMAZON, INC., a corporation;        INJUNCTION
15 A9.COM, INC., a corporation; and
   DOES 1 though 10, inclusive         Hearing Date:     Nov. 7, 2005
16                                     Current Opp. Date: July 22, 2005
                Defendants.
17

*NOTE CHANGES MADE BY THE COURT*

[PROPOSED] ORDER RE PLAINTIFF'S *EX PARTE* MOT. FOR REASONABLE TIME TO OPP. MOT. FOR PRELIM. INJUNCTION

CASE NO. CV 05-4753 NM (RZx)

LODGED 2005 JUL 15 PM 3:20 CLERK U.S. DIST. CT. CENTRAL DIST. OF CALIF. LOS ANGELES

FILED CLERK, U.S DISTRICT COURT JUL 19 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

DOCKETED ON CM JUL 19 2005 BY

Dockets.Justia.com

The Court has reviewed and considered Defendants' *Ex Parte* Application for Reasonable Time to Oppose Plaintiff's Motion for Preliminary Injunction and the Declaration of Michael H. Rubin submitted in support thereof. [The Court has also reviewed and considered the Opposition filed by Plaintiff to Defendants' *Ex Parte* Application.]

Good cause appearing therefor, the Court hereby GRANTS *in part* Defendants' *Ex Parte* Motion and hereby orders as follows:

1. Defendants shall file and serve their Opposition to Plaintiff's Motion for Preliminary Injunction no later than ~~September 26~~ *August 22*, 2005;

2. Plaintiff shall file and serve its Reply to Defendant's Opposition no later than ~~October 17~~ *September 12*, 2005;

3. The hearing for Plaintiff's pending Motion for Preliminary Injunction shall remain on calendar and unchanged for November 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July *18*, 2005

NORA M. MANELLA
UNITED STATES DISTRICT JUDGE