Perfect 10 Inc v. Amazon.com Inc et al                                                                          Doc. 2



1 | TOWNSEND AND TOWNSEND AND CREW LLP
2 | Mark T. Jansen (State Bar No. 114896)
  | Anthony Malutta (State Bar No. 193587)
3 | Megan M. Chung (State Bar No. 232044)
  | Two Embarcadero Center, 8th Floor
  | San Francisco, California 94111
4 | Telephone: 415.576.0200
  | Facsimile: 415.576.0300
5 |
  | Attorneys for Defendants
6 | AMAZON.COM, INC. and A9.COM, INC.
7 |

8 |

9 |

10 |

11 |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

12 | PERFECT 10, INC., a California
   | corporation,
13 |
   |                     Plaintiff,
14 |
   |           v.
15 |
   | AMAZON, INC., a corporation;
16 | A9.COM, INC., a corporation; and
   | DOES 1 through 10, inclusive,
17 |
   |                     Defendants.
18 |

Case No. CV05-4753 NM (RZx)

**STIPULATION AND [PROPOSED] ORDER TO CHANGE CAPTION TO REFLECT CORRECT NAME OF AMAZON.COM, INC.**

19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |



DOCKETED ON CM

AUG 1 0 2005

BY _____ 007

Dockets.Justia.com

1    IT IS HEREBY STIPULATED, by and between the parties hereto, through their

2  respective counsel, that Plaintiff Perfect 10 intended to sue Amazon.com, Inc. which it

3  mistakenly named and identified as "Amazon, Inc." in the Complaint.  The parties

4  jointly stipulate and request that the Court enter an order amending the caption to

5  replace "Amazon, Inc." with "Amazon.com, Inc." to accurately reflect the names of the

6  defendants in the instant action.

7

8  DATED:  August __8__, 2005          MITCHELL SILBERBERG & KNUPP LLP

9

10

11                                        By: _____
                                             Jeffrey D. Goldman
12                                        Attorney for Plaintiff
                                          PERFECT 10, INC.
13

14

15  DATED:  August __8__, 2005          TOWNSEND AND TOWNSEND AND CREW LLP

16

17

18                                        By: _____
                                             Mark T. Jansen
19                                        Attorney for Defendants
                                          AMAZON.COM, INC. and A9.COM, INC.
20

21        IT IS SO ORDERED.

22  DATED:  August __9__, 2005

23                                        _____
                                          United States District Judge Nora Manella
24

25  60552120 v1

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, Los Angeles, California 90064-1683.

On August 8, 2005, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CHANGE CAPTION TO REFLECT CORRECT NAME OF AMAZON.COM, INC.** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Mark T. Jansen, Esq.
Anthoney Malutta, Esq.
Megan M. Chung, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Fax: 415-576-0300

☐ **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ **BY FAX:** Instead of placing a copy of the document in a sealed envelope,] I sent a copy of the above-described document(s) via telecopier to each of the individuals set forth above, at the following facsimile telephone numbers:

☐ **BY OVERNIGHT MAIL:** I deposited the above-described document(s) with ___ in the ordinary course of business, by depositing the document(s) in a box regularly maintained by ____ or delivering the document(s) to an authorized driver for the carrier, in an envelope designated by the carrier with delivery fees provided for, addressed as shown above.

☐ **BY PERSONAL DELIVERY:** I caused personal delivery by First Legal Support Service of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at , Los Angeles, California 90064-1683 in the ordinary course of business.

Executed on August 8, 2005, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jennifer Gaines

Mitchell
Silberberg &
Knupp LLP