

| | |
|---|---|
| 1  TOWNSEND AND TOWNSEND AND CREW LLP<br>   Mark T. Jansen (State Bar No. 114896)<br>2  Anthony Malutta (State Bar No. 193587)<br>   Megan M. Chung (State Bar No. 232044)<br>3  Two Embarcadero Center, 8th Floor<br>   San Francisco, California 94111<br>4  Telephone: 415.576.0200<br>   Facsimile: 415.576.0300<br>5<br>   Attorneys for Defendant<br>6  AMAZON.COM, INC. and A9.COM, INC.<br>7<br>8<br>9                    UNITED STATES DISTRICT COURT<br>10                    CENTRAL DISTRICT OF CALIFORNIA<br>11                         WESTERN DIVISION<br>12  PERFECT 10, INC., a California | Case No. CV05-4753 NM (RZx) |
| corporation, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 13              Plaintiff, | |
| 14    v. | |
| 15  AMAZON, INC., a corporation;<br>16  A9.COM, INC., a corporation; and<br>    DOES 1 through 10, inclusive, | |
| 17              Defendants. | |

SEND — BY FAX

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. CV05-4753 NM (RZx)

11320993 trf - 8/8/2005 2:13:34 PM



DOCKETED ON CM
AUG 10 2005
BY ___ TC ___ 007
23

Dockets.Justia.com

1    NOTICE IS HEREBY GIVEN that, effective immediately, defendants
2    Amazon.com, Inc. and A9.com, Inc. hereby substitute as their counsel of record
3    Mark T. Jansen, Anthony Malutta, and Megan M. Chung of Townsend and Townsend
4    and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111,
5    telephone 415.576.0200 and facsimile 415.576.0300, in place of Lawrence F. Pulgram,
6    Tyler G. Newby and Michael H. Rubin of Fenwick & West LLP. Notices, pleadings,
7    orders, rulings, and any other documents served in this action should be directed to
8    Townsend and Townsend and Crew LLP at the above address.

10   Defendant Amazon.com, Inc. consents to this substitution.

11   DATED: August 2, 2005          AMAZON.COM, INC.

13                                  By: _____

15   Defendant A9.Com, Inc. consents to this substitution.

16   DATED: August 2, 2005          A9.COM, INC.

18                                  By: _____

20   Townsend and Townsend and Crew LLP accepts this substitution.

22   DATED: August 2, 2005          TOWNSEND AND TOWNSEND AND CREW LLP

24                                  By: _____
                                        Mark T. Jansen
                                        Anthony Malutta
25                                      Megan M. Chung

| | |
|---|---|
| 1 | Fenwick & West LLP consents to this substitution. |
| 2 | DATED: August 5, 2005        FENWICK & WEST LLP |
| 3 | |
| 4 | By: _[signature]_____ |
| 5 | |
| 6 | |
| 7 | 60551871 v1 |

# CERTIFICATE OF SERVICE

I, Linda M. Tan, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On August 8, 2005, I served the following document(s): **NOTICE OF SUBSTITUTION OF COUNSEL** on the parties in this action

( ) By Mail: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

( ) By Federal Express: I am "readily familiar" with the firm's practice of collection and processing of correspondence for Federal Express. Under that practice it would be deposited with Federal Express on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. CCP §1013(c).

( ) By Personal Service by Messenger: I caused such documents to be placed in an envelope and given to an employee of First Legal Support Services with instructions to hand deliver such envelope to the below-referenced address on August 8, 2005. Fed. Rule Civ. Proc. 5(b).

(x) By Facsimile: On August 8, 2005, the document was transmitted by facsimile transmission from facsimile machine number (415) 576-0300 to the following persons at the following fax numbers:

Russell J. Frackman
Jeffrey D. Goldman
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
*Fax: 310.312.3100*

Jeffrey N. Mausner
Berman, Mausner & Resser
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025-1742
*Fax: 310.473.8303*

Daniel J. Cooper
Perfect 10, Inc.
72 Beverly Park Drive
Beverly Hills, CA 90210
*Fax: 310.205.9638*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2005, at San Francisco, California.

_____
Linda M. Tan