08/09/2005 10:15 FAX 4155760300
Case 2:05-cv-04753-AHM-SH   Document 24   Filed 08/09/2005   Page 1 of 3
Perfect 10 Inc v. Amazon.com Inc et al									Doc. 24
☒002/004

```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    Mark T. Jansen (State Bar No. 114896)
 2  Anthony Malutta (State Bar No. 193587)
    Megan M. Chung (State Bar No. 232044)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: 415.576.0200
    Facsimile: 415.576.0300
 5
    Attorneys for Defendants
 6  AMAZON.COM, INC. and A9.COM, INC.
 7
 8
 9                UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11
12  PERFECT 10, INC., a California          Case No. CV05-4753 NM (RZx)
    corporation,
13                                          [PROPOSED] ORDER GRANTING
                                            SUBSTITUTION OF COUNSEL FOR
14              Plaintiff,                  DEFENDANTS AMAZON.COM, INC.
         v.                                 AND A9.COM, INC.
15
    AMAZON, INC., a corporation;
16  A9.COM, INC., a corporation; and
    DOES 1 through 10, inclusive,
17
              Defendants.
18
```

FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BY FAX

LODGED

DOCKETED ON CM
AUG 10 2005
BY ___ 007

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
Case No. CV05-4753 NM (RZx)
11321055 v1 - 8/9/2005 10 18 38 AM

24

1  Defendants Amazon.com, Inc. and A9.com, Inc. seek to substitute as their
2  counsel of record Mark T. Jansen, Anthony Malutta, and Megan M. Chung of
3  Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor,
4  San Francisco, California 94111, telephone 415.576.0200 and facsimile 415.576.0300,
5  in place of Lawrence F. Pulgram, Tyler G. Newby and Michael H. Rubin of Fenwick &
6  West LLP. A written substitution of attorney signed by Defendants and the attorneys
7  was filed.

8  IT IS HEREBY ORDERED that the substitution is GRANTED. The Clerk of
9  the Court shall direct all documents filed in this action to Townsend and Townsend and
10 Crew LLP at Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

13 DATED: August 9, 2005

Nora M. Manella
United States District Judge

60559010 v1

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
Case No. CV05-4753 NM (RZx)

1

11321055 trf - 8/9/2005 10 18.38 AM

# CERTIFICATE OF SERVICE

I, Linda M. Tan, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On August 9, 2005, I served the following document(s): **[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS AMAZON.COM, INC. AND A9.COM, INC.** on the parties in this action

( ) By Mail: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

( ) By Personal Service by Messenger: I caused such documents to be placed in an envelope and given to an employee of First Legal Support Services with instructions to hand deliver such envelope to the below-referenced address on August 9, 2005. Fed. Rule Civ. Proc. 5(b).

(x) By Facsimile: On August 9, 2005, the document was transmitted by facsimile transmission from facsimile machine number (415) 576-0300 to the following persons at the following fax numbers:

Russell J. Frackman
Jeffrey D. Goldman
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: 310.312.2000
*Fax: 310.312.3100*

Jeffrey N. Mausner
Berman, Mausner & Resser
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025-1742
Tel: 310.473.3333
*Fax: 310.473.8303*

Daniel J. Cooper
Perfect 10, Inc.
72 Beverly Park Drive
Beverly Hills, CA 90210
Tel: 310.205.9817
*Fax: 310.205.9638*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2005, at San Francisco, California.

*Linda Tan*
———————————
Linda M. Tan

PROOF OF SERVICE
Case No. CV05-4753 NM (RZx)

11321055 tif - 8/9/2005 10 18 38 AM