**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Amazon, Inc., et al<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 05-4753 NM (RZx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |
|---|---|

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

AUG 16 2005
_____          _____
Date                             United States District Judge
                                 A. Howard Matz

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____          _____
Date                             United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _____CV 02-7624 AHM (SHx)_____ and the present case:

☐ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Zarefsky_____ to Magistrate Judge _____Hillman_____.

On all documents subsequently filed in this case, please substitute the initials _____AHM (SHx)_____ after the case number in place of the initials of the prior judge, so that the case number will read _____CV 05-4753 AHM (SHx)_____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (07/05)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

ENTERED ON CM 8/17/05

dockets.Justia.com