UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Matz_

From: _Terry R. Baker_, Deputy Clerk      Date Received: _08/22/2005_

Case No.: _CV 05-4753 AHM (SHx)_  Case Title: _Perfect 10 Inc -v- Amazon Inc_

Document Entitled: _OPPOSITION AND DECLARATION TO PI MOTION et al,_
_or see attached face pages_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☒ FRCvP Rule 5(d)      No proof of service attached to document(s)
☐ Other: _____

FILED
CLERK, US DISTRICT COURT
AUG 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEND

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_8-23-05_                          _[signature]_
Date                               U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

_____                    _____
Date                               U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

DOCKETED ON CM
AUG 24 2005
BY ___ 007     31

Dockets.Justia.co

```
TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony J. Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DECLARATION MARK T. JANSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2005<br>Time: 10:00 a.m.<br><br>The Hon. A. Howard Matz<br>Courtroom 14 |

I, Mark T. Jansen, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a partner in the law firm of Townsend and Townsend and Crew LLP ("Townsend"), and am attorney of record for defendants Amazon.com, Inc. and A9.com, Inc. ("Amazon") in this action. This declaration is submitted in support of Amazon's motion to stay this action until mediation of the related Google action, or in the alternative to consolidate this action. The following facts are within my personal knowledge and I would be competent to testify to them if called herein as a witness.

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV05-4753 AHM (SHx) <br><br> **DECLARATION OF JONATHAN LEBLANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: November 7, 2005 <br> Time: 10:00am <br><br> The Hon. A. Howard Matz <br> Courtroom 14 |

I, Jonathan Leblang, declare as follows:

1. I am Vice President of Product Development of Defendant A9.com, Inc. ("A9"). I am responsible for managing the development and operation of the A9 Website. Prior to joining A9, I worked as Vice President of Web Services for Alexa Internet where I oversaw the Alexa website and toolbar. Before Alexa Internet, I held several positions at Amazon.com, including Director, Payment Systems; Senior Program Manager, Books; and Program Manager, Cross-Site Initiatives. Prior to joining Amazon, I worked for The MITRE Corporation for more than 10 years in posts including principal engineer and consultant. I earned my Bachelor's Degree in

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony J. Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DECLARATION OF ANTHONY DAVID IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2005<br>Time: 10:00 a.m.<br><br>**The Hon. A. Howard Matz**<br>**Courtroom 14** |

I, Anthony David, declare as follows:

1. I am the coordinator of Automated Litigation Support at Townsend and Townsend and Crew LLP ("Townsend"). I am responsible for technical support for litigation. I have worked for Townsend in this capacity for approximately 18 months. I have worked in the field of litigation support services for 8 years. The following facts are within my personal knowledge and I could and would be competent to testify to them if called as a witness in this matter.

2. I was provided with a chart, taken from Exhibit 22 of the Declaration of Norm Zada in Support of Plaintiff's Motion for Preliminary Injunction ("Zada Decl."),

1 | TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
2 | Anthony J. Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
3 | Two Embarcadero Center, 8th Floor
San Francisco, California 94111
4 | Telephone: 415.576.0200
Facsimile: 415.576.0300
5
Attorneys for Defendants
6 | AMAZON.COM, INC. and A9.COM, INC.
7
8
         UNITED STATES DISTRICT COURT
9
         CENTRAL DISTRICT OF CALIFORNIA
10
                  WESTERN DIVISION
11

12 | PERFECT 10, INC., a California     Case No. CV05-4753 AHM (SHx)
    corporation,
13                                      **DEFENDANT'S MEMORANDUM OF
                Plaintiff,              POINTS AND AUTHORITIES IN
14                                      OPPOSITION TO PLAINTIFF'S
         v.                             MOTION FOR PRELIMINARY
15                                      INJUNCTION**
    AMAZON.COM, INC., a corporation;
16  A9.COM, INC., a corporation; and    Date:   November 7, 2005
    DOES 1 through 10, inclusive,       Time:   10:00 a.m.
17
                Defendants.             The Honorable A. Howard Matz
18                                      Courtroom 14

[Stamp: RECEIVED BUT NOT FILED AUG 2 2 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION]

[Stamp: FAXED]

[Stamp: ORIGINAL]

1  TOWNSEND AND TOWNSEND AND CREW LLP
   Mark T. Jansen (State Bar No. 114896)
2  Anthony Malutta (State Bar No. 193587)
   Megan M. Chung (State Bar No. 232044)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: 415.576.0200
   Facsimile: 415.576.0300
5
   Attorneys for Defendants
6  AMAZON.COM, INC. and A9.COM, INC.
7
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION

12  PERFECT 10, INC., a California        Case No. CV05-4753 AHM (SHx)
    corporation,
13
                     Plaintiff,
14                                        NOTICE OF RELATED CASES
          v.
15
    AMAZON.COM, INC., a corporation;
16  A9.COM, INC., a corporation; and
    DOES 1 through 10, inclusive,
17
                     Defendants.
18

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony J. Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DECLARATION OF KAREN RESSMEYER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2005<br>Time: 10:00 a.m.<br><br>The Hon. A. Howard Matz<br>Courtroom 14 |

I, Karen Ressmeyer, declare as follows:

1. I am Corporate Counsel for Defendant Amazon.com, Inc. ("Amazon"). I am responsible for copyright and other related legal matters in the Amazon Legal Department. I have worked for Amazon in this capacity for over seven years. I am readily familiar with Amazon's policies and practices regarding protection of third-party intellectual property rights. The following facts are within my personal knowledge and I could and would be competent to testify to them if called as a witness in this matter.

## AMAZON'S COPYRIGHT POLICY

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DEFENDANTS' [PROPOSED] ORDER RE PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2005<br>Time: 10:00 a.m.<br><br>**The Hon. A. Howard Matz**<br>**Courtroom 14** |