# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Matz__

From: __Terry R. Baker__, Deputy Clerk    Date Received: __08/22/2005__

Case No. __CV 05-4753 AHM (SHx)__ Case Title: __Perfect 10 Inc. -v- Amazon.com Inc.__

Document Entitled: __Notice of Motion & Motion to stay action; Memorandum; Declaration; Proposed Order.__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☒ FRCvP Rule 5(d)     No proof of service attached to document(s)
- ☐ Other: _____

SEND

FILED
CLERK, U.S. DISTRICT COURT
AUG 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                     U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__8-23-05__                  __[signature]__
Date                         U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

DOCKETED ON CM
AUG 25 2005
BY __TL__  007

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

38

Dockets.Justia.com

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ACTION OR ALTERNATIVELY, FOR CONSOLIDATION**<br><br>Date: September 12, 2005<br>Time: 10:00 a.m.<br><br>**The Hon. A. Howard Matz<br>Courtroom 14** |

Please take notice that at 10:00 a.m. on September 12, 2005, or as soon thereafter as the Court may hear this motion in Courtroom 14, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendants Amazon.com, Inc. and A9.com, Inc. (jointly "Amazon") shall and hereby do move this Court for an order staying the instant case in its entirety until conclusion of the first-filed related action *Perfect 10, Inc. v. Google, Inc., et al*, Case No. 04-09484 AHM (SH). This motion to stay is based on the fact that Amazon relies entirely on Google, Inc. ("Google") to supply Amazon with the Internet research results that Perfect 10 claims are infringements, and that Amazon's liability if

TOWNSEND AND TOWNSEND AND CREW LLP
Mark T. Jansen (State Bar No. 114896)
Anthony Malutta (State Bar No. 193587)
Megan M. Chung (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendants
AMAZON.COM, INC. and A9.COM, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STAY ACTION UNTIL CONCLUSION OF FIRST FILED RELATED ACTION OR ALTERNATIVELY FOR CONSOLIDATION**<br><br>Date:        September 12, 2005<br>Time:       10:00 a.m.<br>Judge:     The Hon. A. Howard Matz<br>Courtroom: 14 |

```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    Mark T. Jansen (State Bar No. 114896)
 2  Anthony J. Malutta (State Bar No. 193587)
    Megan M. Chung (State Bar No. 232044)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: 415.576.0200
    Facsimile: 415.576.0300
 5
    Attorneys for Defendants
 6  AMAZON.COM, INC. and A9.COM, INC.
 7
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION
12  PERFECT 10, INC., a California    Case No. CV05-4753 AHM (SHx)
    corporation,
13                                    DECLARATION MARK T. JA[NSEN]
                                      IN SUPPORT OF DEFENDAN[T'S]
14              Plaintiff,            MOTION TO STAY OR IN TH[E]
                                      ALTERNATIVE TO CONSOL[IDATE]
15        v.                          THIS ACTION
16  AMAZON.COM, INC., a corporation;  Date: September 12, 2005
    A9.COM, INC., a corporation; and  Time: 10:00 a.m.
17  DOES 1 through 10, inclusive,
                                      The Hon. A. Howard Matz
18              Defendants.           Courtroom 14
19
20
21        I, Mark T. Jansen, declare as follows:
22        1.    I am an attorney licensed to practice law in the State of California, a[nd]
23  partner in the law firm of Townsend and Townsend and Crew LLP ("Townsend")[. I]
24  am attorney of record for defendants Amazon.com, Inc. and A9.com, Inc. ("Ama[zon"])
25  in this action. This declaration is submitted in support of Amazon's motion to st[ay this]
26  action until mediation of the related Google action, or in the alternative to conso[lidate]
27  this action. The following facts are within my personal knowledge and I would [be]
28  competent to testify to them if called herein as a witness.
```

DECLARATION OF MARK T. JANSEN
Case No. CV05-4753 AHM (SHx)

1  TOWNSEND AND TOWNSEND AND CREW LLP
   Mark T. Jansen (State Bar No. 114896)
2  Anthony Malutta (State Bar No. 193587)
   Megan M. Chung (State Bar No. 232044)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: 415.576.0200
   Facsimile: 415.576.0300
5
6  Attorneys for Defendants
   AMAZON.COM, INC. and A9.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV05-4753 AHM (SHx)<br><br>**DEFENDANTS' [PROPOSED] ORDER RE STAY**<br><br>Date: September 12, 2005<br>Time: 10:00 a.m.<br><br>The Hon. A. Howard Matz<br>Courtroom 14 |