```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    Mark T. Jansen (State Bar No. 114896)
 2  Anthony Malutta (State Bar No. 193587)
    Megan M. Chung (State Bar No. 232044)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: 415.576.0200
    Facsimile: 415.576.0300
 5
    Attorneys for Defendants
 6  AMAZON.COM, INC. and A9.COM, INC.
 7
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION
12  PERFECT 10, INC., a California      )  Case No. CV05-4753 AHM (SHx)
    corporation,                        )
13                                      )  [PROPOSED] ORDER GRANTING
                    Plaintiff,          )  APPLICATION TO FILE THE
14                                      )  DECLARATION OF JONATHAN
              v.                        )  LEBLANG IN SUPPORT OF
15                                      )  DEFENDANTS' OPPOSITION TO
    AMAZON.COM, INC., a corporation;    )  PLAINTIFF'S MOTION FOR
16  A9.COM, INC., a corporation; and    )  PRELIMINARY INJUNCTION AS A
    DOES 1 through 10, inclusive,       )  MATTER OF RIGHT PURSUANT
17                                      )  TO FED.R.CIV.P. 24(a) UNDER
                    Defendants.         )  SEAL
18
                                           Date: November 7, 2005
19                                         Time: 10:00 a.m..

20                                         The Honorable A. Howard Matz
                                           Courtroom 14
21
22
23
24
25
26
27
28
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send  ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FAXED

[PROPOSED] ORDER GRANTING APPLICATION TO FILE THE DECLARATION
OF JONATHAN LEBLANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL
PURSUANT TO FED.R.CIV.P. 24(a)
Case No. CV05-4753 AHM (SHx)

DOCKETED ON CM
AUG 26 2005
BY ___ 007

44

1  AMAZON.COM, INC. and A9.COM, INC.'s application under Local Rule 79-
2  5.1 to file the Declaration of Jonathan Leblang in Support of Defendants' Opposition to
3  Plaintiff's Motion to For Preliminary Injunction under seal pursuant to Fed.R.Civ.P.
4  24(a) is hereby GRANTED.

Dated: AUG 2 5 2005

_____
United States District Court Judge

60571733 v1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE THE DECLARATION
OF JONATHAN LEBLANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL
PURSUANT TO FED.R.CIV.P. 24(a)
Case No. CV05-4753 AHM (SHx)