UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) ✓ | Date: September 19, 2005 |
| Title: | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** PERFECT 10, INC. v. AMAZON.COM, INC., et al. |

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Jeffrey N. Mausner  
Daniel J. Cooper

Attorneys Present for Defendants:  
Mark T. Jansen  
Anthony J. Malutta

**Proceedings:** DEFENDANTS' MOTION TO STAY ACTION OR, ALTERNATIVELY, FOR CONSOLIDATION [Filed 8/25/05]; non-evidentiary

Cause called; appearances made. Also present is Andrew Bridges, attorney for defendant Google, Inc.

Court issues tentative ruling and hears oral argument. For reasons stated on the record, the Court GRANTS IN PART and DENIES IN PART the above motion filed in CV05-4753-AHM (SHx): *Perfect 10, Inc. v. Amazon.Com, Inc., et al.* The Court specifically denies the request to stay action and grants the request to consolidate CV05-4753-AHM (SHx): *Perfect 10, Inc. v. Amazon.Com, Inc., et al.* with CV04-9484-AHM (SHx): *Perfect 10, Inc. v. Google, Inc., et al.*

Court continues plaintiff's motion for preliminary injunction in CV2004-9484-AHM (SHx) from October 31, 2005 to **November 7, 2005 at 10:00 a.m.** to be heard with plaintiff's November 7, 2005 motion for preliminary injunction in CV05-4753-AHM (SHx).

Court also sets a further consolidated scheduling conference for **November 21, 2005 at 1:30 p.m.**



Initials of Preparer