UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV04-9484-AHM (SHx)<br>CV05-4753-AHM (SHx) | Date November 7, 2005 |
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with**<br>PERFECT 10, INC. v. AMAZON.COM, INC., et al. |

Present: The Honorable  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner<br>Daniel J. Cooper<br>Russell J. Frackman | Andrew P. Bridges<br>Jennifer ?<br>Anthony J. Malutta<br>James G. Gilliland, Jr. |

**Proceedings:** (1) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Filed 8/24/05 in CV04-9484];
(2) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Filed 7/1/05 in CV05-4753]
(3) DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF NORMAN ZADA [Filed 9/28/05]
(4) ELECTRONIC FRONTIER FOUNDATION'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* [Filed 10/13/05]; non-evidentiary

Cause called; appearances made.

Court issues draft outline and questions counsel.  For reasons stated on the record, the Court GRANTS Electronic Frontier Foundation's Motion for Leave to File *Amicus Curiae* and DENIES Defendant's Motion to Strike the Declaration of Norman Zada above.

Court also GRANTS the request for judicial notice and DENIES the *Ex Parte* Application to File a Sur-Reply.  The proposed Sur-Reply will be stamped "PLACED IN FILE NOT USED."

Court takes UNDER SUBMISSION both of Plaintiff's Motions for Preliminary Injunction above.

: 0/

- Initials of Preparer