Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) ✓ | Date | November 17, 2005 |
|---|---|---|---|

Title    PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** <br> PERFECT 10, INC. v. AMAZON.COM, INC., et al.

Present: The Honorable    A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**     (IN CHAMBERS)

On the Court's own motion, the Court hereby continues the Further Consolidated Scheduling Conference from November 21, 2005 to **December 12, 2005 at 1:30 p.m.**



Initials of Preparer    PMW