# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) | Date | November 29, 2005 |
|---|---|---|---|

Title: PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** PERFECT 10, INC. v. AMAZON.COM, INC., et al.

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Jake Yerke | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**        (IN CHAMBERS)

On the Court's own motion, the Court hereby continues the Further Consolidated Scheduling Conference from December 12, 2005 **to January 10, 2006 at 1:30 p.m.**

DOCKETED ON CM
NOV 3 0 2005

Initials of Preparer

CV-90 (06/04)                    CIVIL MINUTES - GENERAL                         Page 1 of 1

Dockets.Justia.co