Priority    Send ✓    Enter ~~Doc.~~ 6   Closed    JS-5/JS-6    JS-2/JS-3    Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES - GENERAL

| Case No. | CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) ✓ | Date | January 5, 2006 |
|---|---|---|---|

| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** <br> PERFECT 10, INC. v. AMAZON.COM, INC., et al. |
|---|---|

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Jake Yerke | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, the Court hereby vacates the January 10, 2006 Further Consolidated Scheduling Conference. The Court will reset the scheduling conference after it rules on the pending preliminary injunction motions.



Initials of Preparer

dockets.Justia.co