1  Russell J. Frackman (State Bar No. 49087)
   Jeffrey D. Goldman (State Bar No. 155589)
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Daniel J. Cooper (State Bar No. 198460)
   PERFECT 10, INC.
6  72 Beverly Park Dr.
   Beverly Hills, California 90210
7  Telephone: (310) 205-9817
   Facsimile: (310) 205-9638
8
   Jeffrey N. Mausner (State Bar No. 122385)
9  BERMAN, MAUSNER & RESSER
   11601 Wilshire Boulevard, Suite 600
10 Los Angeles, California 90025-1742
   Telephone: (310) 473-3333
11 Facsimile: (310) 473-8303

12 Attorneys for Plaintiff
   PERFECT 10, INC.

13

14                       UNITED STATES DISTRICT COURT

15                      CENTRAL DISTRICT OF CALIFORNIA

16

17  PERFECT 10, INC., a California         ) Case No. CV 05-4753 AHM (SHx),
    corporation,                           ) [consolidated with Master File No. CV
18                                         ) 04-9484 AHM (SHx)]
                                           )
19              Plaintiff,                 ) PLAINTIFF PERFECT 10, INC.'S
         vs.                               ) NOTICE OF APPEAL TO THE
20                                         ) UNITED STATES COURT OF
    AMAZON.COM, INC., a corporation;       ) APPEALS FOR THE NINTH
21  A9.COM, INC., a corporation; et al.,   ) CIRCUIT;
                                           )
22              Defendants.                ) REPRESENTATION STATEMENT
                                           )
23                                         )
                                           ) PRELIMINARY INJUNCTION
24  _____  ) APPEAL

25

26

27

28

NOTICE OF APPEAL; REPRESENTATION STATEMENT

## NOTICE OF APPEAL

Notice is hereby given that Perfect 10, Inc., ("Perfect 10"), plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

1) The District Court's order, as set forth in its Civil Minutes entered on February 22, 2006, denying Perfect 10's Motion for Preliminary Injunction against Amazon.com, Inc. and A9.com, Inc., a true and correct copy of which is attached hereto as Exhibit 1.

2) The District Court's Order Granting In Part and Denying In Part Perfect 10's Motion for Preliminary Injunction Against Google, entered in this case on February 21, 2006, a true and correct copy of which is attached hereto as Exhibit 2, upon which the order regarding Amazon.com and A9.com is based.

Dated: March 20, 2006

Respectfully submitted,

BERMAN, MAUSNER & RESSER
A Law Corporation

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

## REPRESENTATION STATEMENT

The undersigned represents Perfect 10, Inc., plaintiff and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: March 20, 2006

Respectfully submitted,

BERMAN, MAUSNER & RESSER
A Law Corporation

By: *Jeffrey N. Mausner* (signature)
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

| | |
|---|---|
| 1 | **SERVICE LIST FOR REPRESENTATION STATEMENT** |
| 2 | Defendants/appellees: |
| 3 | 1. Amazon.com Inc. and A9.com Inc. |
| 4 | 2. Google Inc. |
| 5 | Counsel for defendants and appellees Amazon.com and A9.com: |
| 6 | Mark T. Jansen |
| 7 | Anthony J. Malutta<br>Megan M. Chung |
| 8 | Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, Eighth Floor |
| 9 | San Francisco, CA 94111-3834<br>Telephone: 415-576-0200 |
| 10 | Facsimile: 415-576-0300 |
| 11 | Counsel for defendants and appellees Google Inc.: |
| 12 | Andrew P. Bridges |
| 13 | Jennifer A. Golinveaux<br>Susan Lee |
| 14 | Winston & Strawn LLP<br>101 California Street, Suite 3900 |
| 15 | San Francisco, CA. 94111-5894<br>Telephone: (415) 591-1000 |
| 16 | Facsimile: (415) 591-1400 |
| 17 | Michael S. Brophy, Esq.<br>Winston & Strawn LLP |
| 18 | 333 South Grand Ave., 38th Floor<br>Los Angeles, CA 90071-1543 |
| 19 | Telephone: 213-615-1700<br>Facsimile: 213-615-1750 |
| 20 | |
| 21 | Plaintiff and appellant: |
| 22 | Perfect 10, Inc. |
| 23 | Counsel for plaintiff and appellant Perfect 10: |
| 24 | Russell J. Frackman<br>Jeffrey D. Goldman |
| 25 | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 26 | Los Angeles, CA 90064-1683<br>Telephone: (310) 312-2000 |
| 27 | Facsimile: (310) 312-3100 |
| 28 | (continued on next page) |

NOTICE OF APPEAL; REPRESENTATION STATEMENT                                   4

| | |
|---|---|
| 1 | Daniel J. Cooper |
| 2 | PERFECT 10, INC.<br>72 Beverly Park Dr.<br>Beverly Hills, California 90210 |
| 3 | Telephone: (310) 205-9817<br>Facsimile: (310) 205-9638 |
| 4 | |
| 5 | Jeffrey N. Mausner |
| 6 | BERMAN, MAUSNER & RESSER<br>11601 Wilshire Boulevard, Suite 600 |
| 7 | Los Angeles, California 90025-1742<br>Telephone: (310) 473-3333 |
| 8 | Facsimile: (310) 473-8303<br>E-mail: JeffMausner@bmrlaw.com |

**NOTICE OF APPEAL; REPRESENTATION STATEMENT**   5


# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600, Los Angeles, CA 90025-1742.

On March 20, 2006, I served the foregoing document(s) described as follows:

**PLAINTIFF PERFECT 10, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT**

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

Andrew P. Bridges
Jennifer A. Golinveaux
Susan Lee
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA. 94111-5894

Mark T. Jansen
Anthony J. Malutta
Megan M. Chung
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eight Floor
San Francisco, CA 94111-3834

Michael S. Brophy, Esq.
Winston & Strawn LLP
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071-1543

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **March 20, 2006,** at Los Angeles, California

BY: _____
Victoria Rapoport

BERMAN, MAUSNER & RESSER
A LAW CORPORATION