Perfect 10 Inc v. Amazon.com Inc et al                                                                                                    Doc. 7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) | Date | March 30, 2006 |
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** <br> PERFECT 10, INC. v. AMAZON.COM, INC., et al. | | |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**Present: The Honorable** A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Jake Yerke | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**    (IN CHAMBERS)

On the Court's own motion, the Court hereby continues the Further Consolidated Scheduling Conference from April 3, 2006 to **April 17, 2006 at 1:30 p.m.**



DOCKETED ON CM
MAR 3 0 2006
BY _____ 077

Initials of Preparer 

---

CV-90 (06/04)                              CIVIL MINUTES - GENERAL                              Page 1 of 1

Dockets.Justia.co