FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON
U.S. COURT OF APPEALS
MAR 23 2006

06-55405

FILED _____
DOCKETED _____
DATE          INITIAL

**CASE INFORMATION:**
Short Case Title: PERFECT 10 V. AMAZON.COM.
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name: Central California, L.A., Hon. A. Howard Matz
Criminal and/or Civil Case No.: CV 05-4753-AHM
Date Complaint/Indictment/Petition Filed: 06/29/2005
Date Appealed order/judgment *entered*: 2/22/06
Date NOA *filed*: 3/20/06
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/20/06                    Date Docket Fee Billed: _____
Date FP granted: _____                    Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                       Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                               Appellee Counsel:

Jeffrey N Mausner                                Andrew P. Bridges
Berman Mausner and Resser                        Winston and Strawn
11601 Wilshire Boulevard, Suite 600              101 California Street, Suite 3900
Los Angeles 90025-1742                           San Francisco, Ca 94111-5894
Tel: 310-473-3333 Fax: 310-473-8303
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____       *Please attach appointment order.*

DOCKETED ON CM
MAR 30 2006
BY ____ 032

**DEFENDANT INFORMATION**
Prisoner ID _____                         Address:
Custody _____
Bail _____

(()) Duplicate (()) Duplicate (())
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
3/20/2006 3:20:13 PM  Receipt #: 83390
Cashier : ENAKADA [LA 1-1]
Paid by: BERMAN, MAUSNER AND RESSER
2:CV05-04753
2006-086900         Appeals Filing Fees(1)
Amount :                          $105.00

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____        9th Circuit Docket Number _____

2:CV05-04753
2006-510000Judicial Services ($150.00)(1)
Amount :                          $150.00

Name & Phone Number of Person Completing this Form: G. HUNT
                                                    213-894-3570

Check Payment : 21912 /           255.00

Total Payment :                   255.00

A-8 (08/02) (CA9-014)            NOTICE OF APPEAL NOTIFICATION FORM

(= NO REFUNDS WITHOUT WHITE RECEIPT =)

73

Dockets.Justia.com