UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | CV04-9484-AHM (SHx) <br> CV05-4753-AHM (SHx) | **Date** | April 17, 2006 |
| **Title** | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** <br> PERFECT 10, INC. v. AMAZON.COM, INC., et al. | | |

**Present: The Honorable**  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey N. Mausner
Russell J. Frackman

Attorneys Present for Defendants:

Andrew P. Bridges
Jennifer A. Golinveaux
Michael Kwun

**Proceedings:** (1) FURTHER CONSOLIDATED SCHEDULING CONFERENCE
(2) HEARING ON PRELIMINARY INJUNCTION ORDER

Cause called; appearances made. Also present is Magistrate Judge Stephen J. Hillman.

Court issues tentative Preliminary Injunction Order and questions counsel. The parties are to submit via email a red-lined version of the proposed preliminary injunction order. The parties are also advised of the possible retention of a court-appointed special advisor.

Court orders the parties to meet and confer regarding a possible stay of discovery and to notify the Court of the outcome of their discussions.

As a result of the pending appellate briefing schedule, the Court declines to set any pretrial and trial dates at this time.



DOCKETED ON CM
APR 18 2006
BY _____ 142

Initials of Preparer