# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 05-4753 AHM (SHx) consolidated with CV 04-9484 AHM (SHx) |
| Date | June 15, 2006 |
| Title | PERFECT 10, INC. v. AMAZON, INC., et al. consolidated with PERFECT 10, INC. v. GOOGLE, INC. |

Present: The Honorable  A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

No Appearance                                             No Appearance

**Proceedings:**        In Chambers

Defendant Google, Inc. has filed an *ex parte* application which, read in light of its proposed order, seeks to stay the enforcement of that portion of the May 19, 2006 Preliminary Injunction which requires Google to "permanently remove" infringing thumbnails from its servers. Google seeks a stay pending the parties' cross-appeals to the Ninth Circuit. Alternatively, Google seeks a temporary stay to afford it the opportunity to seek a stay from the Ninth Circuit under Federal Rule of Appellate Procedure 8 and Ninth Circuit Local Rule 27-2. Plaintiff Perfect 10 has opposed such relief unless Google accepted other conditions.

The Court GRANTS a temporary stay to permit Google to apply to the Ninth Circuit for a stay of the preliminary injunction.[1] Under Ninth Circuit Local Rule 27-2, Google has five days from the date of this Order to file its application to the Ninth Circuit. Thus, the stay shall remain in effect until June 23, 2006. If Google files an application with the Ninth Circuit by that date, the stay shall remain in effect until the Ninth Circuit rules upon that application.

Initials of Preparer

---

[1] Docket No. ____.

| | | |
|---|---|---|
| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |

DOCKETED ON CM
JUN 19 2006
BY

dockets.Justia.com