```
TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
ANTHONY J. MALUTTA (State Bar No. 193587)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
```

☐ ORIGINAL

Attorneys for Defendants
AMAZON.COM, INC. AND
A9.COM, INC.

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,,<br><br>Defendants. | Case No. CV04-9484 AHM (SHx)<br>Case No. CV05-4753 AHM (SHx)<br><br>**STIPULATION FOR ORDER ADVANCING HEARING ON DEFENDANTS AMAZON.COM, INC.'S AND A9.COM, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FOURTH CLAIM OF RELIEF (CIRCUMVENTION OF COPYRIGHT PROTECTIONS SYSTEMS)** |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Date: July 23, 2007<br>Time: 10:00 a.m.<br>The Hon. A. Howard Matz<br>Courtroom 14 |

STIPULATION FOR ORDER ADVANCING HEARING ON DEFS AMAZON COM'S AND A9 COM'S MFJ - 4TH CFR
CASE NO CV04-9484 AHM (SHx)
CASE NO CV05-4753 AHM (SHx)

Dockets.Justia.co

1       The parties hereto, Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendants
2 Amazon.com, Inc. and A9.com, Inc. ("Amazon") through their counsel of record
3 stipulate to have the following briefing schedule and for advancement of hearing on
4 Amazon's accompanying Motion for Judgment on the Pleadings as to the Fourth Claim
5 for Relief (for Circumvention of Copyright Protection Systems), lodged herewith, so
6 that the motion is heard on July 23, 2007, in conjunction with the previously set hearing
7 in the consolidated action *Perfect 10, Inc. v. Google, Inc.*, on Google's Motion for
8 Judgment on the Pleadings as to the identical fourth claim for relief against Google.
9       Good cause for the requested joinder, and advancement of hearing on Amazon's
10 motion is shown by the following:
11       WHEREAS, Google, Inc. ("Google") on June 29, 2007, filed and served its
12 motion for judgment on the pleadings pursuant to F.R.C.P. Rule 12(c) to have
13 dismissed the fourth claim for relief asserted by Perfect 10 against Google, titled
14 "Circumvention of Copyright Protection Systems," (hereafter the "Google Motion");
15       WHEREAS, the hearing on the Google Motion is set for July 23, 2007;
16       WHEREAS, Amazon believes that the fourth claim for relief asserted against it
17 by plaintiff is virtually identical to the fourth claim for relief against Google challenged
18 by Google and is subject to dismissal on a motion for judgment for the pleadings for the
19 same reasons as set forth in the Google Motion;
20       WHEREAS, Amazon has lodged herewith its written notice of motion and
21 motion for dismissal of the fourth claim for relief pursuant to F.R.C.P. Rule 12(c), and
22 has not filed its own memorandum of points and authorities but is relying on the
23 argument already made by Google in its motion filed and served on June 29, 2007;
24       WHEREAS, Plaintiff is willing to have its Response to the Google Motion,
25 which plaintiff filed and served on July 6, 2007, also serve as its response to Amazon's
26 motion, based on the fact that Amazon is not submitting any new memorandum of
27 points and authorities in support of its motion, with any separate reply brief to be filed
28 and served by Amazon, not later than Monday, July 16 and to not exceed four pages;

STIPULATION FOR ORDER ADVANCING HEARING ON DEFS AMAZON COM'S AND A9 COM'S MFJ - 4TH CFR     - 1 -
CASE NO CV04-9484 AHM (SHx)
CASE NO CV05-4753 AHM (SHx)

1     WHEREAS, advancement of the Amazon motion for hearing on July 23, 2007 in conjunction with the already-scheduled hearing on the Google Motion will not inconvenience the Court and will provide for more efficient administration of justice.

    Accordingly, the parties stipulate to entry of an order in the following form:

    1.   Advancement of the Amazon motion for hearing on July 23, 2007 in conjunction with the already-scheduled hearing on the Google Motion will not inconvenience the Court and will provide for more efficient administration of justice;

    2.   Amazon's Notice of Motion and Motion for Judgment on the Pleadings as to the Fourth Claim for Relief against it lodged herewith and already served upon counsel for Plaintiff, shall be filed and set for hearing on July 23, 2007 at 10:00 a.m. in conjunction with the already scheduled hearing on a similar motion filed by Google;

    3.   Amazon is relying on the Motion for Judgment on the Pleadings previously filed by Google on June 29, 2007, and Google's supporting memorandum of points and authorities to support of Amazon's Motion;

    4.   Perfect 10's Response to the Google Motion, filed and served on July 6, 2007, shall be deemed also its response to the Amazon motion;

    5.   Amazon may, but is not required, to file a reply not to exceed four pages by not later than Monday, July 16, 2007.

    IT IS SO STIPULATED:

DATED: July 9, 2007     BERMAN, MAUSNER & RESSER

By: _____
JEFFREY N. MAUSNER

Attorneys for Plaintiff
Perfect 10, Inc.

IT IS SO ORDERED
Dated _____
United States District Judge

///
///
///
///

| | |
|---|---|
| 1 | DATED: July 10, 2007.  TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | |
| 3 | By: _____ |
|   | MARK T. JANSEN |
| 4 | ANTHONY J. MALUTTA |
| 5 | Attorneys for Defendants |
|   | AMAZON.COM, INC. AND A9.COM, INC. |

STIPULATION FOR ORDER ADVANCING HEARING ON DEFS AMAZON COM'S AND A9 COM'S MFJ - 4TH CFR   - 3 -
CASE NO. CV04-9484 AHM (SHx)
CASE NO CV05-4753 AHM (SHx)

## PROOF OF SERVICE

I, Linda M. Tan, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On July 10, 2007, I served the following document(s): **STIPULATION FOR ORDER ADVANCING HEARING ON DEFENDANTS AMAZON.COM, INC.'S AND A9.COM, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FOURTH CLAIM OF RELIEF (CIRCUMVENTION OF COPYRIGHT PROTECTIONS SYSTEMS)** on the parties in this action

(X) By Mail: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

(x) [By Electronic Transmission]: I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed below.

| | |
|---|---|
| Russell J. Frackman<br>Jeffrey D. Goldman<br>Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683<br>Tel: 310.312.2000<br>*Fax: 310.312.3100*<br>JDG@msk.com | Jeffrey N. Mausner<br>Berman, Mausner & Resser<br>21800 Oxnard St., Suite 910<br>Woodland Hills, CA 91367<br>Tel: 310.617.8100<br>Fax: 818.716.2773<br>JeffMausner@bmrlaw.com |
| Daniel J. Cooper<br>Perfect 10, Inc.<br>72 Beverly Park Drive<br>Beverly Hills, CA 90210<br>Tel: 310.205.9817<br>*Fax: 310.205.9638*<br>Dan@perfect10.com | Andrew P. Bridges, Esq.<br>Jennifer A. Golinveaux, Esq.<br>Winston & Strawn LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Tel: (415) 591-1482<br>*Fax: (415) 591-1400*<br>Apbridges@aol.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 10th day of July, 2007, at San Francisco, California.

_Linda Tan_
Linda M. Tan

61095773 v1