# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| **Case No.** CV04-9484-AHM (SHx) ✓<br>CV05-4753-AHM (SHx) ✓ | **Date** July 23, 2007 |
| **Title** PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with**<br>PERFECT 10, INC. v. AMAZON.COM, INC., et al. | |

**Present: The Honorable** A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Daniel J. Cooper

Attorneys Present for Defendants:

Andrew P. Bridges
Anthony T. Malutta

**Proceedings:** (1) DEFENDANT GOOGLE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FOURTH CAUSE OF ACTION (Circumvention of Copyright Protection Systems) [Filed 6/29/07]
(2) AMAZON COM, INC.'S AND A9 COM, INC 'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FOURTH CLAIM FOR RELIEF (Circumvention of Copyright Protection Systems) [Filed 7/11/07]

Cause called; appearances made.

Court issues tentative order without oral argument. For reasons and findings stated on the record, the Court GRANTS the above motions with prejudice. Order to issue.



DOCKETED ON CM
JUL 25 2007
BY _____ 019

: 02

Initials of Preparer    SMO