JEFFREY N. MAUSNER (State Bar No. 122385)
Mausner IP Law
21800 Oxnard St., Suite 910
Woodland Hills, California 91367-3640
Telephone: (310)617-8100; (818)992-7500
Facsimile: (818)716-2773

Attorney for Plaintiff
Perfect 10, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., aka AMAZON.COM INTERNATIONAL, INC., a corporation; A9.COM, INC., a corporation; ALEXA INTERNET, aka ALEXA INTERNET, INC., a corporation, and DOES 2 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV05-4753 AHM (SHx)<br><br>AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

## **JURISDICTION AND VENUE**

1.     Jurisdiction. This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.     Venue. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b)(1) and (2), § 1391(c), and § 1400(a).

3.     Personal Jurisdiction. Defendants reside in the State of California and/ or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business in the State of

California, including within this district.  Each of the Defendants has purposefully availed itself of the privilege of doing business in the State of California, and material elements of Defendants' wrongdoing occurred in this State.

## THE PARTIES

4.      Plaintiff Perfect 10 is a California corporation with its principal place of business in this district.  Plaintiff published the magazine PERFECT 10 and owns and operates the Internet website located at perfect10.com.

5.      Defendant Amazon.com, Inc., which is also known as Amazon.com International, Inc. ("Amazon.com"), is a Delaware corporation which operates the Internet retail website located at amazon.com.

6.      Defendant A9.com, Inc. ("A9") is a Delaware corporation and is a subsidiary of Amazon.com, Inc., and operates the website A9.com.

7.      Doe No. 1 is designated to be defendant Alexa Internet, aka Alexa Internet, Inc. ("Alexa").  Alexa is a California corporation and is a subsidiary of Amazon.com, Inc., and operates the website Alexa.com.

8.      Perfect 10 is informed and believes, and on that basis avers, that Amazon.com is so intertwined with and related to A9 and Alexa, that Amazon.com consents to, participates in, and directs the activities of A9 and Alexa to the extent that Amazon.com is jointly and severally liable for the activities of A9 and Alexa.  At all times relevant hereto, there has been such a unity of ownership, interest, or control between Amazon.com and A9 and Alexa relating to the infringements on A9 and Alexa as to make Amazon.com liable for the acts of A9 and Alexa.

9.      Does 2 through 10, inclusive, are sued under fictitious names because their true names and capacities are unknown to Perfect 10.  Perfect 10 will seek leave to amend this complaint to insert such true names and capacities when they are ascertained.  Perfect 10 is informed and believes, and on that basis avers, that each Doe Defendant acted in concert with defendants Amazon.com, A9, and

2

1    Alexa, and is responsible for the harm and damages to Perfect 10 herein averred.

2    Defendants Amazon.com, A9, Alexa, and the Doe Defendants hereinafter are

3    referred to collectively as "Amazon."

4        10.    Perfect 10 is informed and believes, and on that basis avers, that at all

5    times material herein, each of the Defendants was the agent and/or employee of the

6    other Defendants and, in doing the things herein averred, was acting within the

7    course and scope of such agency and/or employment.

8

9    **THE BUSINESS OF PERFECT 10**

10       11.    The business of Perfect 10 consists primarily of the design, creation,

11   production, marketing, promotion, and sale of copyrighted adult images.

12       12.    Perfect 10 was the publisher of the well-known magazine PERFECT

13   10.  Perfect 10 was formed in 1996 in an effort to create the highest quality men's

14   magazine.  To differentiate itself from other men's magazines, Perfect 10 has made

15   special efforts to photograph the world's most beautiful "natural" models.

16       13.    Perfect 10 owns and operates the Internet website perfect10.com.

17   Consumers are provided access to content owned by Perfect 10 and made available

18   on the perfect10.com website only through an individual, confidential password in

19   return for the payment of a membership fee of $25.50 per month.

20       14.    Perfect 10 has created thousands of copyrighted photographs at a cost

21   of millions of dollars and has purchased additional images.  Perfect 10 owns the

22   copyrights in these images (the "Perfect 10 Copyrighted Images").  Perfect 10 has

23   invested, and continues to invest, substantial sums of money, time, effort, and

24   creative talent, to make, produce, and sell Perfect 10 Copyrighted Images, which

25   requires that numerous payments be made, including but not limited to, model fees,

26   photographer fees, location costs, styling costs, make up costs, printing costs, film

27   and processing costs, travel costs, as well as distribution, public relations, legal,

28   and advertising and promotion expenses.

15.     Perfect 10 derives virtually all of its revenue from its copyrighted images.  First, it sold magazines, which consist predominantly of images, at both newsstands and via subscriptions.  Second, it sells memberships to its website.  Third, in early 2005, Perfect 10 entered into a licensing agreement for the worldwide sale and distribution of individual reduced size copyrighted images for cell phones.

16.     The success of Perfect 10's business is dependent on Perfect 10 Copyrighted Images.  The ongoing and massive infringement and free display of Perfect 10 Copyrighted Images, as herein described, is devastating to, and threatens the existence of, Perfect 10's business.  Perfect 10 has been forced to cease publication of its magazine because of losses caused by infringement.

**THE BUSINESS OF AMAZON**

17.     Amazon operates the Internet website amazon.com.  Consumers visit Amazon's website to purchase books, recordings, electronic equipment, and other retail products.  In September 2004, Amazon launched a purported search feature that resides on amazon.com.  Amazon states that its search feature is powered by its subsidiary, A9.  This feature allows visitors to view and download tens of thousands of adult images, among other things, on A9.com.  Included among the adult images displayed and distributed by Amazon are thousands of Perfect 10 Copyrighted Images, which may be found simply by typing into Amazon's search box the name of a Perfect 10 model.  Amazon links virtually all of the Perfect 10 copyrighted images it displays to websites which misappropriated those images and which in some cases display hundreds of other infringing Perfect 10 copyrighted images.  Amazon also operates the website and search engine alexa.com through its subsidiary Alexa Internet.  Alexa.com copies, reproduces, displays, distributes, and adapts Perfect 10 Copyrighted Images without authorization, and links to websites which infringe those images and which in

4

some cases display thousands of other infringing Perfect 10 copyrighted images. Amazon also provides a variety of services to infringing websites which may include providing of images, hosting, and other services.

18.     As described below, Amazon's display of Perfect 10 Copyrighted Images allows visitors to view thousands of high quality, reduced size and full size copies of Perfect 10 Copyrighted Images, which are displayed and distributed on A9.com and Alexa.com without authorization  During this process, Amazon not only displays Perfect 10 Copyrighted Images without authorization on A9.com and Alexa.com, it also directs traffic to websites which misappropriated Perfect 10's Copyrighted Images rather than to Perfect 10's website.

19.     Amazon provides visitors to Amazon.com, A9.com, and Alexa.com with unauthorized access to Perfect 10 Copyrighted Images in at least four ways, all of which draw visitors and potential customers to Amazon and simultaneously destroy the exclusivity and commercial value of Perfect 10's Copyrighted Images.

(a)     *First*, Amazon displays and distributes reduced size infringing copies of Perfect 10 Copyrighted Images on A9.com and Alexa.com.  These infringing images are as clear and detailed as the reduced size images displayed on perfect10.com.  They are large enough to serve as substitutes for those reduced size images sold by Perfect 10 for downloading onto cell phones, which in some cases are smaller than the reduced size images provided by Amazon.  The images copied by and displayed on Alexa.com vary in size and clarity, and the damage they cause Perfect 10.  In some cases they are so large as to be best described as medium-sized images, more than *thirty* times the size of some thumbnails.  Some are linked to sites which offer as many as six-thousand full-size Perfect 10 images for free. Others link to sites which suggest that such Perfect 10 images belong to Playboy, or suggest that Perfect 10 models are prostitutes or engage in sexual acts with animals. The reduced size Perfect 10 Copyrighted Images copied by and/or displayed on Alexa.com and A9.com also can be downloaded to cell phones,

completely obviating the need for consumers to purchase such images for their cell phones from Perfect 10.  Examples of such infringing reduced size copies are attached hereto as Exhibit 1 and by this reference incorporated herein.

(b)    *Second*, when a reduced size image is clicked on, a second page is displayed.  On A9.com that page typically displayed a second reduced size image and, in many cases, a full size version in a "window", both of which are unauthorized copies of Perfect 10 Copyrighted Images.  A user could view or download such full size copies without ever leaving A9.com.  Additionally, when the user clicked on the A9.com link entitled – "See full-size image" – a full size copy of the image was typically displayed on an otherwise blank page.  This is the same result that one obtains clicking on a reduced-size image on perfect10.com, Perfect 10's website.  On Alexa.com, clicking on the reduced-size image often yields a full-size image as well.  An example of such a display is shown in Exhibit 2 attached hereto and by this reference incorporated herein.  Through Alexa.com's image search, Alexa users have been able to view over 20,000 Perfect 10 copyrighted images full-size while they remain at alexa.com, almost Perfect 10's entire library.

