JEFFREY N. MAUSNER (State Bar No. 122385)
Mausner IP Law
21800 Oxnard St., Suite 910
Woodland Hills, California 91367-3640
Telephone: (310)617-8100; (818)992-7500
Facsimile: (818)716-2773

Attorney for Plaintiff
Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., aka AMAZON.COM INTERNATIONAL, INC., a corporation; A9.COM, INC., a corporation; ALEXA INTERNET, aka ALEXA INTERNET, INC., a corporation, and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. CV05-4753 AHM (SHx)<br><br>AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

**JURISDICTION AND VENUE**

1. <u>Jurisdiction</u>. This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.* This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. <u>Venue</u>. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b)(1) and (2), § 1391(c), and § 1400(a).

3. <u>Personal Jurisdiction</u>. Defendants reside in the State of California and/ or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business in the State of

1

California, including within this district. Each of the Defendants has purposefully availed itself of the privilege of doing business in the State of California, and material elements of Defendants' wrongdoing occurred in this State.

## THE PARTIES

4. Plaintiff Perfect 10 is a California corporation with its principal place of business in this district. Plaintiff published the magazine PERFECT 10 and owns and operates the Internet website located at perfect10.com.

5. Defendant Amazon.com, Inc., which is also known as Amazon.com International, Inc. ("Amazon.com"), is a Delaware corporation which operates the Internet retail website located at amazon.com.

6. Defendant A9.com, Inc. ("A9") is a Delaware corporation and is a subsidiary of Amazon.com, Inc., and operates the website A9.com.

7. Doe No. 1 is designated to be defendant Alexa Internet, aka Alexa Internet, Inc. ("Alexa"). Alexa is a California corporation and is a subsidiary of Amazon.com, Inc., and operates the website Alexa.com.

8. Perfect 10 is informed and believes, and on that basis avers, that Amazon.com is so intertwined with and related to A9 and Alexa, that Amazon.com consents to, participates in, and directs the activities of A9 and Alexa to the extent that Amazon.com is jointly and severally liable for the activities of A9 and Alexa. At all times relevant hereto, there has been such a unity of ownership, interest, or control between Amazon.com and A9 and Alexa relating to the infringements on A9 and Alexa as to make Amazon.com liable for the acts of A9 and Alexa.

9. Does 2 through 10, inclusive, are sued under fictitious names because their true names and capacities are unknown to Perfect 10. Perfect 10 will seek leave to amend this complaint to insert such true names and capacities when they are ascertained. Perfect 10 is informed and believes, and on that basis avers, that each Doe Defendant acted in concert with defendants Amazon.com, A9, and

1 Alexa, and is responsible for the harm and damages to Perfect 10 herein averred.
2 Defendants Amazon.com, A9, Alexa, and the Doe Defendants hereinafter are
3 referred to collectively as "Amazon."

4     10. Perfect 10 is informed and believes, and on that basis avers, that at all
5 times material herein, each of the Defendants was the agent and/or employee of the
6 other Defendants and, in doing the things herein averred, was acting within the
7 course and scope of such agency and/or employment.

## THE BUSINESS OF PERFECT 10

    11. The business of Perfect 10 consists primarily of the design, creation, production, marketing, promotion, and sale of copyrighted adult images.

    12. Perfect 10 was the publisher of the well-known magazine PERFECT 10. Perfect 10 was formed in 1996 in an effort to create the highest quality men's magazine. To differentiate itself from other men's magazines, Perfect 10 has made special efforts to photograph the world's most beautiful "natural" models.

    13. Perfect 10 owns and operates the Internet website perfect10.com. Consumers are provided access to content owned by Perfect 10 and made available on the perfect10.com website only through an individual, confidential password in return for the payment of a membership fee of $25.50 per month.

