Exhibit 1



Exhibit 2



Exhibit 3

| Title | Registration Number |
|---|---|
| Perfect 10 Magazine (Vol. 1 No. 1) - August-97 | TX 4-556-514 |
| Perfect 10 Magazine (Vol. 1 No. 2) - Winter 97 | TX 4-556-511 |
| Perfect 10 Magazine (Vol. 1 No. 3) - Spring 98 | TX 4-556-482 |
| Perfect 10 Magazine (Vol. 1 No. 4) - Summer 98 | TX 4-556-510 |
| Perfect 10 Magazine (Vol. 1 No. 5) - Fall 98 | TX 4-556-475 |
| Perfect 10 Magazine (Vol. 1 No. 6) - Winter 98 | TX 4-556-541 |
| Perfect 10 Magazine (Vol. 2 No. 1) - Spring 99 | TX 4-812-575 |
| Perfect 10 Magazine (Vol. 2 No. 2) - Summer 99 | TX 4-813-355 |
| Perfect 10 Magazine (Vol. 2 No. 3) - August/September 99 | TX 4-812-793 |
| Perfect 10 Magazine (Vol. 2 No. 4) - Oct/Nov 99 | TX 4-813-026 |
| Perfect 10 Magazine (Vol. 2 No. 5) - Dec/Jan 2000 | TX 4-812-972 |
| Perfect 10 Magazine (Vol. 2 No. 6) - Feb/Mar 2000 | TX 4-813-344 |
| Perfect 10 Magazine (Vol. 3 No. 1) - Apr/May 2000 | TX 4-813-338 |
| Perfect 10 Magazine (Vol. 3 No. 2) - Jun/Jul 2000 | TX 4-813-390 |
| Perfect 10 Magazine (Vol. 3 No. 3) - Aug/Sept 00 | TX 5-172-229 |
| Perfect 10 Magazine (Vol. 3 No. 4) - Oct/Nov 00 | TX 5-201-630 |
| Perfect 10 Magazine (Vol. 3 No. 5) - Dec/Jan 2001 | TX 5-217-598 |
| Perfect 10 Magazine (Vol. 3 No. 6) - Spring 2001 | TX 5-328-427 |
| Perfect 10 Magazine (Vol. 4 No. 1) - Summer 2001 | TX 5-328-528 |
| Perfect 10 Magazine (Vol. 4 No. 2) - Fall 2001 | TX 5-328-636 |
| Perfect 10 Magazine (Vol. 4 No. 3) - Winter 2001 | TX 5-488-941 |
| Perfect 10 Magazine (Vol. 4 No. 4) - Spring 2002 | TX 5-488-942 |
| Perfect 10 Magazine (Vol. 4 No. 5) - Summer 2002 | TX 5-451-806 |
| Perfect 10 Magazine (Vol. 4 No. 6) - Fall 2002 | TX 5-452-020 |
| Perfect 10 Magazine (Vol. 5 No. 1) - Winter 2002 | TX 5-452-132 |
| Perfect 10 Magazine (Vol. 5 No. 2) - Spring 2003 | TX 5-452-254 |
| Perfect 10 Magazine (Vol. 5 No. 3) - Summer 2003 | TX 5-452-489 |
| Perfect 10 Magazine (Vol. 5 No. 4) - Fall 2003 | TX 5-802-012 |

