| Title | Registration Number |
|---|---|
| Stacy Moran in Bright Green Rollerblading | VA 1-321-527 |
| Gislane 2005 photos | VA 1-337-644 |
| Vilita 2002 Photos | VA 1-337-664 |
| Luba & Marketa 2004 Photos | VA 1-340-262 |
| Amy Weber Leopard Collection | VA 1-340-935 |
| Adele & Deven Psychiatrist Collection | VA 1-345-740 |
| Anita Kelli 1998 Photo Collection | VA 1-345-741 |
| Flower & Jane Oriental Spa Photos | VA 1-345-742 |
| Anita Kelli- 1997 Collection Volume II | VA 1-345-743 |
| Veronica Zemanova Poolside 2000- Volume 2 | VA 1-345-744 |
| Aimee Sweet- 1998 Collection | VA 1-345-745 |
| Jade Hsu Photos- 2001 Collection | VA 1-345-746 |
| Deja Scott- 1995 Collection | VA 1-345-747 |
| Jade & Jana Photos- 2002 Collection | VA 1-345-748 |
| Sveba & Vika 2003 Photos | VA 1-347-289 |
| Keity, Marketa, Samosa & Vika 2005 Photos | VA 1-356-951 |
| Iris, Marketa, Sveba & Vika -2004 Photos | VA 1-356-952 |
| Keity, Luba, Marketa & Other Models 2005 Photos Volume 1 | VA 1-369-768 |
| Vika | VA 1-377-135 |
| Anita Blond Photos Vol. I | VA 1-377-246 |
| Anita Blond Photos Vol II | VA 1-377-247 |
| Veronica Zemanova Bath Photos | VA 1-377-248 |
| Veronica Zemanova in a Denim Jacket | VA 1-377-249 |
| Photos of Amber, Sabrina, Kara and Valerie | VA 1-377-509 |
| Photos of Catalina, Vanna and Stephanie | VA 1-377-516 |
| Photos of Cathy, Paula and Other Models | VA 1-377-517 |
| Photos of Jamie and Jewel | VA 1-377-518 |
| Photos of Sunny and Louisa | VA 1-377-519 |

| Title | Registration Number |
|---|---|
| Photos of Melissa Wolfe | VA 1-377-520 |
| Photos of Marie and Shirley | VA 1-377-521 |
| Photos of Zaja | VA 1-377-522 |
| Keity, Luba, Marketa & Other Models 2005 Photos Volume 2 | VA 1-386-685 |
| Amy Weber in a Baby Blue Dress | VA 1-391-325 |
| Amy Weber Silver Swim Photo | VA 1-391-326 |
| Lenka Gaborova Black Shawl Photos | VA 1-391-545 |
| Anetta Viehova Black Shawl Photos | VA 1-391-546 |
| Lenka Gaborova Olive Tank Top | VA 1-391-547 |
| Lenka Gaborova Black & Yellow Photos | VA 1-391-548 |
| Lenka Gaborova Miscellaneous Collection I | VA 1-391-549 |
| Anetta Viehova Blue Blanket Photos | VA 1-391-550 |
| Anetta Viehova Wearing White Photos | VA 1-391-551 |
| Anetta Viehova Tropical Photos | VA 1-391-552 |
| Veronica Zemanova Bath & Beach Photos | VA 1-391-557 |
| Veronica Zemanova White Room Photo | VA 1-391-558 |
| Amy Weber Photos 1997 Volume 2 | VA 1-392-589 |
| Amy Weber Photos 1998 Volume 8 | VA 1-392-590 |
| Anita Blond Photos Vol. III | VA 1-392-864 |
| Amy Weber Leopard Collection II | VA 1-393-445 |
| Gabriela Munzarova Miscellaneous Photos | VA 1-396-363 |
| Angelica Maderova Orange Wall Photos | VA 1-396-364 |
| Rajsova Stanislava Misc Photos | VA 1-396-365 |
| Lucia Loupolova Misc Photos | VA 1-396-366 |
| Katarzyna K. Misc Photos | VA 1-396-367 |
| Pava Machova Black Top and Lingerie on Red | VA 1-396-368 |
| Zianett E. Orange Walls Misc | VA 1-396-369 |
| Zita Zakarias Misc Photos | VA 1-396-370 |

