TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
ANTHONY J. MALUTTA (State Bar No. 193587)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
mtjansen@townsend.com
ajmalutta@townsend.com
vbesmer@townsend.com

Attorneys for Defendants
AMAZON.COM, INC. A9.COM, INC.
AND ALEXA INTERNET, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; ALEXA INTERNET, INC., a corporation, and DOES 2 through 10, inclusive,<br><br>        Defendants. | Case No. CV05-4753 AHM (SHX)<br>CONSOLIDATED WITH CASE NO. CV04-9484 AHM (SHX)<br><br>**DEFENDANT A9.COM'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br><br>Date: October 6, 2008<br>Time: 10:00 a.m.<br>The Hon. A. Howard Matz<br>Courtroom 14 |
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., a corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | |

Pursuant to Local Rule 56-1, Defendant A9.com, Inc. ("A9.com") submits the following [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in support of its motion for summary judgment.

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. A9.com does not crawl or index the World Wide Web or create a database, but only aggregates search results provided by search engines. | Declaration of Matthew Amacker In Support Of A9.Com, Inc.'s Motion For Summary Judgment ("Amacker Dec.") ¶ 9 |
| 2. A search query on A9.com is initiated when a user inputs a research term query on A9.com's graphical user interface. | Amacker Dec. ¶ 4<br><br>Declaration of Jonathan Leblang In Support Of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Leblang Dec.") ¶ 25 (Jansen Dec. Ex. 1) |
| 3. A9.com submits the search query to whatever search engine(s) the user selects without any editing. | Amacker Dec. ¶ 4<br><br>Leblang Dec. ¶ 16 |
| 4. The search engine processes the received search term on its servers using its own logic and related algorithms, and sends the search results back to A9.com in XML format. | Amacker Dec. ¶ 4<br><br>Leblang Dec. ¶ 16 |
| 5. The search results are generated exclusively by the search engines and A9.com automatically forwards them to the requesting user. | Amacker Dec. ¶ 4<br><br>Leblang Dec. ¶ 17 |
| 6. A9.com does not select any of the material that is returned to users in response to their queries. | Amacker Dec. ¶ 5<br><br>Leblang Dec. ¶ 22 |
| 7. A9.com employs an automatic technical process to convert the XML data to HTML format. This process takes merely a | Amacker Dec. ¶ 5 |

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| fraction of a second, does not involve any logic and does not modify the substance of the search results in any way. The only purpose of the process is to render the received XML data into a format that will be readable by the user's browser. | |
| 8. The user's search query and results pass through A9.com's systems. | Amacker Dec. ¶ 6 |
| 9. A9.com retains the search results only long enough to convert them from XML to HTML and pass them on to the user. | Amacker Dec. ¶ 6 |
| 10. A9.com does not delete from, add to, modify, filter or edit search results. | Amacker Dec. ¶ 6<br><br>Leblang Dec. ¶ 17, 21 |
| 11. The results of the web search are transmitted only to the user who initiated the search, and not to anyone else. | Amacker Dec. ¶ 7<br><br>Leblang Dec. ¶ 25 |
| 12. For image searches, the only information that is transmitted from the user to the search engine and back is text and URLs; the image itself never passes through A9.com's systems. If a user chooses to click on a URL, the user's browser will fetch and render the image directly from a third party's server. | Amacker Dec. ¶ 8<br><br>Leblang Dec. ¶ 24 |
| 13. A9.com does not, and never did, store any images (either thumbnail or actual size) on its servers. | Amacker Dec. ¶ 8<br><br>Leblang Dec. ¶ 20, 24 |

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 14. A9.com never had and currently does not have the contractual or other right or ability to control the content on any third party websites. | Amacker Dec. ¶ 10 |
| 15. A9.com has adopted and follows a copyright policy that it publishes on its website as part of its Conditions of Use. | Amacker Dec. ¶ 11 & Ex. A <br><br> Leblang Dec. ¶ 4 |
| 16. A9.com accommodates and does not interfere with standard technical measures in the operation of its system. | Amacker Dec. ¶ 14 <br><br> Leblang Dec. ¶ 27 <br><br> Zada Dec. In Support Of Plaintiff's Preliminary Injunction Motion, ¶¶ 20-31 (Jansen Dec. Ex. 2) |
| 17. A9.com does not have any subscribers or account holders. | Amacker Dec. ¶ 12 |
| 18. A9.com did have subscribers for some of its services from early 2004 until the end of September 2006. During that period, A9.com had an End User License Agreement for its subscribers that gave A9.com the right to monitor any subscriber's activities, investigate any reported violation of its policies, and take any action it deemed appropriate, including terminating the subscriber without notice. | Amacker Dec. ¶ 13 & Ex. B |

///

///

///

///

DEFENDANT A9.COM'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. CV05-4753 AHM (SHx) Consolidated with Case No. CV04-9484 AHM (SHx)

3

**[PROPOSED] CONCLUSIONS OF LAW**

1. A9.com cannot be liable for direct copyright infringement because it has not stored, copied, distributed or displayed any of Perfect 10's copyrighted works.

2. A9.com cannot be liable for vicarious copyright infringement because it never had, and does not have currently, the practical ability or contractual or other right or ability to control or stop the content on any third party websites.

3. A9.com is immune from copyright infringement liability under section 512(a) of the DMCA because:
    a. the search queries are initiated by its users, not by A9.com;
    b. A9.com automatically sends the search queries to whatever search engine(s) the user selects without any editing;
    c. A9.com does not select any of the material that is returned to a user in response to a query and transmits the search results only to the user who initiated the search and not to anyone else;
    d. A9.com makes no copy of the web search or image search results on its servers;
    e. A9.com does not modify the search results in any way.

4. A9.com meets the requirements of section 512(i) of the DMCA because it has adopted, reasonably implemented, and informs users of its copyright policy and because it does not interfere with standard technical measures in operation of its search system.

5. A9.com meets the requirements of section 512(k) of the DMCA because it is an entity offering the transmission, routing or providing the connections for digital online communications, between points specified by a user, of material of the

1 | user's choosing, without modification to the content of the material as sent or
2 | received.

5 | DATED:  August 25, 2008          Respectfully submitted,

6 |                                  TOWNSEND AND TOWNSEND AND CREW LLP

8 |                                  By:      /s/ Mark T. Jansen
                                              MARK T. JANSEN
9 |                                           ANTHONY J. MALUTTA

10 |                                 Attorneys for Defendants
                                    AMAZON.COM, INC., A9.COM, INC. and
11 |                                ALEXA INTERNET INC.

14 | 61476857 v1