O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753 AHM (SHx) | Date | October 6, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. AMAZON.COM, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court DENIES Defendant A9.com, Inc.'s motion to strike the declarations of Dr. Norman Zada and Sean Chumura,[1] but does exclude portions of their testimony, as follows.

Declaration of Dr. Norman Zada

The Court overrules Defendant's objections, except as to certain portions of the declaration. The Court excludes the following portions as inadmissible:

1. ¶ 8, lines 15-18 and lines 21-22 (the "fourth" and "seventh" points).
2. All of ¶ 11.
3. The last sentence of ¶ 12.
4. The last sentence of ¶ 15.
5. The first sentence of ¶ 21 and the phrase "out of the approximately 15,000+" on line 23.
6. The second half of ¶ 22 at page 10, lines 6-11.
7. The sentence in ¶ 26 at page 11, lines 9-11 ("These websites cumulatively offer. . . $20 a month.")
8. The clause at ¶ 27 at page 12, lines 6-8 ("but there could have been. . . in that thread.")
9. The last two sentences of ¶ 31 at page 13, lines 18-22.
10. The sentence in ¶ 32 at page 13 line 28 to page 14, line 3 ("When several individuals

---

[1]Docket No. 162.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753 AHM (SHx) | Date | October 6, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. AMAZON.COM, INC., *et al.* | | |

use. . . as in the case in Exhibit 21.")
11. First sentence and last two sentences of ¶ 35.
12. The assertion in ¶ 36 at page 16, line 16, "similar to the ones shown on pages 3-17 of Exhibit 26."
13. All of ¶ 37.
14. All of ¶¶ 41-43.
15. All of ¶¶ 45 and 46.

Declaration of Sean Chumura

      The Court excludes specified portions of his testimony (indicated below). The admissible portions are those statements that appear to be based on Chumura's own use of the A9.com website. Chumura has not established any foundation for his testimony concerning A9.com's and Google's "back-end operations." Because A9.com has not permitted Chumura to access its confidential information, Chumura never examined A9.com's technology, *i.e.*, its "back end" software and systems. Therefore, even if he were a qualified expert, his conclusions about A9.com's back end operations are not reliable. In addition, his opinion testimony about A9.com, Google, Internet technology and websites in general is inadmissible because he has not established his qualifications as an expert and, in any event, he has not been designated as one.

      The Court excludes the following portions:

1. The second half of ¶ 4, page 2, lines 16-21 ("That shows that A9controls. . . before sending the results to its users").
2. The last sentence in ¶ 5.
3. ¶ 6, except for two sentences at page 2, lines 27-28 and page 3, lines 10-12.
4. All of ¶ 7.
5. ¶ 9, except for first sentence.
6. All of ¶ 10.
7. Second half of ¶ 11, page 4, line 24 to page 5, line 2 ("Nobody transmits images. . . independent of that location.")
8. All of ¶ 12
9. Portion of ¶ 13 at page 5, lines 9-23.
10. All of ¶¶ 14-15.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753 AHM (SHx) | Date | October 6, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. AMAZON.COM, INC., *et al.* | | |

11.  ¶ 16, except for the sentence that begins with "When I visited imagevenue.com. . . ."
12.  All of ¶ 17.
13.  The second half of ¶ 18 ("The third party website most likely does not want. . . independent of the location of the image.")
14.  All of ¶¶ 19-21.

                                                                                                                                     :

Initials of Preparer          SMO