JEFFREY N. MAUSNER (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers, Suite 910
21800 Oxnard Street
Woodland Hills, California 91367-3640
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; ALEXA INTERNET, INC., a corporation; and DOES 2 through 10, inclusive,<br><br>             Defendants.<br>_____<br><br>AND CONSOLIDATED CASE | Case No.: 05-4753 AHM (SHx)<br>Consolidated with Case No: 04-9484 AHM (SHx)<br><br>**DECLARATION OF SEAN CHUMURA IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 24, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date:  None Set<br>Pretrial Conference Date:  None Set<br>Trial Date:  None Set |

I, Sean Chumura, declare as follows:

1. I am a professional programmer with over 15 years of experience in Computer Security and Computer Forensics. I was a student and protégé of Michael R. Anderson, a pioneer in the Science of Computer Forensics. I have testified as an expert in court proceedings in the field of Computer Forensics. I have an issued patent in which I am a co-inventor, in the field of computer security. I have worked with the federal, state, and local governments, as well as foreign governments and private industry, in the field of computer security and computer forensics. I have been certified by NTI, one of the most knowledgeable and respected firms for forensic computer science, for governmental and private sector computer forensics. I was admitted into the prestigious Washington, D.C. Law Enforcement Association HTCC (High Tech Crime Consortium group) by confirmation from the FBI, and I am a member of numerous task forces and associations. The following are some of the entities I have done work for over the past three years: Baseline Control, Biche, City of Beverly Hills, Computer Sciences Corporation, D.I.S.A. (Defense Information Systems Agency), D.H.S. (Department of Homeland Security), F.B.I. (Federal Bureau of Investigations), JFCOMM (Joint Forces Command), LGB Associates Inc., Lockheed Martin, NOW Solutions, Oasis Network LLC, Northrup Grummen, Perfect 10, Inc., Sun Microsystems, Transaction Solutions, VCSY (Vertical Computer Systems), Westinghouse, as well as other government agencies. For some of the projects that I have worked on, I have had a Top Secret security clearance.

2. I have consulted for the FBI in the areas of cyberterrorism, forensic computer investigation, and white collar crime. I have extensive experience writing computer programs, including programs to protect computers from viruses, denial of service attacks, and other malicious acts. I have also written programs to investigate piracy, to detect financial fraud, and to allow computer networks to identify computers that are no longer functioning properly due to

software issues and correct those problems in an automated fashion. I also co-founded the first private cyber warfare/terrorism defense center and helped develop the technology to identify attacks against infrastructure in near real-time.

3. I submit this declaration in support of Perfect 10's motion for summary judgment against Amazon and Alexa. I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I also submit this declaration as an expert witness for Perfect 10. I am quite familiar with the functioning of alexa.com because I have used Alexa's Application Programming Interface ("API"), which Alexa refers to as Alexa Web Search Web Service. Alexa's API offers programmatic access to Alexa's web-wide search engine. I have used Alexa's API to write a program for Perfect 10 which pulls the links from Alexa's Web Search and Image Search results and allows Perfect 10 to save certain ones and remove others by simply checking a box. The program that I wrote also allows Perfect 10 to convert selected Alexa Web Search and Image Search results into excel spreadsheets which may be sorted or searched.

4. I have written similar programs for Perfect 10 for Google and MSN.com search results. I have also written a program for Perfect 10 which takes the URLs in Perfect 10's DMCA notices, and compares them to the URLs in alexa.com's Web Search or Image Search results, to determine if Alexa has removed corresponding search results which contain those URLs. The program basically takes an excel spreadsheet of links from Alexa's search results created by my other program, and searches that for strings that contain any of the URLs in Perfect 10's DMCA notices.

5. Attached as Exhibit 1 is an example of how my programs can search alexa.com's Web Search results for any links that contain any of the URLs in Perfect 10's DMCA notices. Page 1 of Exhibit 1 is a true and correct copy of the results of an Alexa search on "Nicole Falup" (the name of a Perfect 10 model),

which I performed and downloaded using Adobe on September 28, 2008. Page 2 of Exhibit 1 is the relevant portion of the excel spreadsheet that my program created from the same Alexa search results. I used Alexa's Application Programming Interface to run my program on Alexa's search results to create this spreadsheet. There are five rows in the excel spreadsheet, one for each of the Alexa search results shown on page 1. The most important column in the spreadsheet is column G. This column contains a list of the links that Alexa provides to various web pages, in response to the search query "Nicole Falup."

