UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753-AHM (SHx) | Date | October 24, 2008 |
|---|---|---|---|
| Title | Perfect 10 Inc., v. Amazon, et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra L. Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**        (IN CHAMBERS)

     Defendants' Motion for Protective Order to Preclude Disclosure of Confidential Information has been taken under submission, and is DENIED. No good cause has been shown to prohibit Mr. Chumura from access to confidential and highly confidential material.

cc:   Judge Matz
      Magistrate Judge Hillman
      Parties of Record

                                                                                             :
Initials of Preparer