(c)    *Third*, through their web search function, both A9.com and alexa.com find and organize for their users infringing websites which contain in many cases, thousands of infringing Perfect 10 copyrighted images.  The first ten sites returned by either A9.com or alexa.com for a search on a particular Perfect 10 model name often contain not only infringing images of that model, but also thousands of other infringing Perfect 10 copyrighted images as well.  Both A9.com and alexa.com also offer a cache function which allows the user to view and download infringing Perfect 10 copyrighted images even when the underlying website can no longer be viewed, while the user remains at either A9.com or alexa.com.  Both A9.com and alexa.com's web search results consist of text from the underlying website, along with a link, which when clicked on, allows the

1   A9.com or alexa.com users to view or download infringing Perfect 10 copyrighted

2   images without paying for them.  Effectively, the web search function of both

3   A9.com and alexa.com supplant the need for users to pay Perfect 10 to view or

4   download Perfect 10 images.

5        (d)   *Fourth*, in certain instances, particularly when the search term

6   perfect10.com is used, Amazon provides links to websites which contain otherwise

7   unavailable unique usernames and passwords that permit access to <u>perfect10.com</u>.

8   Amazon also itself directly publishes and provides on its alexa.com and A9.com

9   websites complete <u>perfect10.com</u> passwords in its "search results."  Amazon

10   thereby knowingly facilitates access to <u>perfect10.com</u>, without authority and

11   without the necessity for users to purchase memberships, and permits users to gain

12   free access to virtually the entirety of Perfect 10 Copyrighted Images.

13       20.   Amazon's unauthorized display and distribution of thousands of

14   reduced size, medium size, and full size Perfect 10 Copyrighted Images promotes

15   and draws potential customers to Amazon's websites while it destroys the market

16   for and value of Perfect 10 Copyrighted Images.  Amazon's acts and conduct

17   obviate the need for consumers to pay for a membership to <u>perfect10.com</u>,

18   subscribe to or purchase Perfect 10 magazine, or purchase reduced size Perfect 10

19   Copyrighted Images for viewing on cell phones or other purposes.

20       21.   Amazon essentially has become one of the largest infringers of adult

21   images in the world by using a purported "search" function which attracts users

22   and enables them to view and obtain for free tens of thousands of adult images

23   including thousands of Perfect 10 Copyrighted Images.  The Perfect 10

24   Copyrighted images displayed by Amazon are obtained from infringing websites

25   (referred to herein as "Stolen Content Websites") to which Amazon links and/or

26   accepts advertising and directs its users.  Amazon is displaying Perfect 10

27   Copyrighted Images and other adult images for a commercial purpose, namely, to

28

attract thousands of visitors to Amazon.com, A9.com, and Alexa.com, and increase Amazon's sales and revenues.

22.     Amazon accepts advertising from Stolen Content Websites which not only steal and offer almost every Perfect 10 copyrighted image for as little as $10 a month, but which also offer *billions* of dollars in stolen full length movies, thousands of popular songs, and even pirated software.  In exchange for receiving payments from these pirates, Amazon gives them special placement in its search results.

23.     Amazon also partners with infringing websites through its Amazon Associates program.  It places Amazon ads in many cases next to Perfect 10 copyrighted images, with a link to Amazon's sales area.  Amazon pays the Amazon Associates sites a percentage of sales it makes from their traffic.

24.     Amazon's direct and secondary infringement of Perfect 10 Copyrighted Images remains ongoing, despite the fact that Amazon is aware that it is infringing and that Perfect 10 has never authorized or consented to the use by Amazon of Perfect 10 Copyrighted Images or perfect10.com passwords. Amazon's knowledge is based on the following, among others:

(a)     Beginning on November 15, 2004, Amazon has been provided written notice of infringements of Perfect 10's copyrights in the form of at least eighteen detailed notices of infringement.  These notices informed Amazon of infringements of specific Perfect 10 Copyrighted Images and unauthorized perfect10.com passwords on at least 20,000 identified URLs, and over 200,000 infringing Perfect 10 images on massive infringing websites from which Amazon accepts advertising and gives special placement in its search results.  Amazon has done little or nothing in response to these notices.  Amazon continues to provide thousands of different Perfect 10 copyrighted images, sometimes in multiple copies, and to allow users to view, copy, download, email and otherwise manipulate both reduced size and full size Perfect 10 Copyrighted Images.

Further, despite the fact that Amazon has received actual notice that websites to which Amazon continues to link contain stolen Perfect 10 Copyrighted Images, in all or virtually all cases, it has not disabled access to the infringing material. Additionally, Amazon continues to make vast numbers of Perfect 10 Copyrighted Images available without authorization by providing stolen perfect10.com passwords.

(b)     Perfect 10 Copyrighted Images provided by Amazon frequently contain visible Perfect 10 trademarks or copyright notices in the name of Perfect 10.  At times, Amazon describes such Perfect 10 Copyrighted Images using the term "P10," which is synonymous with Perfect 10, and at times even includes the volume and issue number of the Perfect 10 Magazine in which specific images appeared.  Nevertheless, Amazon displays and distributes such images, and links consumers to the websites that misappropriated those images rather than to perfect10.com.

(c)     When Amazon provides a Perfect 10 Copyrighted Image through its Image Search results, Amazon invariably informs the consumer in conjunction with the image:  "This image may be subject to copyright."  Additionally, many of the websites to which Amazon provides direct links contain "disclaimers" that state that they do not own the content provided, with language to the effect that they have copied their images from other sources and that the copyrights for such images remain with their creators.

# FIRST CLAIM FOR RELIEF

## (Copyright Infringement)

25.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 24 above as though fully set forth herein.

26.     Perfect 10 is the owner of all right, title, and interest to each of the Perfect 10 Copyrighted Works.  Perfect 10 has registered or has applied to register

its works with the United States Copyright Office.  Perfect 10 has been issued United States copyright certificates listed on Exhibit 3, attached hereto.

27.   Each of the Perfect 10 Copyrighted Works consists of material original with Perfect 10 and each is copyrightable subject matter.

28.   Amazon has copied, reproduced, distributed, adapted, and/or publicly displayed the Perfect 10 Copyrighted Works without the consent or authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

29.   Amazon's conduct constitutes infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501 of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

30.   Amazon has induced, caused, and/or materially contributed to unauthorized reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works by Stolen Content Websites and by Amazon's users and advertisers, and thus to the direct infringement of the Perfect 10 Copyrighted Works.

31.   Amazon has and had knowledge that infringing Perfect 10 images were available using its search engines, could take simple measures to prevent further damage to Perfect 10's copyrighted works, and failed to take such steps.

32.   Amazon's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501 of the U.S. Copyright Act, 17 U.S.C. §§ 106 and 501.

33.   Amazon has had the right and ability to supervise and/or control the infringing conduct of the Stolen Content Websites and Amazon users and a right to limit such infringements, including by terminating links to such websites and/or by refusing to accept advertising from or make payments to such sites, but has failed and refused to exercise such supervision and/or control.  Amazon has also had the

ability to stop providing infringing images and links to its affiliates and to other websites purporting to be search engines for which Amazon provides search services.  As a direct and proximate result of such failure and refusal, Amazon and its users, advertisers, affiliates, and the Stolen Content Websites to which Amazon links, have infringed Plaintiffs' copyrights in the Perfect 10 Copyrighted Works, as set forth above.  Amazon has derived a direct financial benefit from such infringement, from the increased traffic to Amazon and advertising dollars resulting from the general "draw" of the Perfect 10 Copyrighted Works, from monies received directly from pirate advertisers, and from advertising revenues.

34.     Amazon's conduct constitutes vicarious infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

35.     The infringement of Perfect 10's rights in and to each of the Perfect 10 Copyrighted Works constitutes a separate and distinct act of infringement.

36.     The acts of infringement by Amazon have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Perfect 10.

37.     As a direct and proximate result of the infringements by Amazon of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works, Perfect 10 is entitled to its actual damages and Amazon's profits pursuant to 17 U.S.C. § 504(b).

38.     Alternatively, Perfect 10 is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c).

39.     Amazon's conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Perfect 10 great and irreparable injury that cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief prohibiting

further infringements of Perfect 10's copyrights.

40.    Perfect 10 further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff Perfect 10 prays for judgment against Amazon.com, A9.com, and Alexa, and each of the Doe Defendants, as follows:

1.    That Amazon.com, A9.com, and Alexa, and each of the Doe Defendants, and their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be enjoined from:

a.    copying, reproducing, distributing, adapting, or publicly displaying the Perfect 10 Copyrighted Works;

b.    posting Perfect 10 copyrighted photographs on the internet;

c.    posting Perfect 10 passwords and user names on the internet; and

d.    inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others.

2.    That Amazon.com, A9.com, and Alexa be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights of Perfect 10.

3.    That Amazon.com, A9.com, and Alexa be ordered to remove all links between its website and all Stolen Content Websites, and be prohibited from accepting advertising from, placing ads on, or linking to, Stolen Content Websites.

4.    For restitution in the amount of the benefit to Amazon.com, A9.com, and Alexa by reason of their unlawful conduct.

1        5.     For Perfect 10's actual damages.

2        6.     For a full accounting of all profits, income, receipts, or other benefits derived by Amazon.com, A9.com, and Alexa as a result of their unlawful conduct.