    14. Perfect 10 has created thousands of copyrighted photographs at a cost of millions of dollars and has purchased additional images. Perfect 10 owns the copyrights in these images (the "Perfect 10 Copyrighted Images"). Perfect 10 has invested, and continues to invest, substantial sums of money, time, effort, and creative talent, to make, produce, and sell Perfect 10 Copyrighted Images, which requires that numerous payments be made, including but not limited to, model fees, photographer fees, location costs, styling costs, make up costs, printing costs, film and processing costs, travel costs, as well as distribution, public relations, legal, and advertising and promotion expenses.

3

15. Perfect 10 derives virtually all of its revenue from its copyrighted images. First, it sold magazines, which consist predominantly of images, at both newsstands and via subscriptions. Second, it sells memberships to its website. Third, in early 2005, Perfect 10 entered into a licensing agreement for the worldwide sale and distribution of individual reduced size copyrighted images for cell phones.

16. The success of Perfect 10's business is dependent on Perfect 10 Copyrighted Images. The ongoing and massive infringement and free display of Perfect 10 Copyrighted Images, as herein described, is devastating to, and threatens the existence of, Perfect 10's business. Perfect 10 has been forced to cease publication of its magazine because of losses caused by infringement.

## THE BUSINESS OF AMAZON

17. Amazon operates the Internet website amazon.com. Consumers visit Amazon's website to purchase books, recordings, electronic equipment, and other retail products. In September 2004, Amazon launched a purported search feature that resides on amazon.com. Amazon states that its search feature is powered by its subsidiary, A9. This feature allows visitors to view and download tens of thousands of adult images, among other things, on A9.com. Included among the adult images displayed and distributed by Amazon are thousands of Perfect 10 Copyrighted Images, which may be found simply by typing into Amazon's search box the name of a Perfect 10 model. Amazon links virtually all of the Perfect 10 copyrighted images it displays to websites which misappropriated those images and which in some cases display hundreds of other infringing Perfect 10 copyrighted images. Amazon also operates the website and search engine alexa.com through its subsidiary Alexa Internet. Alexa.com copies, reproduces, displays, distributes, and adapts Perfect 10 Copyrighted Images without authorization, and links to websites which infringe those images and which in

4

1   some cases display thousands of other infringing Perfect 10 copyrighted images.
2   Amazon also provides a variety of services to infringing websites which may
3   include providing of images, hosting, and other services.
4       18.   As described below, Amazon's display of Perfect 10 Copyrighted
5   Images allows visitors to view thousands of high quality, reduced size and full size
6   copies of Perfect 10 Copyrighted Images, which are displayed and distributed on
7   A9.com and Alexa.com without authorization  During this process, Amazon not
8   only displays Perfect 10 Copyrighted Images without authorization on A9.com and
9   Alexa.com, it also directs traffic to websites which misappropriated Perfect 10's
10  Copyrighted Images rather than to Perfect 10's website.
11      19.   Amazon provides visitors to Amazon.com, A9.com, and Alexa.com
12  with unauthorized access to Perfect 10 Copyrighted Images in at least four ways,
13  all of which draw visitors and potential customers to Amazon and simultaneously
14  destroy the exclusivity and commercial value of Perfect 10's Copyrighted Images.
15      (a)   *First*, Amazon displays and distributes reduced size infringing
16  copies of Perfect 10 Copyrighted Images on A9.com and Alexa.com.  These
17  infringing images are as clear and detailed as the reduced size images displayed on
18  perfect10.com.  They are large enough to serve as substitutes for those reduced size
19  images sold by Perfect 10 for downloading onto cell phones, which in some cases
20  are smaller than the reduced size images provided by Amazon.  The images copied
21  by and displayed on Alexa.com vary in size and clarity, and the damage they cause
22  Perfect 10.  In some cases they are so large as to be best described as medium-
23  sized images, more than *thirty* times the size of some thumbnails.  Some are linked
24  to sites which offer as many as six-thousand full-size Perfect 10 images for free.
25  Others link to sites which suggest that such Perfect 10 images belong to Playboy,
26  or suggest that Perfect 10 models are prostitutes or engage in sexual acts with
27  animals. The reduced size Perfect 10 Copyrighted Images copied by and/or
28  displayed on Alexa.com and A9.com also can be downloaded to cell phones,

5

1  completely obviating the need for consumers to purchase such images for their cell
2  phones from Perfect 10. Examples of such infringing reduced size copies are
3  attached hereto as Exhibit 1 and by this reference incorporated herein.