| Title | Registration Number |
|---|---|
| Perfect 10 Magazine (Vol. 5 No. 5) - Winter 2003 | TX 5-802-272 |
| Perfect 10 Magazine (Vol. 5 No. 6) - Spring 2004 | TX 5-802-273 |
| Perfect 10 Magazine (Vol. 6 No. 1) - Summer 2004 | TX 5-910-170 |
| Perfect 10 Magazine (Vol. 6 No. 2) - Fall 2004 | TX 5-910-171 |
| Perfect 10 Magazine (Vol. 6 No. 3) - Winter 2004 | TX 6-058-397 |
| Perfect 10 Magazine (Vol. 6 No. 4) - Spring 2005 | TX 5-910-331 |
| Perfect 10 Magazine (Vol. 6 No. 5) - Summer 2005 | TX 6-114-746 |
| Perfect 10 Magazine (Vol. 6 No. 6) - Fall 2005 | TX 6-114-841 |
| Perfect 10 Magazine (Vol. 7 No. 1) - Winter 2005 | TX 6-115-010 |
| Perfect 10 Magazine (Vol. 7 No. 2) - Spring 2006 | TX 6-346-157 |
| Perfect 10 Magazine (Vol. 7 No. 3) - Summer 2006 | TX 6-346-128 |
| Perfect 10 Magazine (Vol. 7 No. 4) - Fall 2006 | TX 6-203-680 |
| Perfect 10 Magazine (Vol. 7 No. 5) - Winter 2006 | TX 6-203-677 |
| Perfect 10 Magazine (Vol. 7 No. 6) - Spring 2007 | TX-6-346-157 |
| Perfect 10 Magazine (Vol. 8 No. 1) - Summer 2007 | TX 6-543-478 |
| Perfect 10 Website – Published 16-Sep-99 | VA 996-673 |
| Perfect 10 Website – Published 20-Jun-01 | VA 1-085-670 |
| Perfect 10 Website – Published 30-Nov-02 | VA 1-177-241 |
| Perfect 10 Website – Published 9-Jan-04 | VA 1-230-966 |
| Perfect 10 Website – Published 28-Jul-04 | VA 1-289-550 |
| Perfect 10 Website – Published 6-Oct-04 | VA 1-289-549 |
| Perfect 10 Website – Published 27-Jan-05 | VA 1-289-701 |
| Perfect 10 Website – Published 1-Apr-05 | VA 1-289-809 |
| Perfect 10 Website – Published 2-Jun-05 | VA 1-308-126 |
| Perfect 10 Website – Published 11-Aug-05 | VA 1-308-085 |
| Perfect 10 Website – Published 3-Oct-05 | VA 1-308-128 |
| Perfect 10 Website – Published 6-Dec-05 | VA 1-337-645 |
| Perfect 10 Website – Published 6-Feb-06 | VA 1-313-176 |

| Title | Registration Number |
|---|---|
| Perfect 10 Website – Published 6-Apr-06 | VA 1-351-877 |
| Perfect 10 Website – Published 31-May-06 | VA 1-359-323 |
| Perfect 10 Website – Published 1-Aug-06 | VA 1-377-136 |
| Perfect 10 Website – Published 3-Oct-06 | VA 1-377-240 |
| Perfect 10 Website – Published 4-Dec-06 | VA 1-394-707 |
| Perfect 10 Website – Published 5-Feb-07 | VA 1-401-366 |
| Perfect 10 Website – Published 5-Jun-07 | VA 1-410-598 |
| Perfect 10 Website – Published 10-Apr-07 | VA 1-407-570 |
| Perfect 10 Website – Published 25-Jun-07 | VA 1-422-627 |
| Open Beauty Website – Published 9-Jan-04 | VA 1-231-026 |
| Open Beauty Website – Published 28-Jul-04 | VA 1-289-548 |
| Open Beauty Website – Published 6-Oct-04 | VA 1-289-520 |
| Open Beauty Website – Published 27-Jan-05 | VA 1-289-702 |
| Open Beauty Website – Published 1-Apr-05 | VA 1-289-807 |
| Open Beauty Website – Published 2-Jun-05 | VA 1-308-132 |
| Open Beauty Website – Published 11-Aug-05 | VA 1-308-088 |
| Open Beauty Website – Published 3-Oct-05 | VA 1-308-131 |
| Open Beauty Website – Published 6-Dec-05 | VA 1-337-630 |
| Open Beauty Website – Published 6-Feb-06 | VA 1-313-173 |
| Model Boxing Website – Published 28-Jul-04 | VA 1-231-054 |
| Model Boxing Website – Published 6-Oct-04 | VA 1-289-521 |
| Model Boxing Website – Published 11-Aug-05 | VA 1-308-086 |
| Model Boxing Website – Published 3-Oct-05 | VA 1-308-129 |
| Model Boxing Website – Published 6-Dec-05 | VA 1-337-631 |
| Boxing Beauties Website – Published 28-Jul-04 | VA 1-231-055 |
| Boxing Beauties Website – Published 6-Oct-04 | VA 1-289-519 |
| Boxing Beauties Website – Published 1-Apr-05 | VA 1-289-806 |
| Boxing Beauties Website – Published 27-Jan-05 | VA 1-289-703 |