| Title | Registration Number |
|-------|--------------------|
| Renata Pilcova Misc Photos | VA 1-396-371 |
| Katerina Teneckova in a Blue Room | VA 1-396-372 |
| Tereza Brettschneiderova Misc | VA 1-396-373 |
| Jakline Misc Photos | VA 1-396-374 |
| Alena Chrastinova Misc Photos | VA 1-396-375 |
| Marketa Layasova Beach Collection | VA 1-396-376 |
| Andrea Krumlova Misc Photos | VA 1-396-377 |
| Tamara Stratilova White Bed Photos | VA 1-396-378 |
| Jana Rehachova Misc Photos | VA 1-396-379 |
| Zuzana Misc 2003 Collection | VA 1-396-380 |
| Eva Szaflarska Misc Photos | VA 1-396-381 |
| Jana Szimeczkova Misc Photos | VA 1-396-382 |
| Marketa Layasova Bedroom Collection | VA 1-396-383 |
| Denisa Keletrova Nude Photos | VA 1-396-384 |
| Hana V. on a Light Blue Bed Wearing Black | VA 1-396-385 |
| Lucie Varakova Miscellaneous Collection | VA 1-396-386 |
| Gabina Wearing White on Bed | VA 1-396-387 |
| Zuzana Red Satin Photos | VA 1-396-388 |
| Zuzana White and Blue Wall Photos | VA 1-396-389 |
| Zuzana Green Curtains | VA 1-396-390 |
| Zuzana Black Iron Bed Frame Photos | VA 1-396-391 |
| Jara T. Misc Photos | VA 1-396-392 |
| Eliska Pokorna Misc Photos | VA 1-396-393 |
| Pavla Machova Black Top & Lingerie on Bed | VA 1-396-394 |
| Jary Valentova Outdoors in White With Bed | VA 1-396-395 |
| Jarasova Katka Misc Photos | VA 1-396-396 |
| Edita Khainova Misc Photos | VA 1-396-397 |
| Veronica Zemanova - Orange Top Poolside Part V | VA 1-397-047 |

| Title | Registration Number |
|-------|---------------------|
| Ekaterina Bed Session | VA 1-397-049 |
| Polya and Yulia Forever | VA 1-397-050 |
| Gislane Office Desk | VA 1-397-051 |
| Luba Lounging | VA 1-397-052 |
| Luba in Las Vegas | VA 1-397-053 |
| Luba Golden Girl | VA 1-397-054 |
| Luba Pink Dots | VA 1-397-055 |
| Luba on the Veranda | VA 1-397-056 |
| Ekaterina On Display | VA 1-397-057 |
| Yulia and Polya Synchronization | VA 1-397-058 |
| Yulia and Polya Duo | VA 1-397-059 |
| Gislane Greenery | VA 1-397-060 |
| Ekaterina Blond Beauty | VA 1-397-061 |
| Luba Luscious | VA 1-397-062 |
| Luba in Green Leaves | VA 1-397-063 |
| Ekaterina Blond and Blessed | VA 1-397-064 |
| Gislane White Mini Skirt | VA 1-397-067 |
| Polya and Yulia Splitting Image | VA 1-397-070 |
| Polya and Yulia | VA 1-397-071 |
| Amy Weber Beach Photos | VA 1-397-075 |
| Amy Weber Boots Part III | VA 1-397-076 |
| Amy Weber Blanket and Blue Swimsuit | VA 1-397-077 |
| Bridgitta Photos | VA 1-401-160 |
| Zianett E. Outside | VA 1-401-161 |
| Amy Weber Lingerie Collection | VA 1-401-162 |
| Lucie Markova In Her Room | VA 1-401-363 |
| Marketa Layasova Beads | VA 1-401-364 |
| Stephanka | VA 1-401-365 |

| Title | Registration Number |
|---|---|
| Irina Voronina Photos | VA 1-407-581 |
| Girlfriends Lucie & Silvia Photos | VA 1-410-400 |
| Girlfriends Katerina & Petra Bath Photos | VA 1-410-401 |
| Girlfriends Petra & Paula Bath Photos | VA 1-410-402 |
| Girlfriends Helena & Veronika Bath Photos | VA 1-410-403 |
| Girlfriends Andrea A. & Veronika C. Pool Photos | VA 1-410-404 |
| Girlfriends Lucie & Zuzana | VA 1-410-405 |
| Girlfriends Karma & Silvie Purple Silk Photos | VA 1-410-406 |
| Girlfriends Nikky, Sandra & Katerina | VA 1-410-407 |
| Girlfriends Pav & Anite | VA 1-410-408 |
| Girlfriends Andrea M. & Veronika B. Misc. Photos | VA 1-410-409 |
| Girlfriends Jara & Sabina Bed Photos | VA 1-410-410 |
| Girlfriends Jara & Sabina Window Photos | VA 1-410-411 |
| Girlfriends Katerina & Petra Misc. Photos | VA 1-410-596 |
| Girlfriends Barbora & Dagmar Pool Photos | VA 1-410-597 |
| Anita Blond Black Wig Vol. III | VA 1-424-033 |
| Ekaterina 2005 Photos | VAu 671-253 |
| Polya Red Passion | VAu 702-953 |
| Veronica Zemanova - Orange Top & Poolside Part IV | VAu 735-092 |
| Veronica Zemanova - Orange Top & Poolside Part III | VAu 735-093 |
| Jana Potysova in Black | VAu 735-094 |
| Peach in Black Sheer Top | VAu735-095 |
| Peach in Black Lace Top | VAu735-096 |
| Peach in Gold Lace Top | VAu735-097 |
| Jana Potysova Poolside Photos | Vau735-098 |
| Jana Potysova Red Photos | VAu735-099 |
| Adele Stephens Car Wash Part II Photos | pending |
| Adriana Adenti Photos 91407 | pending |