6. Page 3 of Exhibit 1 shows how the excel spreadsheet may be searched for strings of characters corresponding to URLs in Perfect 10's DMCA notices. In this example, I used the standard Microsoft "find" functionality to check if any of the Alexa search results had a link containing the string of characters "nudecelebforum.com/t1101-p47." Page 3 shows that I was able to locate the unique Alexa search result that contained that character string, by using the Microsoft find function.

7. Exhibit 1 demonstrates that it was not necessary for Perfect 10 to include the starting http:// or www. in the URLs it provided in its DMCA notices. It was also not necessary for Perfect 10 to provide the full URL when the URL provided by the search engine had a portion missing, as shown in the highlighted result on page 1. Even if the URL provided by Perfect 10 was simply a portion of the full URL, the search engine could have searched its search index for the search result containing that URL, in the same manner that my program did, as shown on page 3 of Exhibit 1. It was only necessary for Perfect 10 to provide enough characters in the URL to uniquely determine that search result among the search results in the search engine's index. I have reviewed hundreds of the URLs which Perfect 10 has provided in its notices. The ones that I reviewed were sufficient to locate the infringing search result, in the same manner as demonstrated in Exhibit 1. URLs with the starting http:// or www. removed are

- 3 -
Declaration of Sean Chumura in Support of Perfect 10's Motion for Summary Judgment

sufficient to locate the original link with that starting http:// or www. This is because the find function will find all character strings that contain a specified character string. Even if I did not have extensive experience with Alexa's Application Programming Interface, I would still be able to state, unequivocally, that Alexa could use Perfect 10's URLs to locate links in its search results which contained those URLs.

8. Perfect 10's procedure of sending Adobe downloads of infringing web pages as part of its notices also provided the search engine with enough information to block those infringing web pages from the search engine's search indexes, because such notices provided both the infringing URLs as well as copies of the infringed images.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 12, 2008, at Pittsburgh, Pennsylvania.

_____
Sean Chumura

# Exhibit 1

Search   Traffic Rankings   Directory   Alexa Toolbar   Developer's Corner   Blog   Advertise


earch for: "Nicole Falup"   Web Search   Go ▶   Advanced

Results **1 - 5** of about **5** for **"Nicole Falup"**                                                                                       Search Preferences

**Your Ad Here**


**Image Rise**
www.imagerise.com/view.php/3464_NicoleFalup02.jpg....
Rank: 7,717 | Site info for imagerise.com


**Perfect Ten Magazine - Page 47 - Nude Celeb Forum**
www.nudecelebforum.com/t1101-p47-perfect-ten-magaz... - Cached
Rank: 11,930 | Site info for nudecelebforum.com


**PERFECT10.com - The World's Most Beautiful Natural women . - Final4Ever...**
Forum with latest downloads of movies, games, applications, mp3 s updated daily!
www.final4ever.com/showthread.php?t=65951 - Cached
Rank: 3,826 | Site info for final4ever.com


**PornBB :: View topic - PERFECT10.com - The World's Most Beautiful Natur...**
www.pornbb.org/viewtopic.php?p=658982 - Cached
Rank: 1,342 | Site info for pornbb.org


**PORN FORUM - www.forumophilia.com :: PERFECT10.com - The World's Most B...**
www.forumophilia.com/topic45767.html? - Cached
Rank: 3,997 | Site info for forumophilia.com

**1**

"Nicole Falup"   Search

| **Traffic Rankings** | **Developer's Corner** | **Company Info** | **Help** | **Add Alexa to Your List of Search Providers!** |
|---|---|---|---|---|
| Top 500 Sites | Web Search | Advertise | FAQ's | **Download the Alexa Toolbar!** |
| Movers & Shakers | Alexa Data | History | Support | |
| About Rankings | Widgets | Technology | Webmasters | Privacy Policy | Terms of Use |
| | Custom Toolbar | Management Team | | © 1996-2008, Alexa Internet, Inc. |
| | Link Report | Job Opportunities | | An amazon.com company |
| | Alexa Book Store | Contact Us | | |





Case 2:05-cv-04753-AHM -SH   Document 182   Filed 10/13/08   Page 9 of 9   Page ID #:2318