7.     For statutory damages under the Copyright Act.

8.     For attorneys' fees and full costs.

9.     For such other and further relief as this Court deems just and appropriate.

Dated: ~~March~~ May 8, 2008

By: *Jeffrey N. Mausner*
JEFFREY N. MAUSNER
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: ~~March~~ May 8, 2008

By: *Jeffrey N. Mausner*
JEFFREY N. MAUSNER
Attorney for Plaintiff

13

Exhibit 1



Exhibit 2



Exhibit 3

| Title | Registration Number |
|---|---|
| Perfect 10 Magazine (Vol. 1 No. 1) - August-97 | TX 4-556-514 |
| Perfect 10 Magazine (Vol. 1 No. 2) - Winter 97 | TX 4-556-511 |
| Perfect 10 Magazine (Vol. 1 No. 3) - Spring 98 | TX 4-556-482 |
| Perfect 10 Magazine (Vol. 1 No. 4) - Summer 98 | TX 4-556-510 |
| Perfect 10 Magazine (Vol. 1 No. 5) - Fall 98 | TX 4-556-475 |
| Perfect 10 Magazine (Vol. 1 No. 6) - Winter 98 | TX 4-556-541 |
| Perfect 10 Magazine (Vol. 2 No. 1) - Spring 99 | TX 4-812-575 |
| Perfect 10 Magazine (Vol. 2 No. 2) - Summer 99 | TX 4-813-355 |
| Perfect 10 Magazine (Vol. 2 No. 3) - August/September 99 | TX 4-812-793 |
| Perfect 10 Magazine (Vol. 2 No. 4) - Oct/Nov 99 | TX 4-813-026 |
| Perfect 10 Magazine (Vol. 2 No. 5) - Dec/Jan 2000 | TX 4-812-972 |
| Perfect 10 Magazine (Vol. 2 No. 6) - Feb/Mar 2000 | TX 4-813-344 |
| Perfect 10 Magazine (Vol. 3 No. 1) - Apr/May 2000 | TX 4-813-338 |
| Perfect 10 Magazine (Vol. 3 No. 2) - Jun/Jul 2000 | TX 4-813-390 |
| Perfect 10 Magazine (Vol. 3 No. 3) - Aug/Sept 00 | TX 5-172-229 |
| Perfect 10 Magazine (Vol. 3 No. 4) - Oct/Nov 00 | TX 5-201-630 |
| Perfect 10 Magazine (Vol. 3 No. 5) - Dec/Jan 2001 | TX 5-217-598 |
| Perfect 10 Magazine (Vol. 3 No. 6) - Spring 2001 | TX 5-328-427 |
| Perfect 10 Magazine (Vol. 4 No. 1) - Summer 2001 | TX 5-328-528 |
| Perfect 10 Magazine (Vol. 4 No. 2) - Fall 2001 | TX 5-328-636 |
| Perfect 10 Magazine (Vol. 4 No. 3) - Winter 2001 | TX 5-488-941 |
| Perfect 10 Magazine (Vol. 4 No. 4) - Spring 2002 | TX 5-488-942 |
| Perfect 10 Magazine (Vol. 4 No. 5) - Summer 2002 | TX 5-451-806 |
| Perfect 10 Magazine (Vol. 4 No. 6) - Fall 2002 | TX 5-452-020 |
| Perfect 10 Magazine (Vol. 5 No. 1) - Winter 2002 | TX 5-452-132 |
| Perfect 10 Magazine (Vol. 5 No. 2) - Spring 2003 | TX 5-452-254 |
| Perfect 10 Magazine (Vol. 5 No. 3) - Summer 2003 | TX 5-452-489 |
| Perfect 10 Magazine (Vol. 5 No. 4) - Fall 2003 | TX 5-802-012 |

| Title | Registration Number |
|---|---|
| Perfect 10 Magazine (Vol. 5 No. 5) - Winter 2003 | TX 5-802-272 |
| Perfect 10 Magazine (Vol. 5 No. 6) - Spring 2004 | TX 5-802-273 |
| Perfect 10 Magazine (Vol. 6 No. 1) - Summer 2004 | TX 5-910-170 |
| Perfect 10 Magazine (Vol. 6 No. 2) - Fall 2004 | TX 5-910-171 |
| Perfect 10 Magazine (Vol. 6 No. 3) - Winter 2004 | TX 6-058-397 |
| Perfect 10 Magazine (Vol. 6 No. 4) - Spring 2005 | TX 5-910-331 |
| Perfect 10 Magazine (Vol. 6 No. 5) - Summer 2005 | TX 6-114-746 |
| Perfect 10 Magazine (Vol. 6 No. 6) - Fall 2005 | TX 6-114-841 |
| Perfect 10 Magazine (Vol. 7 No. 1) - Winter 2005 | TX 6-115-010 |
| Perfect 10 Magazine (Vol. 7 No. 2) - Spring 2006 | TX 6-346-157 |
| Perfect 10 Magazine (Vol. 7 No. 3) - Summer 2006 | TX 6-346-128 |
| Perfect 10 Magazine (Vol. 7 No. 4) - Fall 2006 | TX 6-203-680 |
| Perfect 10 Magazine (Vol. 7 No. 5) - Winter 2006 | TX 6-203-677 |
| Perfect 10 Magazine (Vol. 7 No. 6) - Spring 2007 | TX-6-346-157 |
| Perfect 10 Magazine (Vol. 8 No. 1) - Summer 2007 | TX 6-543-478 |
| Perfect 10 Website – Published 16-Sep-99 | VA 996-673 |
| Perfect 10 Website – Published 20-Jun-01 | VA 1-085-670 |
| Perfect 10 Website – Published 30-Nov-02 | VA 1-177-241 |
| Perfect 10 Website – Published 9-Jan-04 | VA 1-230-966 |
| Perfect 10 Website – Published 28-Jul-04 | VA 1-289-550 |
| Perfect 10 Website – Published 6-Oct-04 | VA 1-289-549 |
| Perfect 10 Website – Published 27-Jan-05 | VA 1-289-701 |
| Perfect 10 Website – Published 1-Apr-05 | VA 1-289-809 |
| Perfect 10 Website – Published 2-Jun-05 | VA 1-308-126 |
| Perfect 10 Website – Published 11-Aug-05 | VA 1-308-085 |
| Perfect 10 Website – Published 3-Oct-05 | VA 1-308-128 |
| Perfect 10 Website – Published 6-Dec-05 | VA 1-337-645 |
| Perfect 10 Website – Published 6-Feb-06 | VA 1-313-176 |

| **Title** | **Registration Number** |
|---|---|
| Perfect 10 Website – Published 6-Apr-06 | VA 1-351-877 |
| Perfect 10 Website – Published 31-May-06 | VA 1-359-323 |
| Perfect 10 Website – Published 1-Aug-06 | VA 1-377-136 |
| Perfect 10 Website – Published 3-Oct-06 | VA 1-377-240 |
| Perfect 10 Website – Published 4-Dec-06 | VA 1-394-707 |
| Perfect 10 Website – Published 5-Feb-07 | VA 1-401-366 |
| Perfect 10 Website – Published 5-Jun-07 | VA 1-410-598 |
| Perfect 10 Website – Published 10-Apr-07 | VA 1-407-570 |
| Perfect 10 Website – Published 25-Jun-07 | VA 1-422-627 |
| Open Beauty Website – Published 9-Jan-04 | VA 1-231-026 |
| Open Beauty Website – Published 28-Jul-04 | VA 1-289-548 |
| Open Beauty Website – Published 6-Oct-04 | VA 1-289-520 |
| Open Beauty Website – Published 27-Jan-05 | VA 1-289-702 |
| Open Beauty Website – Published 1-Apr-05 | VA 1-289-807 |
| Open Beauty Website – Published 2-Jun-05 | VA 1-308-132 |
| Open Beauty Website – Published 11-Aug-05 | VA 1-308-088 |
| Open Beauty Website – Published 3-Oct-05 | VA 1-308-131 |
| Open Beauty Website – Published 6-Dec-05 | VA 1-337-630 |
| Open Beauty Website – Published 6-Feb-06 | VA 1-313-173 |
| Model Boxing Website – Published 28-Jul-04 | VA 1-231-054 |
| Model Boxing Website – Published 6-Oct-04 | VA 1-289-521 |
| Model Boxing Website – Published 11-Aug-05 | VA 1-308-086 |
| Model Boxing Website – Published 3-Oct-05 | VA 1-308-129 |
| Model Boxing Website – Published 6-Dec-05 | VA 1-337-631 |
| Boxing Beauties Website – Published 28-Jul-04 | VA 1-231-055 |
| Boxing Beauties Website – Published 6-Oct-04 | VA 1-289-519 |
| Boxing Beauties Website – Published 1-Apr-05 | VA 1-289-806 |
| Boxing Beauties Website – Published 27-Jan-05 | VA 1-289-703 |

| Title | Registration Number |
|---|---|
| Boxing Beauties Website – Published 2-Jun-05 | VA 1-308-133 |
| Boxing Beauties Website – Published 11-Aug-05 | VA 1-308-087 |
| Boxing Beauties Website – Published 3-Oct-05 | VA 1-308-130 |
| Boxing Beauties Website – Published 6-Dec-05 | VA 1-337-632 |
| Boxing Beauties Website – Published 6-Feb-06 | VA 1-313-172 |
| P10 Magazine Presents Model Boxing | PA 1-225-604 |
| P10 Magazine Presents Model Boxing II | PA 1-301-078 |
| P10 Model of the Year Video (G-rated) | PA 776-173 |
| P10 Model of the Year Video (R-rated) | PA 955-019 |
| P10 2000 Calendar | VA 987-612 |
| P10 2001 Calendar | VA 1-026-167 |
| P10 Behind The Scenes, Volume 1 | PA 1-205-443 |
| P10 Behind the Scenes, Volume 2 | PA 1-198-697 |
| Perfect 10- Even Naughtier DVD | PA 1-303-525 |
| Perfect 10 Boxing #101 | PA 1-371-489 |
| Perfect 10 Boxing #102 | PA 1-373-124 |
| Perfect 10 Boxing #103 | PA 1-371-490 |
| Perfect 10 Boxing #104 | PA 1-373-123 |
| Perfect 10 Boxing #105 | PA1-373-121 |
| Perfect 10 Boxing #106 | PA 1-373-122 |
| Adele Stephens and Veronika Zemanova Photos Published in 1998 | VA 1-201-268 |
| Jenna Jameson Photos Published in 1994 | VA 1-201-269 |
| Adele Stephens, Asia Carrera, and Nikki Nova Photos Published in 1996 | VA 1-201-270 |
| Veronika Zemanova Poolside Photo Published in 2000 | VA 1-202-770 |
| Veronika Zemanova Poolside Photos Published in 1999 | VA 1-202-771 |
| Amy Weber Photos 1999 | VA 1-208-244 |
| Amy Weber Photos 1998 Volume 2 | VA 1-208-275 |