4        (b) *Second*, when a reduced size image is clicked on, a second page
5  is displayed. On A9.com that page typically displayed a second reduced size
6  image and, in many cases, a full size version in a "window", both of which are
7  unauthorized copies of Perfect 10 Copyrighted Images. A user could view or
8  download such full size copies without ever leaving A9.com. Additionally, when
9  the user clicked on the A9.com link entitled – "See full-size image" – a full size
10 copy of the image was typically displayed on an otherwise blank page. This is the
11 same result that one obtains clicking on a reduced-size image on perfect10.com,
12 Perfect 10's website. On Alexa.com, clicking on the reduced-size image often
13 yields a full-size image as well. An example of such a display is shown in Exhibit
14 2 attached hereto and by this reference incorporated herein. Through Alexa.com's
15 image search, Alexa users have been able to view over 20,000 Perfect 10
16 copyrighted images full-size while they remain at alexa.com, almost Perfect 10's
17 entire library.

18       (c) *Third*, through their web search function, both A9.com and
19 alexa.com find and organize for their users infringing websites which contain in
20 many cases, thousands of infringing Perfect 10 copyrighted images. The first ten
21 sites returned by either A9.com or alexa.com for a search on a particular Perfect 10
22 model name often contain not only infringing images of that model, but also
23 thousands of other infringing Perfect 10 copyrighted images as well. Both A9.com
24 and alexa.com also offer a cache function which allows the user to view and
25 download infringing Perfect 10 copyrighted images even when the underlying
26 website can no longer be viewed, while the user remains at either A9.com or
27 alexa.com. Both A9.com and alexa.com's web search results consist of text from
28 the underlying website, along with a link, which when clicked on, allows the

6

1 A9.com or alexa.com users to view or download infringing Perfect 10 copyrighted
2 images without paying for them. Effectively, the web search function of both
3 A9.com and alexa.com supplant the need for users to pay Perfect 10 to view or
4 download Perfect 10 images.

5         (d)    *Fourth*, in certain instances, particularly when the search term
6 perfect10.com is used, Amazon provides links to websites which contain otherwise
7 unavailable unique usernames and passwords that permit access to perfect10.com.
8 Amazon also itself directly publishes and provides on its alexa.com and A9.com
9 websites complete perfect10.com passwords in its "search results." Amazon
10 thereby knowingly facilitates access to perfect10.com, without authority and
11 without the necessity for users to purchase memberships, and permits users to gain
12 free access to virtually the entirety of Perfect 10 Copyrighted Images.

13    20.   Amazon's unauthorized display and distribution of thousands of
14 reduced size, medium size, and full size Perfect 10 Copyrighted Images promotes
15 and draws potential customers to Amazon's websites while it destroys the market
16 for and value of Perfect 10 Copyrighted Images. Amazon's acts and conduct
17 obviate the need for consumers to pay for a membership to perfect10.com,
18 subscribe to or purchase Perfect 10 magazine, or purchase reduced size Perfect 10
19 Copyrighted Images for viewing on cell phones or other purposes.

20    21.   Amazon essentially has become one of the largest infringers of adult
21 images in the world by using a purported "search" function which attracts users
22 and enables them to view and obtain for free tens of thousands of adult images
23 including thousands of Perfect 10 Copyrighted Images. The Perfect 10
24 Copyrighted images displayed by Amazon are obtained from infringing websites
25 (referred to herein as "Stolen Content Websites") to which Amazon links and/or
26 accepts advertising and directs its users. Amazon is displaying Perfect 10
27 Copyrighted Images and other adult images for a commercial purpose, namely, to
28

7

attract thousands of visitors to Amazon.com, A9.com, and Alexa.com, and increase Amazon's sales and revenues.