| Title | Registration Number |
|---|---|
| Boxing Beauties Website – Published 2-Jun-05 | VA 1-308-133 |
| Boxing Beauties Website – Published 11-Aug-05 | VA 1-308-087 |
| Boxing Beauties Website – Published 3-Oct-05 | VA 1-308-130 |
| Boxing Beauties Website – Published 6-Dec-05 | VA 1-337-632 |
| Boxing Beauties Website – Published 6-Feb-06 | VA 1-313-172 |
| P10 Magazine Presents Model Boxing | PA 1-225-604 |
| P10 Magazine Presents Model Boxing II | PA 1-301-078 |
| P10 Model of the Year Video (G-rated) | PA 776-173 |
| P10 Model of the Year Video (R-rated) | PA 955-019 |
| P10 2000 Calendar | VA 987-612 |
| P10 2001 Calendar | VA 1-026-167 |
| P10 Behind The Scenes, Volume 1 | PA 1-205-443 |
| P10 Behind the Scenes, Volume 2 | PA 1-198-697 |
| Perfect 10- Even Naughtier DVD | PA 1-303-525 |
| Perfect 10 Boxing #101 | PA 1-371-489 |
| Perfect 10 Boxing #102 | PA 1-373-124 |
| Perfect 10 Boxing #103 | PA 1-371-490 |
| Perfect 10 Boxing #104 | PA 1-373-123 |
| Perfect 10 Boxing #105 | PA1-373-121 |
| Perfect 10 Boxing #106 | PA 1-373-122 |
| Adele Stephens and Veronika Zemanova Photos Published in 1998 | VA 1-201-268 |
| Jenna Jameson Photos Published in 1994 | VA 1-201-269 |
| Adele Stephens, Asia Carrera, and Nikki Nova Photos Published in 1996 | VA 1-201-270 |
| Veronika Zemanova Poolside Photo Published in 2000 | VA 1-202-770 |
| Veronika Zemanova Poolside Photos Published in 1999 | VA 1-202-771 |
| Amy Weber Photos 1999 | VA 1-208-244 |
| Amy Weber Photos 1998 Volume 2 | VA 1-208-275 |

| Title | Registration Number |
|---|---|
| Amy Weber Photos 1998 | VA 1-208-295 |
| Amy Weber Photos 1997 | VA 1-221-373 |
| Amy Weber White Shorts | VA 1-230-967 |
| Amber Smith Photos, Volume 1 | VA 1-231-092 |
| Amber Smith Photos, Volume 2 | VA 1-231-093 |
| Amy Weber Photos 1998 Volume 3 | VA 1-254-823 |
| Alexandria Karlsen Photos Volume 1 | VA 1-289-551 |
| Alexandria Karlsen Photos Volume 2 | VA 1-289-552 |
| Veronica Zemanova Photos - 1998 Collection | VA 1-289-553 |
| Jenna Jameson Photos - 1994 Collection | VA 1-289-554 |
| Stacy Moran Photos- 1994 Collection | VA 1-289-555 |
| Veronica Zemanova Photos - 1994 Collection | VA 1-289-556 |
| Jenna Jameson 1995 Collection | VA 1-289-557 |
| Adele Stephens Photos - 1996 Collection | VA 1-289-558 |
| Asia Carrera Photos - 1996 Collection | VA 1-289-559 |
| Nikki Nova Photos - 1996 Collection | VA 1-289-560 |
| Anita Kelli Photos - 1997 Collection | VA 1-289-561 |
| Danni Ashe Photos - 1997 Collection | VA 1-289-562 |
| Kelly Havel Photos - 1997 Collection | VA 1-289-563 |
| Vicca Photos - 1997 Collection | VA 1-289-564 |
| Tracy Smith Photos - 1997 Collection | VA 1-289-565 |
| Anita Kelli Photos - 1998 Collection | VA 1-289-566 |
| Jenna Jameson Photos - 1998 Collection | VA 1-289-567 |
| Kelly Havel Photos - 1998 Collection | VA 1-289-568 |
| Kristina Kovari Photos - 1999 Collection | VA 1-289-569 |
| Kyla Cole Photos - 1999 Collection | VA 1-289-570 |
| Lisa Belle Photos - 1999 Collection | VA 1-289-571 |
| Melissa Ludwig Photos - 1999 Collection | VA 1-289-572 |