| Title | Registration Number |
|---|---|
| Alessandra Correa Photos 102607 | pending |
| Alice Reynolds Photos 102607 | pending |
| Aline Matos Photos 110907 | pending |
| Alison Ledbury Photos 83107 | pending |
| Amy Weber Petruzzi Collection (7 Images) | pending |
| Anastasia Haynoba Photos 101907 | pending |
| Andrea Borbelyova Photos 112307 | pending |
| Andrea Delphine Photos 110207 | pending |
| Andrea Mejtova Photos 112307 | pending |
| Andrea Silva Photos 83107 | pending |
| Angela Papadrakis Photos 82407 | pending |
| Angelica & Anna S. Intimate; Angelica On Top  Photos | pending |
| Angelica & Anna S. Intimate; Anna S. On Top  Photos | pending |
| Angelica & Anna S. Intimate; Kneeling Photos | pending |
| Angelica & Anna S. Intimate; Lying Nude Photos | pending |
| Angelica & Anna S. Intimate; Sitting Photos | pending |
| Angelica & Anna S. Silhouettes Embracing Photos | pending |
| Angelica & Anna S. Silhouettes Photos | pending |
| Angelica Green Photos | pending |
| Angelica Raban Photos 72007 | pending |
| Angie Brooke Photos 81707 | pending |
| Anita Blond Pooldeck Vol. III | pending |
| Anita Kelli Beach Front Part II Photos | pending |
| Anna S & Angelica Serenity Photos | pending |
| Anna S, Angelica & Paulina Aqua; Chairs Poolside Photos | pending |
| Anna S, Angelica & Paulina Aqua; Kneeling Photos | pending |
| Anna S, Angelica & Paulina Aqua; Lying Photos | pending |
| Anna S, Angelica & Paulina Aqua; Rear View Photos | pending |

| Title | Registration Number |
|---|---|
| Anna S, Angelica & Paulina Aqua; Sitting Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Getting Wet Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Lying Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Playing Photos | pending |
| Anna S, Angelica & Paulina Beach Trio; Standing Photos | pending |
| Anna S, Angelica & Paulina Tropical Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Mud Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Photos | pending |
| Anna S, Angelica, & Paulina Beach Nymphs Solo Photos | pending |
| Anna S, Angelica, & Paulina Wet Duo Photos | pending |
| Anna S, Angelica, & Paulina Wet Trio Photos | pending |
| Anna S, Angelica, and Paulina Beach Sand Photos | pending |
| Anna S, Angelica, and Paulina Beach Water Photos | pending |
| Anna S, Angelica, and Paulina Cabana Photos | pending |
| Anna S, Angelica, Linda L, & Paulina Lined Up Photos | pending |
| Anna S. Black Strings Naked Photos | pending |
| Anna S. Black Strings Naked Too Photo | pending |
| Anna S. Black Strings Top & Bottoms Photos | pending |
| Anna S. Black Strings Toying with Bottoms Photos | pending |
| Anna S. Black Strings Toying with Top Photos | pending |
| Anna S. Hot In Bed; Kneeling & Sitting Photos | pending |
| Anna S. Hot In Bed; Lying & Playing Around Photos | pending |
| Anna S., Angelica, & Paulina - Threesome | pending |
| Anna S., Angelica, and Paulina Beach Sand Photos | pending |
| Anna S., Angelica, and Paulina Beach Water Photos | pending |
| Anna S., Angelica, and Paulina Cabana Photos | pending |
| Anna S., Angelica, Paulina, Linda L at Wimbeldon | pending |
| Anna Sbytna Beach Photos | pending |

| Title | Registration Number |
|---|---|
| Anna Sbytna Black Night Dress Photos | pending |
| Anna Sbytna Blue Pool Photos | pending |
| Anna Sbytna Immaculate Photos | pending |
| Anna Sbytna Jacuzzi; Lying Proper Photos | pending |
| Anna Sbytna Jacuzzi; Lying Spread Out Photos | pending |
| Anna Sbytna Jacuzzi; Playing Photos | pending |
| Anna Sbytna Jacuzzi; Rear View Photos | pending |
| Anna Sbytna Jacuzzi; Shower Photos | pending |
| Anna Sbytna Jacuzzi; with Shower Head Photos | pending |
| Anna Sbytna Rock Chick Photos | pending |
| Anna Sbytna Spa Lying Around Photos | pending |
| Anna Sbytna Spa Upright Photos | pending |
| Anna Sbytna Stranded Photos | pending |
| Anna Sbytna Tropical Photos | pending |
| Anna Sbytna White Lingerie Photos | pending |
| Anna Sbytna White Lingerie Stripping Photos | pending |
| Anna Sbytna White Serene Photos | pending |
| Aria G. Black & White Sundress Photos | pending |
| Aria G. Black & White Sundress-less Photos | pending |
| Aria G. Giraffe Bikini Photos | pending |
| Aria G. Green Cargos with Leopard Panties Photos | pending |
| Aria G.Black Lace Bra & Boyshort Photos | pending |
| Aria G.Black Riding Crop Photos | pending |
| Aria G.Black Stripe with Tan Trim Photos | pending |
| Aria G.Camo Photos | pending |
| Aria G.Cherries Photos | pending |
| Aria G.Corset & Ballet Boots Photos | pending |
| Aria G.Fall Bed Photos | pending |