| Title | Registration Number |
|---|---|
| Amy Weber Photos 1998 | VA 1-208-295 |
| Amy Weber Photos 1997 | VA 1-221-373 |
| Amy Weber White Shorts | VA 1-230-967 |
| Amber Smith Photos, Volume 1 | VA 1-231-092 |
| Amber Smith Photos, Volume 2 | VA 1-231-093 |
| Amy Weber Photos 1998 Volume 3 | VA 1-254-823 |
| Alexandria Karlsen Photos Volume 1 | VA 1-289-551 |
| Alexandria Karlsen Photos Volume 2 | VA 1-289-552 |
| Veronica Zemanova Photos - 1998 Collection | VA 1-289-553 |
| Jenna Jameson Photos - 1994 Collection | VA 1-289-554 |
| Stacy Moran Photos- 1994 Collection | VA 1-289-555 |
| Veronica Zemanova Photos - 1994 Collection | VA 1-289-556 |
| Jenna Jameson 1995 Collection | VA 1-289-557 |
| Adele Stephens Photos - 1996 Collection | VA 1-289-558 |
| Asia Carrera Photos - 1996 Collection | VA 1-289-559 |
| Nikki Nova Photos - 1996 Collection | VA 1-289-560 |
| Anita Kelli  Photos - 1997 Collection | VA 1-289-561 |
| Danni Ashe  Photos - 1997 Collection | VA 1-289-562 |
| Kelly Havel  Photos - 1997 Collection | VA 1-289-563 |
| Vicca  Photos - 1997 Collection | VA 1-289-564 |
| Tracy Smith Photos - 1997 Collection | VA 1-289-565 |
| Anita Kelli Photos - 1998 Collection | VA 1-289-566 |
| Jenna Jameson Photos - 1998 Collection | VA 1-289-567 |
| Kelly Havel Photos - 1998 Collection | VA 1-289-568 |
| Kristina Kovari Photos - 1999 Collection | VA 1-289-569 |
| Kyla Cole Photos - 1999 Collection | VA 1-289-570 |
| Lisa Belle Photos - 1999 Collection | VA 1-289-571 |
| Melissa Ludwig Photos - 1999 Collection | VA 1-289-572 |

| Title | Registration Number |
|-------|---------------------|
| Natalia Sirocka Photos - 1999 Collection | VA 1-289-573 |
| Tera Patrick Photos - 1999 Collection | VA 1-289-574 |
| Cassidey Rae Photos - 2000 Collection | VA 1-289-575 |
| Jenny Photos - 2000 Collection | VA 1-289-576 |
| Lynn Thomas Photos - 2000 Collection | VA 1-289-577 |
| Sydney Moon Photos - 2000 Collection | VA 1-289-578 |
| Tracy Smith Photos - 2000 Collection | VA 1-289-579 |
| Aria Giovanni Photos - 2001 Collection | VA 1-289-580 |
| Nikki Nova's Photos - 2001 Collection | VA 1-289-581 |
| Sanja Photos - 2001 Collection | VA 1-289-582 |
| Yana Cova Photos - 2001 Collection | VA 1-289-583 |
| Lynn Thomas Photos - 2002 Collection | VA 1-289-584 |
| Sanja Photos - 2002 Collection | VA 1-289-585 |
| Veronica Zemanova Photos - 2002 Collection | VA 1-289-586 |
| Yana Cova Photos - 2002 Collection | VA 1-289-587 |
| Zdenka Novotna Photos - 2002 Collection | VA 1-289-588 |
| Racquel Darrian's Miscellaneous Collection | VA 1-289-589 |
| Aria Giovanni Photos - 2004 Volume 1 | VA 1-289-661 |
| Aria Giovanni Photos - 2004 Volume 2 | VA 1-289-662 |
| Aria Giovanni Photos - 2004 Volume 3 | VA 1-289-663 |
| Aria Giovanni Photos - 2004 Volume 4 | VA 1-289-664 |
| Amy Weber Photos 1999 Volume 3 | VA 1-289-666 |
| Stacey Sanchez Photos 2004 | VA 1-289-667 |
| Amy Weber Photos 1998 Volume 6 | VA 1-289-704 |
| Amy Weber Photos 1998 Volume 7 | VA 1-289-705 |
| Amy Weber Photos 1999 Volume 2 | VA 1-301-850 |
| Amy Weber Photos 1998 Volume 5 | VA 1-301-851 |
| Amy Weber Photos 1998 Volume 4 | VA 1-301-852 |

| **Title** | **Registration Number** |
|---|---|
| 1990 Photos of Jesel, June, Natasha & Nikki | VA 1-307-980 |
| 1991 Photos of Alicon, Bobbie, Cameo, & Other Models | VA 1-307-981 |
| 1992 Photos of Christina, Erin, Heather, & Other Models | VA 1-307-982 |
| 1993 Photos of Alexandria, Sophie, Bo, Mimi & Stevi | VA 1-307-983 |
| 1995 Photos of Alyshia, April, Asleigh, Cheyenne & Oher Models | VA 1-307-984 |
| 1996 Photos of Brenda, Jessi, Monika, Nikki & Oher Models | VA 1-307-985 |
| 1997 Photos of Aimee, Anna, Ariela, Jade & Oher Models | VA 1-307-986 |
| 1998 Photos of Blake, Devin, Channie, Dina & Oher Models | VA 1-307-987 |
| 1999 Photos of Andra, Bertha, Chante & Oher Models | VA 1-307-988 |
| 1994 Photos of Bobbie, Chasey, Danielle, Sara, & Taylor | VA 1-308-081 |
| 1995 Photos of Inge | VA 1-308-082 |
| 1997 Photos of Anita Kelli | VA 1-308-083 |
| 1997 Photos of the 4some | VA 1-308-084 |
| Photos of Dasha, Irina & Tanya - Vol. 1 | VA 1-308-089 |
| Photos of Dasha, Irina & Tanya - Vol. 2 | VA 1-308-090 |
| 2003 Photos of Sarah V. | VA 1-308-127 |
| 2001 Photos of Aimee, Ariela, Janine & Oher Models | VA 1-308-134 |
| 2000 Photos of Alexa, Analise, Charmane & Oher Models | VA 1-308-135 |
| Dasha, Irina, Tanya and Other Models - 2004 Photos | VA 1-308-136 |
| Dasha Pogodina - 2003 Photos | VA 1-308-137 |
| 2002 Photos of Elle, Natalie, Sabrina & Zuse | VA 1-308-138 |
| Ekaterina Mosaic | VA 1-313-231 |
| Dasha & Masha - 2003 Photos | VA 1-321-521 |
| Dasha Pogodina - 2005 Photos | VA 1-321-522 |
| Dasha & Masha - 2004 Photos | VA 1-321-523 |
| Veronica Z. in a Denim Jacket | VA 1-321-524 |
| Jenny on a Bridge and Poolside | VA 1-321-525 |
| Anita Kelli Poolside in White -- 1997 Photos | VA 1-321-526 |

| Title | Registration Number |
|---|---|
| Stacy Moran in Bright Green Rollerblading | VA 1-321-527 |
| Gislane 2005 photos | VA 1-337-644 |
| Vilita  2002 Photos | VA 1-337-664 |
| Luba & Marketa 2004 Photos | VA 1-340-262 |
| Amy Weber Leopard Collection | VA 1-340-935 |
| Adele & Deven Psychiatrist Collection | VA 1-345-740 |
| Anita Kelli 1998 Photo Collection | VA 1-345-741 |
| Flower & Jane Oriental Spa Photos | VA 1-345-742 |
| Anita Kelli- 1997 Collection Volume II | VA 1-345-743 |
| Veronica Zemanova Poolside 2000- Volume 2 | VA 1-345-744 |
| Aimee Sweet- 1998 Collection | VA 1-345-745 |
| Jade Hsu Photos- 2001 Collection | VA 1-345-746 |
| Deja Scott- 1995 Collection | VA 1-345-747 |
| Jade & Jana Photos- 2002 Collection | VA 1-345-748 |
| Sveba & Vika 2003 Photos | VA 1-347-289 |
| Keity, Marketa, Samosa & Vika 2005 Photos | VA 1-356-951 |
| Iris, Marketa, Sveba & Vika -2004 Photos | VA 1-356-952 |
| Keity, Luba, Marketa & Other Models 2005 Photos  Volume 1 | VA 1-369-768 |
| Vika | VA 1-377-135 |
| Anita Blond Photos Vol. I | VA 1-377-246 |
| Anita Blond Photos Vol II | VA 1-377-247 |
| Veronica Zemanova Bath Photos | VA 1-377-248 |
| Veronica Zemanova in a Denim Jacket | VA 1-377-249 |
| Photos of Amber, Sabrina, Kara and Valerie | VA 1-377-509 |
| Photos of Catalina, Vanna and Stephanie | VA 1-377-516 |
| Photos of Cathy, Paula and Other Models | VA 1-377-517 |
| Photos of Jamie and Jewel | VA 1-377-518 |
| Photos of Sunny and Louisa | VA 1-377-519 |