22. Amazon accepts advertising from Stolen Content Websites which not only steal and offer almost every Perfect 10 copyrighted image for as little as $10 a month, but which also offer *billions* of dollars in stolen full length movies, thousands of popular songs, and even pirated software. In exchange for receiving payments from these pirates, Amazon gives them special placement in its search results.

23. Amazon also partners with infringing websites through its Amazon Associates program. It places Amazon ads in many cases next to Perfect 10 copyrighted images, with a link to Amazon's sales area. Amazon pays the Amazon Associates sites a percentage of sales it makes from their traffic.

24. Amazon's direct and secondary infringement of Perfect 10 Copyrighted Images remains ongoing, despite the fact that Amazon is aware that it is infringing and that Perfect 10 has never authorized or consented to the use by Amazon of Perfect 10 Copyrighted Images or perfect10.com passwords. Amazon's knowledge is based on the following, among others:

(a) Beginning on November 15, 2004, Amazon has been provided written notice of infringements of Perfect 10's copyrights in the form of at least eighteen detailed notices of infringement. These notices informed Amazon of infringements of specific Perfect 10 Copyrighted Images and unauthorized perfect10.com passwords on at least 20,000 identified URLs, and over 200,000 infringing Perfect 10 images on massive infringing websites from which Amazon accepts advertising and gives special placement in its search results. Amazon has done little or nothing in response to these notices. Amazon continues to provide thousands of different Perfect 10 copyrighted images, sometimes in multiple copies, and to allow users to view, copy, download, email and otherwise manipulate both reduced size and full size Perfect 10 Copyrighted Images.

8

1    Further, despite the fact that Amazon has received actual notice that websites to
2    which Amazon continues to link contain stolen Perfect 10 Copyrighted Images, in
3    all or virtually all cases, it has not disabled access to the infringing material.
4    Additionally, Amazon continues to make vast numbers of Perfect 10 Copyrighted
5    Images available without authorization by providing stolen perfect10.com
6    passwords.

7    　　　　(b)    Perfect 10 Copyrighted Images provided by Amazon frequently
8    contain visible Perfect 10 trademarks or copyright notices in the name of Perfect
9    10. At times, Amazon describes such Perfect 10 Copyrighted Images using the
10   term "P10," which is synonymous with Perfect 10, and at times even includes the
11   volume and issue number of the Perfect 10 Magazine in which specific images
12   appeared. Nevertheless, Amazon displays and distributes such images, and links
13   consumers to the websites that misappropriated those images rather than to
14   perfect10.com.

15   　　　　(c)    When Amazon provides a Perfect 10 Copyrighted Image
16   through its Image Search results, Amazon invariably informs the consumer in
17   conjunction with the image: "This image may be subject to copyright."
18   Additionally, many of the websites to which Amazon provides direct links contain
19   "disclaimers" that state that they do not own the content provided, with language to
20   the effect that they have copied their images from other sources and that the
21   copyrights for such images remain with their creators.

22

23   　　　　　　　　　　　**FIRST CLAIM FOR RELIEF**
24   　　　　　　　　　　　　　(Copyright Infringement)
25   　　25.    Perfect 10 re-avers and incorporates herein by reference each and
26   every averment of paragraphs 1 through 24 above as though fully set forth herein.
27   　　26.    Perfect 10 is the owner of all right, title, and interest to each of the
28   Perfect 10 Copyrighted Works. Perfect 10 has registered or has applied to register

9

its works with the United States Copyright Office. Perfect 10 has been issued United States copyright certificates listed on Exhibit 3, attached hereto.

27. Each of the Perfect 10 Copyrighted Works consists of material original with Perfect 10 and each is copyrightable subject matter.

28. Amazon has copied, reproduced, distributed, adapted, and/or publicly displayed the Perfect 10 Copyrighted Works without the consent or authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

29. Amazon's conduct constitutes infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501 of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

30. Amazon has induced, caused, and/or materially contributed to unauthorized reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works by Stolen Content Websites and by Amazon's users and advertisers, and thus to the direct infringement of the Perfect 10 Copyrighted Works.