| Title | Registration Number |
|---|---|
| Natalia Sirocka Photos - 1999 Collection | VA 1-289-573 |
| Tera Patrick Photos - 1999 Collection | VA 1-289-574 |
| Cassidey Rae Photos - 2000 Collection | VA 1-289-575 |
| Jenny Photos - 2000 Collection | VA 1-289-576 |
| Lynn Thomas Photos - 2000 Collection | VA 1-289-577 |
| Sydney Moon Photos - 2000 Collection | VA 1-289-578 |
| Tracy Smith Photos - 2000 Collection | VA 1-289-579 |
| Aria Giovanni Photos - 2001 Collection | VA 1-289-580 |
| Nikki Nova's Photos - 2001 Collection | VA 1-289-581 |
| Sanja Photos - 2001 Collection | VA 1-289-582 |
| Yana Cova Photos - 2001 Collection | VA 1-289-583 |
| Lynn Thomas Photos - 2002 Collection | VA 1-289-584 |
| Sanja Photos - 2002 Collection | VA 1-289-585 |
| Veronica Zemanova Photos - 2002 Collection | VA 1-289-586 |
| Yana Cova Photos - 2002 Collection | VA 1-289-587 |
| Zdenka Novotna Photos - 2002 Collection | VA 1-289-588 |
| Racquel Darrian's Miscellaneous Collection | VA 1-289-589 |
| Aria Giovanni Photos - 2004 Volume 1 | VA 1-289-661 |
| Aria Giovanni Photos - 2004 Volume 2 | VA 1-289-662 |
| Aria Giovanni Photos - 2004 Volume 3 | VA 1-289-663 |
| Aria Giovanni Photos - 2004 Volume 4 | VA 1-289-664 |
| Amy Weber Photos 1999 Volume 3 | VA 1-289-666 |
| Stacey Sanchez Photos 2004 | VA 1-289-667 |
| Amy Weber Photos 1998 Volume 6 | VA 1-289-704 |
| Amy Weber Photos 1998 Volume 7 | VA 1-289-705 |
| Amy Weber Photos 1999 Volume 2 | VA 1-301-850 |
| Amy Weber Photos 1998 Volume 5 | VA 1-301-851 |
| Amy Weber Photos 1998 Volume 4 | VA 1-301-852 |

| Title | Registration Number |
|---|---|
| 1990 Photos of Jesel, June, Natasha & Nikki | VA 1-307-980 |
| 1991 Photos of Alicon, Bobbie, Cameo, & Other Models | VA 1-307-981 |
| 1992 Photos of Christina, Erin, Heather, & Other Models | VA 1-307-982 |
| 1993 Photos of Alexandria, Sophie, Bo, Mimi & Stevi | VA 1-307-983 |
| 1995 Photos of Alyshia, April, Asleigh, Cheyenne & Oher Models | VA 1-307-984 |
| 1996 Photos of Brenda, Jessi, Monika, Nikki & Oher Models | VA 1-307-985 |
| 1997 Photos of Aimee, Anna, Ariela, Jade & Oher Models | VA 1-307-986 |
| 1998 Photos of Blake, Devin, Channie, Dina & Oher Models | VA 1-307-987 |
| 1999 Photos of Andra, Bertha, Chante & Oher Models | VA 1-307-988 |
| 1994 Photos of Bobbie, Chasey, Danielle, Sara, & Taylor | VA 1-308-081 |
| 1995 Photos of Inge | VA 1-308-082 |
| 1997 Photos of Anita Kelli | VA 1-308-083 |
| 1997 Photos of the 4some | VA 1-308-084 |
| Photos of Dasha, Irina & Tanya - Vol. 1 | VA 1-308-089 |
| Photos of Dasha, Irina & Tanya - Vol. 2 | VA 1-308-090 |
| 2003 Photos of Sarah V. | VA 1-308-127 |
| 2001 Photos of Aimee, Ariela, Janine & Oher Models | VA 1-308-134 |
| 2000 Photos of Alexa, Analise, Charmane & Oher Models | VA 1-308-135 |
| Dasha, Irina, Tanya and Other Models - 2004 Photos | VA 1-308-136 |
| Dasha Pogodina - 2003 Photos | VA 1-308-137 |
| 2002 Photos of Elle, Natalie, Sabrina & Zuse | VA 1-308-138 |
| Ekaterina Mosaic | VA 1-313-231 |
| Dasha & Masha - 2003 Photos | VA 1-321-521 |
| Dasha Pogodina - 2005 Photos | VA 1-321-522 |
| Dasha & Masha - 2004 Photos | VA 1-321-523 |
| Veronica Z. in a Denim Jacket | VA 1-321-524 |
| Jenny on a Bridge and Poolside | VA 1-321-525 |
| Anita Kelli Poolside in White -- 1997 Photos | VA 1-321-526 |