| Title | Registration Number |
|---|---|
| Aria G.Grapevines Photos | pending |
| Aria G. It's a Celebration Photos | pending |
| Aria G. Lime & Blue Polka Dot Photos | pending |
| Aria G. Lime Green Pajamas Photos | pending |
| Aria G. Mauve with Floral Embroidery Photos | pending |
| Aria G. Mexican Soccer Photos | pending |
| Aria G. Morrocan Swimsuit Photos | pending |
| Aria Gomuti-Colored Stripe Photos | pending |
| Aria G. Pink Champagne Corset Photos | pending |
| Aria G. Purple Stripe with Pink Photos | pending |
| Aria G. Sailor Photos | pending |
| Aria G. Sepia Jeans & Wife Beater Photos | pending |
| Aria G. Shiny Leopard Photos | pending |
| Aria G. Teal Flowers Photos | pending |
| Aria Giovanni Eat Me Photos | pending |
| Aria Giovanni in the Sand; Bikini Aside Photos | pending |
| Aria Giovanni in the Sand; Bikini Gone Photos | pending |
| Aria Giovanni in the Sand; Bikini Photos | pending |
| Ashley Wilton Photos 120707 (alternative registration) | pending |
| Ashley Wilton Photos 120707 (alternative registration) | pending |
| Aurelie Auger Photos 111607 | pending |
| Blue Bikini Beach Photos | pending |
| Brenda Avedon Photos 80307 | pending |
| Brenda Bigliano Photos 72707 | pending |
| Bridgitta Photos | Pending |
| Cassidey Rae Black Part II Photos | pending |
| Celeste Star & Haylee Lee Girlfriends -Burgundy & Peach Photos | pending |
| Chantelle Fontain STRIP Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Cindy Bellfield Photos 92807 | pending |
| Darina Gueorguiva Photos 120707 (alternative registration) | pending |
| Darine Spa; Front View Photos | pending |
| Darine Spa; Rear View Photos | pending |
| Darine Spa; Sitting Photos | pending |
| Diana Abusamra Photos 113007 | pending |
| Diane Belmont Photos 72707 | pending |
| Ekaterina Tolkacheva Photos 100507 | pending |
| Elena Arbuto Photos 92807 | pending |
| Elena Lungu Photos 91407 | pending |
| Emilia Covanova Photos 112307 | pending |
| Erika Ellat Photos 82407 | pending |
| Eva Coletti  Photos 110907 | pending |
| Fabi Lingerie; Corset & Boots Photos | pending |
| Fabi Lingerie; Corset Slipping Off Photos | pending |
| Fabi Lingerie; Nude with Boots Photos | pending |
| Fabi Silver Heart Photos | pending |
| Francesca Olivetti Photos 102607 | pending |
| Gislane Balance; Pink Panties Photos | pending |
| Gislane Balance; Rear View Photos | pending |
| Gislane Balance; Simply Nude Photos | pending |
| Gislane Brazilian Blue; Kneeling Photos | pending |
| Gislane Brazilian Blue; Standing Photos | pending |
| Gislane Happy Beach Girl Photos | pending |
| Gislane Ocean View; Sitting Photos | pending |
| Gislane Ocean View; Standing & Lying Photos | pending |
| Gislane Ocean View; The Rear View Photos | pending |
| Gislane Pink Bikini Photos | pending |

Case 2:25-cv-04753-AHM-SH Document 107-3 Filed 06/06/09 Page 11 of 23 Page ID
Case 2:05-cv-04783-AHM-SH Document 103-2 Filed 05/12/2008 Page 36 of 48
#:387

| Title | Registration Number |
|---|---|
| Gislane Wooden Gate Photos | pending |
| Gislane Yellow Hammock; Cocoon Photos | pending |
| Gislane Yellow Hammock; Rear View Photos | pending |
| Gislane Yellow Hammock; Side Saddle Photos | pending |
| Gislane Yellow Hammock; Sitting & Lying Photos | pending |
| Gislane Yellow Hammock; Standing Photos | pending |
| Gold Crochet Bikini Photos | pending |
| Gretchen Arita  Photos 111607 | pending |
| Hannah Polka Dot Lingerie Photos | pending |
| Heather Fussner Photos 92807 | pending |
| Heidi Harrad Photos 102607 | pending |
| Helena Erickson Photos 81007 | pending |
| Helena Helvet Photos 110907 | pending |
| Helga Offenback Photos 71307 | pending |
| Ingrid Ostvat Photos 100507 | pending |
| Isabelle Funaro Photos 111607 | pending |
| Ivana Guvanova Photos 82407 | pending |
| Ivette All White Photos | pending |
| Jaqui With Mickey Bush Photos | pending |
| Jaqui With No Mickey Bush Photos | pending |
| Joanna Jocetti Photos 92107 | pending |
| Joy Berham Baby Blue Photos | pending |
| Judit Dios Super Star Lights Photos | pending |
| Jula Baby Oil Covering Top Photos | pending |
| Jula Baby Oil Front View Photos | pending |
| Jula Baby Oil Rear View Photos | pending |
| Jula Baby Oil Side View Photos | pending |
| Jula Black Shirt Covered Photos | pending |