| Title | Registration Number |
|---|---|
| Photos of Melissa Wolfe | VA 1-377-520 |
| Photos of Marie and Shirley | VA 1-377-521 |
| Photos of Zaja | VA 1-377-522 |
| Keity, Luba, Marketa & Other Models 2005 Photos Volume 2 | VA 1-386-685 |
| Amy Weber in a Baby Blue Dress | VA 1-391-325 |
| Amy Weber Silver Swim Photo | VA 1-391-326 |
| Lenka Gaborova Black Shawl Photos | VA 1-391-545 |
| Anetta Viehova Black Shawl Photos | VA 1-391-546 |
| Lenka Gaborova Olive Tank Top | VA 1-391-547 |
| Lenka Gaborova Black & Yellow Photos | VA 1-391-548 |
| Lenka Gaborova Miscellaneous Collection I | VA 1-391-549 |
| Anetta Viehova Blue Blanket Photos | VA 1-391-550 |
| Anetta Viehova Wearing White Photos | VA 1-391-551 |
| Anetta Viehova Tropical Photos | VA 1-391-552 |
| Veronica Zemanova Bath & Beach Photos | VA 1-391-557 |
| Veronica Zemanova White Room Photo | VA 1-391-558 |
| Amy Weber Photos 1997 Volume 2 | VA 1-392-589 |
| Amy Weber Photos 1998 Volume 8 | VA 1-392-590 |
| Anita Blond Photos Vol. III | VA 1-392-864 |
| Amy Weber Leopard Collection II | VA 1-393-445 |
| Gabriela Munzarova Miscellaneous Photos | VA 1-396-363 |
| Angelica Maderova Orange Wall Photos | VA 1-396-364 |
| Rajsova Stanislava Misc Photos | VA 1-396-365 |
| Lucia Loupolova Misc Photos | VA 1-396-366 |
| Katarzyna K. Misc Photos | VA 1-396-367 |
| Pava Machova Black Top and Lingerie on Red | VA 1-396-368 |
| Zianett E. Orange Walls Misc | VA 1-396-369 |
| Zita Zakarias Misc Photos | VA 1-396-370 |

| Title | Registration Number |
|-------|---------------------|
| Renata Pilcova Misc Photos | VA 1-396-371 |
| Katerina Teneckova in a Blue Room | VA 1-396-372 |
| Tereza Brettschneiderova Misc | VA 1-396-373 |
| Jakline Misc Photos | VA 1-396-374 |
| Alena Chrastinova Misc Photos | VA 1-396-375 |
| Marketa Layasova Beach Collection | VA 1-396-376 |
| Andrea Krumlova Misc Photos | VA 1-396-377 |
| Tamara Stratilova White Bed Photos | VA 1-396-378 |
| Jana Rehachova Misc Photos | VA 1-396-379 |
| Zuzana Misc 2003 Collection | VA 1-396-380 |
| Eva Szaflarska Misc Photos | VA 1-396-381 |
| Jana Szimeczkova Misc Photos | VA 1-396-382 |
| Marketa Layasova Bedroom Collection | VA 1-396-383 |
| Denisa Keletrova Nude Photos | VA 1-396-384 |
| Hana V. on a Light Blue Bed Wearing Black | VA 1-396-385 |
| Lucie Varakova Miscellaneous Collection | VA 1-396-386 |
| Gabina Wearing White on Bed | VA 1-396-387 |
| Zuzana Red Satin Photos | VA 1-396-388 |
| Zuzana White and Blue Wall Photos | VA 1-396-389 |
| Zuzana Green Curtains | VA 1-396-390 |
| Zuzana Black Iron Bed Frame Photos | VA 1-396-391 |
| Jara T. Misc Photos | VA 1-396-392 |
| Eliska Pokorna Misc Photos | VA 1-396-393 |
| Pavla Machova Black Top & Lingerie on Bed | VA 1-396-394 |
| Jary Valentova Outdoors in White With Bed | VA 1-396-395 |
| Jarasova Katka Misc Photos | VA 1-396-396 |
| Edita Khainova Misc Photos | VA 1-396-397 |
| Veronica Zemanova - Orange Top Poolside Part V | VA 1-397-047 |

| Title | Registration Number |
|---|---|
| Ekaterina Bed Session | VA 1-397-049 |
| Polya and Yulia Forever | VA 1-397-050 |
| Gislane Office Desk | VA 1-397-051 |
| Luba Lounging | VA 1-397-052 |
| Luba in Las Vegas | VA 1-397-053 |
| Luba Golden Girl | VA 1-397-054 |
| Luba Pink Dots | VA 1-397-055 |
| Luba on the Veranda | VA 1-397-056 |
| Ekaterina On Display | VA 1-397-057 |
| Yulia and Polya Synchronization | VA 1-397-058 |
| Yulia and Polya Duo | VA 1-397-059 |
| Gislane Greenery | VA 1-397-060 |
| Ekaterina Blond Beauty | VA 1-397-061 |
| Luba Luscious | VA 1-397-062 |
| Luba in Green Leaves | VA 1-397-063 |
| Ekaterina Blond and Blessed | VA 1-397-064 |
| Gislane White Mini Skirt | VA 1-397-067 |
| Polya and Yulia Splitting Image | VA 1-397-070 |
| Polya and Yulia | VA 1-397-071 |
| Amy Weber Beach Photos | VA 1-397-075 |
| Amy Weber Boots Part III | VA 1-397-076 |
| Amy Weber Blanket and Blue Swimsuit | VA 1-397-077 |
| Bridgitta Photos | VA 1-401-160 |
| Zianett E. Outside | VA 1-401-161 |
| Amy Weber Lingerie Collection | VA 1-401-162 |
| Lucie Markova In Her Room | VA 1-401-363 |
| Marketa Layasova Beads | VA 1-401-364 |
| Stephanka | VA 1-401-365 |

| Title | Registration Number |
|---|---|
| Irina Voronina Photos | VA 1-407-581 |
| Girlfriends Lucie & Silvia Photos | VA 1-410-400 |
| Girlfriends Katerina & Petra Bath Photos | VA 1-410-401 |
| Girlfriends Petra & Paula Bath Photos | VA 1-410-402 |
| Girlfriends Helena & Veronika Bath Photos | VA 1-410-403 |
| Girlfriends Andrea A. & Veronika C. Pool Photos | VA 1-410-404 |
| Girlfriends Lucie & Zuzana | VA 1-410-405 |
| Girlfriends Karma & Silvie Purple Silk Photos | VA 1-410-406 |
| Girlfriends Nikky, Sandra & Katerina | VA 1-410-407 |
| Girlfriends Pav & Anite | VA 1-410-408 |
| Girlfriends Andrea M. & Veronika B. Misc. Photos | VA 1-410-409 |
| Girlfriends Jara & Sabina Bed Photos | VA 1-410-410 |
| Girlfriends Jara & Sabina Window Photos | VA 1-410-411 |
| Girlfriends Katerina & Petra Misc. Photos | VA 1-410-596 |
| Girlfriends Barbora & Dagmar Pool Photos | VA 1-410-597 |
| Anita Blond Black Wig Vol. III | VA 1-424-033 |
| Ekaterina 2005 Photos | VAu 671-253 |
| Polya Red Passion | VAu 702-953 |
| Veronica Zemanova - Orange Top & Poolside Part IV | VAu 735-092 |
| Veronica Zemanova - Orange Top & Poolside Part III | VAu 735-093 |
| Jana Potysova in Black | VAu 735-094 |
| Peach in Black Sheer Top | VAu735-095 |
| Peach in Black Lace Top | VAu735-096 |
| Peach in Gold Lace Top | VAu735-097 |
| Jana Potysova Poolside Photos | Vau735-098 |
| Jana Potysova Red Photos | VAu735-099 |
| Adele Stephens Car Wash Part II Photos | pending |
| Adriana Adenti Photos 91407 | pending |