31. Amazon has and had knowledge that infringing Perfect 10 images were available using its search engines, could take simple measures to prevent further damage to Perfect 10's copyrighted works, and failed to take such steps.

32. Amazon's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501 of the U.S. Copyright Act, 17 U.S.C. §§ 106 and 501.

33. Amazon has had the right and ability to supervise and/or control the infringing conduct of the Stolen Content Websites and Amazon users and a right to limit such infringements, including by terminating links to such websites and/or by refusing to accept advertising from or make payments to such sites, but has failed and refused to exercise such supervision and/or control. Amazon has also had the

1 ability to stop providing infringing images and links to its affiliates and to other
2 websites purporting to be search engines for which Amazon provides search
3 services. As a direct and proximate result of such failure and refusal, Amazon and
4 its users, advertisers, affiliates, and the Stolen Content Websites to which Amazon
5 links, have infringed Plaintiffs' copyrights in the Perfect 10 Copyrighted Works, as
6 set forth above. Amazon has derived a direct financial benefit from such
7 infringement, from the increased traffic to Amazon and advertising dollars
8 resulting from the general "draw" of the Perfect 10 Copyrighted Works, from
9 monies received directly from pirate advertisers, and from advertising revenues.

10      34. Amazon's conduct constitutes vicarious infringement of Perfect 10's
11 copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted
12 Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106
13 and 501.

14      35. The infringement of Perfect 10's rights in and to each of the Perfect
15 10 Copyrighted Works constitutes a separate and distinct act of infringement.

16      36. The acts of infringement by Amazon have been willful, intentional,
17 and purposeful, in reckless disregard of and with indifference to the rights of
18 Perfect 10.

19      37. As a direct and proximate result of the infringements by Amazon of
20 Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10
21 Copyrighted Works, Perfect 10 is entitled to its actual damages and Amazon's
22 profits pursuant to 17 U.S.C. § 504(b).

23      38. Alternatively, Perfect 10 is entitled to statutory damages, pursuant to
24 17 U.S.C. § 504(c).

25      39. Amazon's conduct is causing and, unless enjoined and restrained by
26 this Court, will continue to cause, Perfect 10 great and irreparable injury that
27 cannot fully be compensated in money. Perfect 10 has no adequate remedy at law.
28 Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief prohibiting

11

further infringements of Perfect 10's copyrights.

40. Perfect 10 further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff Perfect 10 prays for judgment against Amazon.com, A9.com, and Alexa, and each of the Doe Defendants, as follows:

1. That Amazon.com, A9.com, and Alexa, and each of the Doe Defendants, and their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be enjoined from:

    a. copying, reproducing, distributing, adapting, or publicly displaying the Perfect 10 Copyrighted Works;

    b. posting Perfect 10 copyrighted photographs on the internet;

    c. posting Perfect 10 passwords and user names on the internet; and

    d. inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others.

2. That Amazon.com, A9.com, and Alexa be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights of Perfect 10.

3. That Amazon.com, A9.com, and Alexa be ordered to remove all links between its website and all Stolen Content Websites, and be prohibited from accepting advertising from, placing ads on, or linking to, Stolen Content Websites.

4. For restitution in the amount of the benefit to Amazon.com, A9.com, and Alexa by reason of their unlawful conduct.

12

1        5.    For Perfect 10's actual damages.

2        6.    For a full accounting of all profits, income, receipts, or other
benefits derived by Amazon.com, A9.com, and Alexa as a result of their unlawful
conduct.

         7.    For statutory damages under the Copyright Act.

         8.    For attorneys' fees and full costs.

         9.    For such other and further relief as this Court deems just and
appropriate.

Dated: ~~March~~ May 8, 2008

By: /s/ Jeffrey N. Mausner
JEFFREY N. MAUSNER
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: ~~March~~ May 8, 2008

By: /s/ Jeffrey N. Mausner
JEFFREY N. MAUSNER
Attorney for Plaintiff

13