| Title | Registration Number |
|---|---|
| Jula Black Shirt Exposed Photos | pending |
| Jula Black Shirt Toying with Belt Photos | pending |
| Jula Body Art; 3 Quarter View Photos | pending |
| Jula Body Art; Metal Case Photos | pending |
| Jula Lucky Girl Behind the Chair Photos | pending |
| Jula Lucky Girl Facing Front Photos | pending |
| Jula Lucky Girl From the Side Photos | pending |
| Jula Lucky Girl Rear View Photos | pending |
| Jula White Coat; Covered Photos | pending |
| Jula White Coat; From Behind Photos | pending |
| Jula White Coat; Open Photos | pending |
| Julija Ribkina Photos 70607 | pending |
| Juliya Rays Of Light Photos | pending |
| Justine Joli Photos 102607 | pending |
| Katarine Schultz Photos 82407 | pending |
| Katia Andreeva Photos 80307 | pending |
| Keity Brazilian Beleza Photos | pending |
| Keity Caught In The Net Photos | pending |
| Keity Classic Latina Closer Shots Photos | pending |
| Keity Classic Latina Full Frame Shots Photos | pending |
| Keity Climbing Photos | pending |
| Keity Flower Panties Photos | pending |
| Keity Hot Denim & White Top Photos | pending |
| Keity Hot Denim Little Shorts Photos | pending |
| Keity Hot Denim Nude Photos | pending |
| Keity Lush Latina Photos | pending |
| Keity On Puma; Frontside Nude Photos | pending |
| Keity On Puma; Leopard Panty Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Keity On Puma; Rearside Nude Photos | pending |
| Keity On Puma; Waist Up Photos | pending |
| Keity Silky Pants Photos | pending |
| Keity Sun Goddess Photos | pending |
| Kristel Kama Photos 92807 | pending |
| Lena Avdeeva Photos 70607 | pending |
| Lezahn Beach Nudes On a Log Photos | pending |
| Lezahn Beach Nudes Shoreline Photos | pending |
| Lezahn Golden Girl; On a Stool Photos | pending |
| Lezahn Golden Girl; Standing & Lying Photos | pending |
| Lezahn Golden Girl; Table Top Photos | pending |
| Lezahn On The Veranda Photos | pending |
| Lezahn On The Veranda; On the Edge Photos | pending |
| Lezahn On The Veranda; Split Decision Photos | pending |
| Lezahn White Chair; Lying Around Photos | pending |
| Lezahn White Chair; Playing Around Photos | pending |
| Lezahn White Chair; Rear View Photos | pending |
| Lezahn White Chair; Sitting Photos | pending |
| Lezhan Green Grass Photos | pending |
| Lezhan Natural Pool Photos | pending |
| Lezhan Pillow Talk Photos | pending |
| Lezhan Sunrise In Bed Photos | pending |
| Linda L. Floating Photos | pending |
| Linda L. Green Garden Photos | pending |
| Linda L. Sandy Photos | pending |
| Lisa Marie Gold Photos | pending |
| Lisa Marie Nivea Photos | pending |
| Lisa Marie White Dress Draped Photos | pending |

| Title | Registration Number |
|---|---|
| Lisa Marie White Dress Photos | pending |
| Loraine Daurault Photos 72007 | pending |
| Luba & Inna In a Chair Close Up Photos | pending |
| Luba & Inna In a Chair Lying Down Photos | pending |
| Luba After Shower Photos | pending |
| Luba and Samosa On the Sofa Photos | pending |
| Luba and Samosa Together Photos | pending |
| Luba Bikini Babe Black Photos | pending |
| Luba Bikini Babe Gray Photos | pending |
| Luba Bikini Babe Pattern Photos | pending |
| Luba Bikini Babe Red Photos | pending |
| Luba Bikini Babe Stripes Photos | pending |
| Luba Blue Beach; On the Rocks Photos | pending |
| Luba Blue Beach; Shoreline Photos | pending |
| Luba Blue Beach; Water Play Photos | pending |
| Luba Boa; 3 Quarter View Photos | pending |
| Luba Boa; Front View Photos | pending |
| Luba Boa; Side & Rear View Photos | pending |
| Luba Dominatrix Photos | pending |
| Luba Fluff Photos | pending |
| Luba Gypsy Girl Nude Photos | pending |
| Luba Gypsy Girl Photos | pending |
| Luba Ibiza Photos | pending |
| Luba In LA Photos | pending |
| Luba In Mirror Back View Photos | pending |
| Luba In Mirror Side & Front View Photos | pending |
| Luba In Pink Shirt; Exposed Top Photos | pending |
| Luba In Pink Shirt; From the Front Photos | pending |