| Title | Registration Number |
|---|---|
| Alessandra Correa Photos 102607 | pending |
| Alice Reynolds Photos 102607 | pending |
| Aline Matos Photos 110907 | pending |
| Alison Ledbury Photos 83107 | pending |
| Amy Weber Petruzzi Collection (7 Images) | pending |
| Anastasia Haynoba Photos 101907 | pending |
| Andrea Borbelyova Photos 112307 | pending |
| Andrea Delphine Photos 110207 | pending |
| Andrea Mejtova Photos 112307 | pending |
| Andrea Silva Photos 83107 | pending |
| Angela Papadrakis Photos 82407 | pending |
| Angelica & Anna S. Intimate; Angelica On Top  Photos | pending |
| Angelica & Anna S. Intimate; Anna S. On Top  Photos | pending |
| Angelica & Anna S. Intimate; Kneeling Photos | pending |
| Angelica & Anna S. Intimate; Lying Nude Photos | pending |
| Angelica & Anna S. Intimate; Sitting Photos | pending |
| Angelica & Anna S. Silhouettes Embracing Photos | pending |
| Angelica & Anna S. Silhouettes Photos | pending |
| Angelica Green Photos | pending |
| Angelica Raban Photos 72007 | pending |
| Angie Brooke Photos 81707 | pending |
| Anita Blond Pooldeck Vol. III | pending |
| Anita Kelli Beach Front Part II Photos | pending |
| Anna S & Angelica Serenity Photos | pending |
| Anna S, Angelica & Paulina Aqua; Chairs Poolside Photos | pending |
| Anna S, Angelica & Paulina Aqua; Kneeling Photos | pending |
| Anna S, Angelica & Paulina Aqua; Lying Photos | pending |
| Anna S, Angelica & Paulina Aqua; Rear View Photos | pending |

| Title | Registration Number |
|---|---|
| Anna S, Angelica & Paulina Aqua; Sitting Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Getting Wet Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Lying Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Playing Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Standing Photos | pending |
| Anna S, Angelica & Paulina Tropical Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Mud Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Solo Photos | pending |
| Anna S, Angelica, & Paulina Wet Duo Photos | pending |
| Anna S, Angelica, & Paulina Wet Trio Photos | pending |
| Anna S, Angelica, and Paulina Beach Sand Photos | pending |
| Anna S, Angelica, and Paulina Beach Water Photos | pending |
| Anna S, Angelica, and Paulina Cabana Photos | pending |
| Anna S, Angelica, Linda L, & Paulina Lined Up Photos | pending |
| Anna S. Black Strings Naked Photos | pending |
| Anna S. Black Strings Naked Too Photo | pending |
| Anna S. Black Strings Top & Bottoms Photos | pending |
| Anna S. Black Strings Toying with Bottoms Photos | pending |
| Anna S. Black Strings Toying with Top Photos | pending |
| Anna S. Hot In Bed; Kneeling & Sitting Photos | pending |
| Anna S. Hot In Bed; Lying & Playing Around Photos | pending |
| Anna S., Angelica, & Paulina - Threesome | pending |
| Anna S., Angelica, and Paulina Beach Sand Photos | pending |
| Anna S., Angelica, and Paulina Beach Water Photos | pending |
| Anna S., Angelica, and Paulina Cabana Photos | pending |
| Anna S., Angelica, Paulina, Linda L at Wimbeldon | pending |
| Anna Sbytna Beach Photos | pending |

| Title | Registration Number |
|---|---|
| Anna Sbytna Black Night Dress Photos | pending |
| Anna Sbytna Blue Pool Photos | pending |
| Anna Sbytna Immaculate Photos | pending |
| Anna Sbytna Jacuzzi; Lying Proper Photos | pending |
| Anna Sbytna Jacuzzi; Lying Spread Out Photos | pending |
| Anna Sbytna Jacuzzi; Playing Photos | pending |
| Anna Sbytna Jacuzzi; Rear View Photos | pending |
| Anna Sbytna Jacuzzi; Shower Photos | pending |
| Anna Sbytna Jacuzzi; with Shower Head Photos | pending |
| Anna Sbytna Rock Chick Photos | pending |
| Anna Sbytna Spa Lying Around Photos | pending |
| Anna Sbytna Spa Upright Photos | pending |
| Anna Sbytna Stranded Photos | pending |
| Anna Sbytna Tropical Photos | pending |
| Anna Sbytna White Lingerie Photos | pending |
| Anna Sbytna White Lingerie Stripping Photos | pending |
| Anna Sbytna White Serene Photos | pending |
| Aria G. Black & White Sundress Photos | pending |
| Aria G. Black & White Sundress-less Photos | pending |
| Aria G. Giraffe Bikini Photos | pending |
| Aria G. Green Cargos with Leopard Panties Photos | pending |
| Aria G.Black Lace Bra & Boyshort Photos | pending |
| Aria G.Black Riding Crop Photos | pending |
| Aria G.Black Stripe with Tan Trim Photos | pending |
| Aria G.Camo Photos | pending |
| Aria G.Cherries Photos | pending |
| Aria G.Corset & Ballet Boots Photos | pending |
| Aria G.Fall Bed Photos | pending |

| Title | Registration Number |
|---|---|
| Aria G.Grapevines Photos | pending |
| Aria G. It's a Celebration Photos | pending |
| Aria G. Lime & Blue Polka Dot Photos | pending |
| Aria G. Lime Green Pajamas Photos | pending |
| Aria G. Mauve with Floral Embroidery Photos | pending |
| Aria G. Mexican Soccer Photos | pending |
| Aria G. Morrocan Swimsuit Photos | pending |
| Aria Gomuti-Colored Stripe Photos | pending |
| Aria G. Pink Champagne Corset Photos | pending |
| Aria G. Purple Stripe with Pink Photos | pending |
| Aria G. Sailor Photos | pending |
| Aria G. Sepia Jeans & Wife Beater Photos | pending |
| Aria G. Shiny Leopard Photos | pending |
| Aria G. Teal Flowers Photos | pending |
| Aria Giovanni Eat Me Photos | pending |
| Aria Giovanni in the Sand; Bikini Aside Photos | pending |
| Aria Giovanni in the Sand; Bikini Gone Photos | pending |
| Aria Giovanni in the Sand; Bikini Photos | pending |
| Ashley Wilton Photos 120707 (alternative registration) | pending |
| Ashley Wilton Photos 120707 (alternative registration) | pending |
| Aurelie Auger Photos 111607 | pending |
| Blue Bikini Beach Photos | pending |
| Brenda Avedon Photos 80307 | pending |
| Brenda Bigliano Photos 72707 | pending |
| Bridgitta Photos | Pending |
| Cassidey Rae Black Part II Photos | pending |
| Celeste Star & Haylee Lee Girlfriends -Burgundy & Peach Photos | pending |
| Chantelle Fontain STRIP Photos | pending |

| Title | Registration Number |
|---|---|
| Cindy Bellfield Photos 92807 | pending |
| Darina Gueorguiva Photos 120707 (alternative registration) | pending |
| Darine Spa; Front View Photos | pending |
| Darine Spa; Rear View Photos | pending |
| Darine Spa; Sitting Photos | pending |
| Diana Abusamra Photos 113007 | pending |
| Diane Belmont Photos 72707 | pending |
| Ekaterina Tolkacheva Photos 100507 | pending |
| Elena Arbuto Photos 92807 | pending |
| Elena Lungu Photos 91407 | pending |
| Emilia Covanova Photos 112307 | pending |
| Erika Ellat Photos 82407 | pending |
| Eva Coletti  Photos 110907 | pending |
| Fabi Lingerie; Corset & Boots Photos | pending |
| Fabi Lingerie; Corset Slipping Off Photos | pending |
| Fabi Lingerie; Nude with Boots Photos | pending |
| Fabi Silver Heart Photos | pending |
| Francesca Olivetti Photos 102607 | pending |
| Gislane Balance; Pink Panties Photos | pending |
| Gislane Balance; Rear View Photos | pending |
| Gislane Balance; Simply Nude Photos | pending |
| Gislane Brazilian Blue; Kneeling Photos | pending |
| Gislane Brazilian Blue; Standing Photos | pending |
| Gislane Happy Beach Girl Photos | pending |
| Gislane Ocean View; Sitting Photos | pending |
| Gislane Ocean View; Standing & Lying Photos | pending |
| Gislane Ocean View; The Rear View Photos | pending |
| Gislane Pink Bikini Photos | pending |

| Title | Registration Number |
|---|---|
| Gislane Wooden Gate Photos | pending |
| Gislane Yellow Hammock; Cocoon Photos | pending |
| Gislane Yellow Hammock; Rear View Photos | pending |
| Gislane Yellow Hammock; Side Saddle Photos | pending |
| Gislane Yellow Hammock; Sitting & Lying Photos | pending |
| Gislane Yellow Hammock; Standing Photos | pending |
| Gold Crochet Bikini Photos | pending |
| Gretchen Arita  Photos 111607 | pending |
| Hannah Polka Dot Lingerie Photos | pending |
| Heather Fussner Photos 92807 | pending |
| Heidi Harrad Photos 102607 | pending |
| Helena Erickson Photos 81007 | pending |
| Helena Helvet Photos 110907 | pending |
| Helga Offenback Photos 71307 | pending |
| Ingrid Ostvat Photos 100507 | pending |
| Isabelle Funaro Photos 111607 | pending |
| Ivana Guvanova Photos 82407 | pending |
| Ivette All White Photos | pending |
| Jaqui With Mickey Bush Photos | pending |
| Jaqui With No Mickey Bush Photos | pending |
| Joanna Jocetti Photos 92107 | pending |
| Joy Berham Baby Blue Photos | pending |
| Judit Dios Super Star Lights Photos | pending |
| Jula Baby Oil Covering Top Photos | pending |
| Jula Baby Oil Front View Photos | pending |
| Jula Baby Oil Rear View Photos | pending |
| Jula Baby Oil Side View Photos | pending |
| Jula Black Shirt Covered Photos | pending |