Case 2:05-cv-04753-AHM-SH Document 103-2 Filed 05/12/2008 Page 40 of 48

| Title | Registration Number |
|-------|---------------------|
| Luba In Pink Shirt; From the Rear Photos | pending |
| Luba In Pink Shirt; From the Side Photos | pending |
| Luba Lite Photos | pending |
| Luba Love You Photos | pending |
| Luba My Love | pending |
| Luba Nude Yoga Part1 Photos | pending |
| Luba Nude Yoga Part2 Photos | pending |
| Luba Red and Blue from the Back Photos | pending |
| Luba Red and Blue from the Front Photos | pending |
| Luba Red Body Photos | pending |
| Luba Stretching Playful Photos | pending |
| Luba Stretching Relaxed Photos | pending |
| Luba Thai Jungle | pending |
| Luba Translucent Front Photos | pending |
| Luba Translucent Side & Rear Photos | pending |
| Luba Umbrella Lying Photos | pending |
| Luba Umbrella Other Photos | pending |
| Luba Umbrella Sitting Photos | pending |
| Luba Umbrella Standing Photos | pending |
| Luba Veil Photos | pending |
| Luba Veil Up Close Photos | pending |
| Luba White Feather; Facing the Left Photos | pending |
| Luba White Feather; Facing the Right Photos | pending |
| Luba White Feather; Standing Photos | pending |
| Luba Xmas Photos | pending |
| Luba, Marketa & Vika 2004 (595 images) | pending |
| Luba's Secret Part I Photos | pending |
| Luba's Secret Part II Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Luba's Secret Part III Photos | pending |
| Luba's Secret Part IV Photos | pending |
| Maria Dudnik Photos 71307 | pending |
| Maria Marta Ardissone Photos 101207 | pending |
| Maria Slovina  Photos 113007 | pending |
| Marie Alarcon Photos 120707 (alternative registration) | pending |
| Marie Alarcon Photos 80307 | pending |
| Marie Tricotti 72007 | pending |
| Marilyn Moraca Photos 81707 | pending |
| Marketa and Her Cat Photos | pending |
| Marketa Airport With White Top Photos | pending |
| Marketa Airport Without White Top Photos | pending |
| Marketa Apples Photos | pending |
| Marketa Beach Bum Photos | pending |
| Marketa Belonoha Bath Photos | pending |
| Marketa Belonoha Bathroom Photos | pending |
| Marketa Belonoha Boat Photos | pending |
| Marketa Belonoha Bushes Photos | pending |
| Marketa Belonoha Car Mechanic Photos | pending |
| Marketa Belonoha Dreaming of You Part I Photos | pending |
| Marketa Belonoha Ellusion Photos | pending |
| Marketa Belonoha Glamour Model Photos | pending |
| Marketa Belonoha Goddess Photos | pending |
| Marketa Belonoha Here Am I Photos | pending |
| Marketa Belonoha Historic Screen Photos | pending |
| Marketa Belonoha Hotel Photos | pending |
| Marketa Belonoha Intimate Photos | pending |
| Marketa Belonoha Lingerie; Kneeling & Sitting Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Marketa Belonoha Lingerie; Lying Photos | pending |
| Marketa Belonoha Little House Photos | pending |
| Marketa Belonoha Luxury Photos | pending |
| Marketa Belonoha Morning Session Part II Photos | pending |
| Marketa Belonoha Ocean Photos | pending |
| Marketa Belonoha Pistolero Photos | pending |
| Marketa Belonoha Sea Dancer Part I Photos | pending |
| Marketa Belonoha Snuggle Down in Bed Photos | pending |
| Marketa Belonoha Sofa Photos | pending |
| Marketa Belonoha Stairs Photos | pending |
| Marketa Belonoha Sundown Photos | pending |
| Marketa Belonoha Sweet Garden Photos | pending |
| Marketa Belonoha White Stairs Part I Photos | pending |
| Marketa Belonoha Wind Rises Photos | pending |
| Marketa Black Mood Photos | pending |
| Marketa Brick Red With a Blue Shirt Photos | pending |
| Marketa Brick Red Without a Blue Shirt Photos | pending |
| Marketa Car Photos | pending |
| Marketa Exposure With Lingerie Photos | pending |
| Marketa Exposure Without Lingerie Photos | pending |
| Marketa Fashion Model Photos | pending |
| Marketa Heart Photos | pending |
| Marketa Hotel Room Photos | pending |
| Marketa Lying Naked In Bed Photos | pending |
| Marketa Magic Sky - Part1 Photos | pending |
| Marketa Magic Sky - Part2 Photos | pending |
| Marketa Melting Hot Photos | pending |
| Marketa On the Grass Photos | pending |