| Title | Registration Number |
|---|---|
| Jula Black Shirt Exposed Photos | pending |
| Jula Black Shirt Toying with Belt Photos | pending |
| Jula Body Art; 3 Quarter View Photos | pending |
| Jula Body Art; Metal Case Photos | pending |
| Jula Lucky Girl Behind the Chair Photos | pending |
| Jula Lucky Girl Facing Front Photos | pending |
| Jula Lucky Girl From the Side Photos | pending |
| Jula Lucky Girl Rear View Photos | pending |
| Jula White Coat; Covered Photos | pending |
| Jula White Coat; From Behind Photos | pending |
| Jula White Coat; Open Photos | pending |
| Julija Ribkina Photos 70607 | pending |
| Juliya Rays Of Light Photos | pending |
| Justine Joli Photos 102607 | pending |
| Katarine Schultz Photos 82407 | pending |
| Katia Andreeva Photos 80307 | pending |
| Keity Brazilian Beleza Photos | pending |
| Keity Caught In The Net Photos | pending |
| Keity Classic Latina Closer Shots Photos | pending |
| Keity Classic Latina Full Frame Shots Photos | pending |
| Keity Climbing Photos | pending |
| Keity Flower Panties Photos | pending |
| Keity Hot Denim & White Top Photos | pending |
| Keity Hot Denim Little Shorts Photos | pending |
| Keity Hot Denim Nude Photos | pending |
| Keity Lush Latina Photos | pending |
| Keity On Puma; Frontside Nude Photos | pending |
| Keity On Puma; Leopard Panty Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Keity On Puma; Rearside Nude Photos | pending |
| Keity On Puma; Waist Up Photos | pending |
| Keity Silky Pants Photos | pending |
| Keity Sun Goddess Photos | pending |
| Kristel Kama Photos 92807 | pending |
| Lena Avdeeva Photos 70607 | pending |
| Lezahn Beach Nudes On a Log Photos | pending |
| Lezahn Beach Nudes Shoreline Photos | pending |
| Lezahn Golden Girl; On a Stool Photos | pending |
| Lezahn Golden Girl; Standing & Lying Photos | pending |
| Lezahn Golden Girl; Table Top Photos | pending |
| Lezahn On The Veranda Photos | pending |
| Lezahn On The Veranda; On the Edge Photos | pending |
| Lezahn On The Veranda; Split Decision Photos | pending |
| Lezahn White Chair; Lying Around Photos | pending |
| Lezahn White Chair; Playing Around Photos | pending |
| Lezahn White Chair; Rear View Photos | pending |
| Lezahn White Chair; Sitting Photos | pending |
| Lezhan Green Grass Photos | pending |
| Lezhan Natural Pool Photos | pending |
| Lezhan Pillow Talk Photos | pending |
| Lezhan Sunrise In Bed Photos | pending |
| Linda L. Floating Photos | pending |
| Linda L. Green Garden Photos | pending |
| Linda L. Sandy Photos | pending |
| Lisa Marie Gold Photos | pending |
| Lisa Marie Nivea Photos | pending |
| Lisa Marie White Dress Draped Photos | pending |

| Title | Registration Number |
|---|---|
| Lisa Marie White Dress Photos | pending |
| Loraine Dauralt Photos 72007 | pending |
| Luba & Inna In a Chair Close Up Photos | pending |
| Luba & Inna In a Chair Lying Down Photos | pending |
| Luba After Shower Photos | pending |
| Luba and Samosa On the Sofa Photos | pending |
| Luba and Samosa Together Photos | pending |
| Luba Bikini Babe Black Photos | pending |
| Luba Bikini Babe Gray Photos | pending |
| Luba Bikini Babe Pattern Photos | pending |
| Luba Bikini Babe Red Photos | pending |
| Luba Bikini Babe Stripes Photos | pending |
| Luba Blue Beach; On the Rocks Photos | pending |
| Luba Blue Beach; Shoreline Photos | pending |
| Luba Blue Beach; Water Play Photos | pending |
| Luba Boa; 3 Quarter View Photos | pending |
| Luba Boa; Front View Photos | pending |
| Luba Boa; Side & Rear View Photos | pending |
| Luba Dominatrix Photos | pending |
| Luba Fluff Photos | pending |
| Luba Gypsy Girl Nude Photos | pending |
| Luba Gypsy Girl Photos | pending |
| Luba Ibiza Photos | pending |
| Luba In LA Photos | pending |
| Luba In Mirror Back View Photos | pending |
| Luba In Mirror Side & Front View Photos | pending |
| Luba In Pink Shirt; Exposed Top Photos | pending |
| Luba In Pink Shirt; From the Front Photos | pending |

| Title | Registration Number |
|---|---|
| Luba In Pink Shirt; From the Rear Photos | pending |
| Luba In Pink Shirt; From the Side Photos | pending |
| Luba Lite Photos | pending |
| Luba Love You Photos | pending |
| Luba My Love | pending |
| Luba Nude Yoga Part1 Photos | pending |
| Luba Nude Yoga Part2 Photos | pending |
| Luba Red and Blue from the Back Photos | pending |
| Luba Red and Blue from the Front Photos | pending |
| Luba Red Body Photos | pending |
| Luba Stretching Playful Photos | pending |
| Luba Stretching Relaxed Photos | pending |
| Luba Thai Jungle | pending |
| Luba Translucent Front Photos | pending |
| Luba Translucent Side & Rear Photos | pending |
| Luba Umbrella Lying Photos | pending |
| Luba Umbrella Other Photos | pending |
| Luba Umbrella Sitting Photos | pending |
| Luba Umbrella Standing Photos | pending |
| Luba Veil Photos | pending |
| Luba Veil Up Close Photos | pending |
| Luba White Feather; Facing the Left Photos | pending |
| Luba White Feather; Facing the Right Photos | pending |
| Luba White Feather; Standing Photos | pending |
| Luba Xmas Photos | pending |
| Luba, Marketa & Vika 2004 (595 images) | pending |
| Luba's Secret Part I Photos | pending |
| Luba's Secret Part II Photos | pending |

| Title | Registration Number |
|---|---|
| Luba's Secret Part III Photos | pending |
| Luba's Secret Part IV Photos | pending |
| Maria Dudnik Photos 71307 | pending |
| Maria Marta Ardissone Photos 101207 | pending |
| Maria Slovina  Photos 113007 | pending |
| Marie Alarcon Photos 120707 (alternative registration) | pending |
| Marie Alarcon Photos 80307 | pending |
| Marie Tricotti 72007 | pending |
| Marilyn Moraca Photos 81707 | pending |
| Marketa and Her Cat Photos | pending |
| Marketa Airport With White Top Photos | pending |
| Marketa Airport Without White Top Photos | pending |
| Marketa Apples Photos | pending |
| Marketa Beach Bum Photos | pending |
| Marketa Belonoha Bath Photos | pending |
| Marketa Belonoha Bathroom Photos | pending |
| Marketa Belonoha Boat Photos | pending |
| Marketa Belonoha Bushes Photos | pending |
| Marketa Belonoha Car Mechanic Photos | pending |
| Marketa Belonoha Dreaming of You Part I Photos | pending |
| Marketa Belonoha Ellusion Photos | pending |
| Marketa Belonoha Glamour Model Photos | pending |
| Marketa Belonoha Goddess Photos | pending |
| Marketa Belonoha Here Am I Photos | pending |
| Marketa Belonoha Historic Screen Photos | pending |
| Marketa Belonoha Hotel Photos | pending |
| Marketa Belonoha Intimate Photos | pending |
| Marketa Belonoha Lingerie; Kneeling & Sitting Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Marketa Belonoha Lingerie; Lying Photos | pending |
| Marketa Belonoha Little House Photos | pending |
| Marketa Belonoha Luxury Photos | pending |
| Marketa Belonoha Morning Session Part II Photos | pending |
| Marketa Belonoha Ocean Photos | pending |
| Marketa Belonoha Pistolero Photos | pending |
| Marketa Belonoha Sea Dancer Part I Photos | pending |
| Marketa Belonoha Snuggle Down in Bed Photos | pending |
| Marketa Belonoha Sofa Photos | pending |
| Marketa Belonoha Stairs Photos | pending |
| Marketa Belonoha Sundown Photos | pending |
| Marketa Belonoha Sweet Garden Photos | pending |
| Marketa Belonoha White Stairs Part I Photos | pending |
| Marketa Belonoha Wind Rises Photos | pending |
| Marketa Black Mood Photos | pending |
| Marketa Brick Red With a Blue Shirt Photos | pending |
| Marketa Brick Red Without a Blue Shirt Photos | pending |
| Marketa Car Photos | pending |
| Marketa Exposure With Lingerie Photos | pending |
| Marketa Exposure Without Lingerie Photos | pending |
| Marketa Fashion Model Photos | pending |
| Marketa Heart Photos | pending |
| Marketa Hotel Room Photos | pending |
| Marketa Lying Naked In Bed Photos | pending |
| Marketa Magic Sky - Part1 Photos | pending |
| Marketa Magic Sky - Part2 Photos | pending |
| Marketa Melting Hot Photos | pending |
| Marketa On the Grass Photos | pending |