| Title | Registration Number |
|-------|---------------------|
| Marketa Peepshow Photos | pending |
| Marketa Pleasure Photos | pending |
| Marketa Red Chair Photos | pending |
| Marketa Sexy Panties Photos | pending |
| Marketa Sitting Naked in Bed Photos | pending |
| Marketa Twilight Photos | pending |
| Marketa White Chair from the Back Photos | pending |
| Marketa White Chair from the Front Photos | pending |
| Marla Sofit Photos 72007 | pending |
| Masha Gofman Photos 70607 | pending |
| Masha Mymolina Photos 101207 | pending |
| Masha Orlova Photos 120707 (alternative registration) | pending |
| Maya Rubin Photos 110207 | pending |
| Melissa Harrington Photos 72707 | pending |
| Mirta Extreme Exposure Photos | pending |
| Mirta In Pink Photos | pending |
| Mirta More Metal Photos | pending |
| Mirta Showering Photos | pending |
| Mona & Yanka First Nudes Photos | pending |
| Mona & Yanka In Bed Photos | pending |
| Mona Letteri Photos 101907 | pending |
| Mona Lisa Photos | pending |
| Mona Mellow Photos | pending |
| Mona Moments Photos | pending |
| Mona Mysterious Photos | pending |
| Mona Stainless Steel Photos | pending |
| Mona Taking A Bath Photos | pending |
| Monika Massone Photos 110907 | pending |

| Title | Registration Number |
|---|---|
| Nadina Dripping Wet Photos | pending |
| Nadina Fishnet Top Photos | pending |
| Nadina Flowers Photos | pending |
| Nadina Green Grass Photos | pending |
| Nadina Hot Sun Photos | pending |
| Nadina In A Hammock Photos | pending |
| Nadina In Garden of Eden Photos | pending |
| Nadina Natural Beauty Photos | pending |
| Naomi Bathing Photos | pending |
| Naomi Nude On The Veranda Photos | pending |
| Naomi Skinny Dipping Photos | pending |
| Naomi Wet Element from Other Photos | pending |
| Naomi Wet Element from the Back Photos | pending |
| Naomi Wet Element from the Front Photos | pending |
| Naomi White Chair Photos | pending |
| Natalia Sirocka Photos 113007 | pending |
| Natalie Faucett Photos 71307 | pending |
| Natalie Oxley Photos 92107 | pending |
| Natasha Hill Photos 100507 | pending |
| Natasha Melis Photos 100507 | pending |
| Nathalie De Nostuejouis Photos 92107 | pending |
| Nicole Wood Photos 72007 | pending |
| Nikkala Stott Photos 101907 | pending |
| Nikki Nova Natural Beach Part II Photos | pending |
| Opal Anchel Photos 101907 | pending |
| Orly Ben Napel Photos 113007 | pending |
| Orsi Poolside; Lying Photos | pending |
| Orsi Poolside; On Her Knees Photos | pending |

| Title | Registration Number |
|---|---|
| Orsi Poolside; Sitting Photos | pending |
| Orsi Poolside; Standing Photos | pending |
| Orsi Rain Shower Photos | pending |
| Orsi Rain Shower Side & Rear Photos | pending |
| Orsi Rain Shower's Bath Photos | pending |
| Orsi Rain Shower's Bath Swimming Photos | pending |
| Pamela Petrale Photos 70607 | pending |
| Patricia Ippolito Photos 90707 | pending |
| Paulina Gucci Girl Photos | pending |
| Paulina Halskova Photos 110207 | pending |
| Paulina Harmony Lying Photos | pending |
| Paulina Harmony On Her Knees Photos | pending |
| Paulina Karma; Lying Around Photos | pending |
| Paulina Karma; Stretching & Standing Photos | pending |
| Paulina Party Girl Photos | pending |
| Paulina Stripper Photos | pending |
| Paulina Table Top Photos | pending |
| Petra Bendarova Photos 90707 | pending |
| Photos of Dasha, Irina, Tanya and Other Models-2003 | Pending |
| Photos of Ekaterina, Luba and Other Models 2006 Collection (230 images) | pending |
| Polya & Yulia Harmony Photos | pending |
| Polya & Yulia Intimacy Photos | pending |
| Polya & Yuliya Double Trouble Photos | pending |
| Red Crochet Bikini Photos | pending |
| Renee Martinez Black & White Film Photos | pending |
| Ronni Hada Photos 112307 | pending |
| Roseline Colmenares Photos 92807 | pending |

| Title | Registration Number |
|---|---|
| Sam King Photos 81707 | pending |
| Samantha Wilson Photos 62907 | pending |
| Samosa On A Stool Photos | pending |
| Sara Tavala Photos 110207 | pending |
| Sara Tavala Photos 80307 | pending |
| Sasha Ivanova Photos 62907 | pending |
| Shannon Hobbs Photos 101207 | pending |
| Sofie Vivies Photos 101207 | pending |
| Stacy Moran Rollerblading Part III Photos | pending |
| Stayce Dicky Photos 111607 | pending |
| Stephanka | pending |
| Svieta Mikhaleva Photos 81007 | pending |
| Tatiana Rodonova Photos 71307 | pending |
| Teresa Cerrell Photos 91407 | pending |
| Teresa Diaze Photos 81007 | pending |
| Tina P Photos 112307 | pending |
| Tina P Photos 62907 | pending |
| Tracey Baudy Photos 92107 | pending |
| Valentina Osipenko Photos 81707 | pending |
| Valery Tkalenko Photos 91407 | pending |
| Vernoica Barnes Photos 62907 | pending |
| Veronica Zemanova Beach Part II Photos | pending |
| Veronica Zemanova Jeep Part II Photos | pending |
| Veronica Zemanova Poolside Collection Part II Photos | pending |
| Vika Black String Photos | pending |
| Vika Body Lotion Photos | pending |
| Vika Flower Power Photos | pending |
| Vika Getting Hot Part1 Photos | pending |