| Title | Registration Number |
|---|---|
| Marketa Peepshow Photos | pending |
| Marketa Pleasure Photos | pending |
| Marketa Red Chair Photos | pending |
| Marketa Sexy Panties Photos | pending |
| Marketa Sitting Naked in Bed Photos | pending |
| Marketa Twilight Photos | pending |
| Marketa White Chair from the Back Photos | pending |
| Marketa White Chair from the Front Photos | pending |
| Marla Sofit Photos 72007 | pending |
| Masha Gofman Photos 70607 | pending |
| Masha Mymolina Photos 101207 | pending |
| Masha Orlova Photos 120707 (alternative registration) | pending |
| Maya Rubin Photos 110207 | pending |
| Melissa Harrington Photos 72707 | pending |
| Mirta Extreme Exposure Photos | pending |
| Mirta In Pink Photos | pending |
| Mirta More Metal Photos | pending |
| Mirta Showering Photos | pending |
| Mona & Yanka First Nudes Photos | pending |
| Mona & Yanka In Bed Photos | pending |
| Mona Letteri Photos 101907 | pending |
| Mona Lisa Photos | pending |
| Mona Mellow Photos | pending |
| Mona Moments Photos | pending |
| Mona Mysterious Photos | pending |
| Mona Stainless Steel Photos | pending |
| Mona Taking A Bath Photos | pending |
| Monika Massone Photos 110907 | pending |

| Title | Registration Number |
|---|---|
| Nadina Dripping Wet Photos | pending |
| Nadina Fishnet Top Photos | pending |
| Nadina Flowers Photos | pending |
| Nadina Green Grass Photos | pending |
| Nadina Hot Sun Photos | pending |
| Nadina In A Hammock Photos | pending |
| Nadina In Garden of Eden Photos | pending |
| Nadina Natural Beauty Photos | pending |
| Naomi Bathing Photos | pending |
| Naomi Nude On The Veranda Photos | pending |
| Naomi Skinny Dipping Photos | pending |
| Naomi Wet Element from Other Photos | pending |
| Naomi Wet Element from the Back Photos | pending |
| Naomi Wet Element from the Front Photos | pending |
| Naomi White Chair Photos | pending |
| Natalia Sirocka Photos 113007 | pending |
| Natalie Faucett Photos 71307 | pending |
| Natalie Oxley Photos 92107 | pending |
| Natasha Hill Photos 100507 | pending |
| Natasha Melis Photos 100507 | pending |
| Nathalie De Nostuejouis Photos 92107 | pending |
| Nicole Wood Photos 72007 | pending |
| Nikkala Stott Photos 101907 | pending |
| Nikki Nova Natural Beach Part II Photos | pending |
| Opal Anchel Photos 101907 | pending |
| Orly Ben Napel Photos 113007 | pending |
| Orsi Poolside; Lying Photos | pending |
| Orsi Poolside; On Her Knees Photos | pending |

| Title | Registration Number |
|---|---|
| Orsi Poolside; Sitting Photos | pending |
| Orsi Poolside; Standing Photos | pending |
| Orsi Rain Shower Photos | pending |
| Orsi Rain Shower Side & Rear Photos | pending |
| Orsi Rain Shower's Bath Photos | pending |
| Orsi Rain Shower's Bath Swimming Photos | pending |
| Pamela Petrale Photos 70607 | pending |
| Patricia Ippolito Photos 90707 | pending |
| Paulina Gucci Girl Photos | pending |
| Paulina Halskova Photos 110207 | pending |
| Paulina Harmony Lying Photos | pending |
| Paulina Harmony On Her Knees Photos | pending |
| Paulina Karma; Lying Around Photos | pending |
| Paulina Karma; Stretching & Standing Photos | pending |
| Paulina Party Girl Photos | pending |
| Paulina Stripper Photos | pending |
| Paulina Table Top Photos | pending |
| Petra Bendarova Photos 90707 | pending |
| Photos of Dasha, Irina, Tanya and Other Models-2003 | Pending |
| Photos of Ekaterina, Luba and Other Models 2006 Collection (230 images) | pending |
| Polya & Yulia Harmony Photos | pending |
| Polya & Yulia Intimacy Photos | pending |
| Polya & Yuliya Double Trouble Photos | pending |
| Red Crochet Bikini Photos | pending |
| Renee Martinez Black & White Film Photos | pending |
| Ronni Hada Photos 112307 | pending |
| Roseline Colmenares Photos 92807 | pending |

| Title | Registration Number |
|-------|---------------------|
| Sam King Photos 81707 | pending |
| Samantha Wilson Photos 62907 | pending |
| Samosa On A Stool Photos | pending |
| Sara Tavala Photos 110207 | pending |
| Sara Tavala Photos 80307 | pending |
| Sasha Ivanova Photos 62907 | pending |
| Shannon Hobbs Photos 101207 | pending |
| Sofie Vivies Photos 101207 | pending |
| Stacy Moran Rollerblading Part III Photos | pending |
| Stayce Dicky Photos 111607 | pending |
| Stephanka | pending |
| Svieta Mikhaleva Photos 81007 | pending |
| Tatiana Rodonova Photos 71307 | pending |
| Teresa Cerrell Photos 91407 | pending |
| Teresa Diaze Photos 81007 | pending |
| Tina P Photos 112307 | pending |
| Tina P Photos 62907 | pending |
| Tracey Baudy Photos 92107 | pending |
| Valentina Osipenko Photos 81707 | pending |
| Valery Tkalenko Photos 91407 | pending |
| Vernoica Barnes Photos 62907 | pending |
| Veronica Zemanova Beach Part II Photos | pending |
| Veronica Zemanova Jeep Part II Photos | pending |
| Veronica Zemanova Poolside Collection Part II Photos | pending |
| Vika Black String Photos | pending |
| Vika Body Lotion Photos | pending |
| Vika Flower Power Photos | pending |
| Vika Getting Hot Part1 Photos | pending |

| **Title** | **Registration Number** |
|---|---|
| Vika Getting Hot Part2 Photos | pending |
| Vika Glass Wall Photos | pending |
| Vika Hotel Bed Photos | pending |
| Vika In Green Chair Photos | pending |
| Vika In Portugal Photos | pending |
| Vika In Presidential Suite Photos | pending |
| Vika In Suspenders Photos | pending |
| Vika On a Tan Bed Photos | pending |
| Vika On Deck Photos | pending |
| Vika On The Beach Photos | pending |
| Vika Riding Photos | pending |
| Vika Showering Photos | pending |
| Vika Smoking On The Toilet Part1 Photos | pending |
| Vika Smoking On The Toilet Part2 Photos | pending |
| Vika Window View Photos | pending |
| Willow Samat Photos 110207 | pending |
| Yana Katzer Photos 101207 | pending |
| Yanka On The Corner Photos | pending |
| Yelena Binney Photos 92107 | pending |
| Zaja Svent Photos 120707 (alternative registration) | pending |
| Zdena Novotna Photos 110907 | pending |

RECORDATIONS

| Date of Recordation | Vol. No. | Doc. No. | First Title given in Document | Total no of Titles |
|---|---|---|---|---|
| 06/12/2003 | 3498 | 888 | March 2001 JSH Photo Registration | 10 |
| 04/05/2004 | 3508 | 942 | September 2001 JSH Photo Registration | 3 |
| 07/19/2005 | 3527 | 778 | February 1999 JSH Photo Registration | 88 |
| 07/19/2005 | 3527 | 779 | February 1999 JSH Photo Registration | 76 |
| 11/18/2005 | 3532 | 237 | July 2002 JSH Photo Registration | 3 |
| 11/18/2005 | 3532 | 238 | January 2000 JSH Photo Registration | 14 |
| 11/18/2005 | 3532 | 239 | Kovari, Kristina 1889B | 1 |
| 11/18/2005 | 3532 | 240 | 1174 Sabrina Allen | 5 |
| 12/02/2005 | 3532 | 466 | Gislane Orange Tights | 3 |
| 12/02/2005 | 3532 | 827 | Iris in Bead | 36 |
| 12/02/2005 | 3532 | 831 | Joy Behrman Spring 2001 Collection | 13 |
| 01/17/2006 | 3533 | 992 | Joy Behrman Spring 2001 Collection | 5 |
| 01/17/2006 | 3533 | 993 | Ekaterina Boots | 5 |
| 01/26/2006 | 3534 | 235 | Luba French Shirt | 5 |
| 04/13/2006 | 3537 | 147 | Devin Feller 2839 | 20 |
| 07/25/2006 | 3540 | 780 | Luba Plastic Skirt | 11 |
| 07/25/2006 | 3540 | 781 | Marketa Pool Side | 30 |
| 09/08/2006 | 3542 | 142 | Joy Behrman Spring 2001 Collection | 22 |
| 01/03/2007 | 3546 | 830 | Gislane White Mini Skirt | 19 |
| Pending | Pending | Pending | Anna S. Immaculate | 13 |
| Pending | Pending | Pending | Anna S. White Serene | 9 |
| Pending | Pending | Pending | Sydney Moon- Yellkow with Polka Dots | 1 |
| Pending | Pending | Pending | Anna S. Black Strings | 57 |
| Pending | Pending | Pending | B/W Sundress | 26 |
| Pending | Pending | Pending | Bathroom | 27 |
| Pending | Pending | Pending | Dreaming of You Part I | 5 |
| Pending | Pending | Pending | August 1999 JSH Photo Registration | 60 |
| Pending | Pending | Pending | Adele Stephens Car Wash | 26 |
| Pending | Pending | Pending | Angelica Anna S. Silhouettes | 22 |
| Pending | Pending | Pending | Anna S. Angelica Serenity | 55 |
| Pending | Pending | Pending | Angelica Anna S. Intimate | 9 |
| Pending | Pending | Pending | Blue_5368mr | 32 |
| Pending | Pending | Pending | IMG_5307restLR | 18 |