Case 2:05-cv-04753-AHM-SH Document 107-3 Filed 06/06/09 Page 22 of 23 Page ID
#:398
Case 2:05-cv-04753-AHM-SH Document 103-2 Filed 05/12/2008 Page 47 of 48

| Title | Registration Number |
|-------|---------------------|
| Vika Getting Hot Part2 Photos | pending |
| Vika Glass Wall Photos | pending |
| Vika Hotel Bed Photos | pending |
| Vika In Green Chair Photos | pending |
| Vika In Portugal Photos | pending |
| Vika In Presidential Suite Photos | pending |
| Vika In Suspenders Photos | pending |
| Vika On a Tan Bed Photos | pending |
| Vika On Deck Photos | pending |
| Vika On The Beach Photos | pending |
| Vika Riding Photos | pending |
| Vika Showering Photos | pending |
| Vika Smoking On The Toilet Part1 Photos | pending |
| Vika Smoking On The Toilet Part2 Photos | pending |
| Vika Window View Photos | pending |
| Willow Samat Photos 110207 | pending |
| Yana Katzer Photos 101207 | pending |
| Yanka On The Corner Photos | pending |
| Yelena Binney Photos 92107 | pending |
| Zaja Svent Photos 120707 (alternative registration) | pending |
| Zdena Novotna Photos 110907 | pending |

RECORDATIONS

| Date of Recordation | Vol. No. | Doc. No. | **First Title given in Document** | Total no of Titles |
|---|---|---|---|---|
| 06/12/2003 | 3498 | 888 | March 2001 JSH Photo Registration | 10 |
| 04/05/2004 | 3508 | 942 | September 2001 JSH Photo Registration | 3 |
| 07/19/2005 | 3527 | 778 | February 1999 JSH Photo Registration | 88 |
| 07/19/2005 | 3527 | 779 | February 1999 JSH Photo Registration | 76 |
| 11/18/2005 | 3532 | 237 | July 2002 JSH Photo Registration | 3 |
| 11/18/2005 | 3532 | 238 | January 2000 JSH Photo Registration | 14 |
| 11/18/2005 | 3532 | 239 | Kovari, Kristina 1889B | 1 |
| 11/18/2005 | 3532 | 240 | 1174 Sabrina Allen | 5 |
| 12/02/2005 | 3532 | 466 | Gislane Orange Tights | 3 |
| 12/02/2005 | 3532 | 827 | Iris in Bead | 36 |
| 12/02/2005 | 3532 | 831 | Joy Behrman Spring 2001 Collection | 13 |
| 01/17/2006 | 3533 | 992 | Joy Behrman Spring 2001 Collection | 5 |
| 01/17/2006 | 3533 | 993 | Ekaterina Boots | 5 |
| 01/26/2006 | 3534 | 235 | Luba French Shirt | 5 |
| 04/13/2006 | 3537 | 147 | Devin Feller 2839 | 20 |
| 07/25/2006 | 3540 | 780 | Luba Plastic Skirt | 11 |
| 07/25/2006 | 3540 | 781 | Marketa Pool Side | 30 |
| 09/08/2006 | 3542 | 142 | Joy Behrman Spring 2001 Collection | 22 |
| 01/03/2007 | 3546 | 830 | Gislane White Mini Skirt | 19 |
| Pending | Pending | Pending | Anna S. Immaculate | 13 |
| Pending | Pending | Pending | Anna S. White Serene | 9 |
| Pending | Pending | Pending | Sydney Moon- Yellkow with Polka Dots | 1 |
| Pending | Pending | Pending | Anna S. Black Strings | 57 |
| Pending | Pending | Pending | B/W Sundress | 26 |
| Pending | Pending | Pending | Bathroom | 27 |
| Pending | Pending | Pending | Dreaming of You Part I | 5 |
| Pending | Pending | Pending | August 1999 JSH Photo Registration | 60 |
| Pending | Pending | Pending | Adele Stephens Car Wash | 26 |
| Pending | Pending | Pending | Angelica Anna S. Silhouettes | 22 |
| Pending | Pending | Pending | Anna S. Angelica Serenity | 55 |
| Pending | Pending | Pending | Angelica Anna S. Intimate | 9 |
| Pending | Pending | Pending | Blue_5368mr | 32 |
| Pending | Pending | Pending | IMG_5307restLR | 18 |