JEFFREY N. MAUSNER (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers, Suite 910
21800 Oxnard Street
Woodland Hills, California 91367-3640
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; ALEXA INTERNET, INC., a corporation; and DOES 2 through 10, inclusive,<br><br>Defendants.<br>_____<br>AND CONSOLIDATED CASE | Case No.: 05-4753 AHM (SHx)<br>Consolidated with Case No: 04-9484 AHM (SHx)<br><br>**REPLY DECLARATION OF SEAN CHUMURA IN SUPPORT OF PERFECT 10'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ALEXA AND AMAZON**<br><br>Date: December 8, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Reply Declaration of Sean Chumura in Support of Perfect 10's Motion for Summary Judgment

I, Sean Chumura, declare as follows:

1. I am a professional programmer with over 15 years of experience in Computer Security and Computer Forensics. I was a student and protégé of Michael R. Anderson, a pioneer in the Science of Computer Forensics. I have testified as an expert in court proceedings in the field of Computer Forensics. I have an issued patent in which I am a co-inventor, in the field of computer security. I have worked with the federal, state, and local governments, as well as foreign governments and private industry, in the field of computer security and computer forensics. I have been certified by NTI, one of the most knowledgeable and respected firms for forensic computer science, for governmental and private sector computer forensics. I was admitted into the prestigious Washington, D.C. Law Enforcement Association HTCC (High Tech Crime Consortium group) by confirmation from the FBI, and I am a member of numerous task forces and associations. The following are some of the entities I have done work for over the past three years: Baseline Control, Biche, City of Beverly Hills, Computer Sciences Corporation, D.I.S.A. (Defense Information Systems Agency), D.H.S. (Department of Homeland Security), F.B.I. (Federal Bureau of Investigations), JFCOMM (Joint Forces Command), LGB Associates Inc., Lockheed Martin, NOW Solutions, Oasis Network LLC, Northrup Grummen, Perfect 10, Inc., Sun Microsystems, Transaction Solutions, VCSY (Vertical Computer Systems), Westinghouse, as well as other government agencies. For some of the projects that I have worked on, I have had a Top Secret security clearance.

2. I have consulted for the FBI in the areas of cyberterrorism, forensic computer investigation, and white collar crime. I have extensive experience writing computer programs, including programs to protect computers from viruses, denial of service attacks, and other malicious acts. I have also written programs to investigate piracy, to detect financial fraud, and to allow computer networks to identify computers that are no longer functioning properly due to

software issues and correct those problems in an automated fashion. I also co-founded the first private cyber warfare/terrorism defense center and helped develop the technology to identify attacks against infrastructure in near real-time.

3. I submit this reply declaration in support of Perfect 10's motion for summary judgment against Amazon and Alexa. I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I also submit this declaration as an expert witness for Perfect 10. I am quite familiar with the functioning of alexa.com because I have used Alexa's Application Programming Interface ("API"), which Alexa refers to as Alexa Web Search Web Service. Alexa's API offers programmatic access to Alexa's web-wide search engine. I have used Alexa's API to write a program for Perfect 10 which pulls the links from Alexa's Web Search and Image Search results and allows Perfect 10 to save certain ones and remove others by simply checking a box. The program that I wrote also allows Perfect 10 to convert selected Alexa Web Search and Image Search results into excel spreadsheets which may be sorted or searched.

4. I have written similar programs for Perfect 10 for Google and MSN.com search results. I have also written a program for Perfect 10 which takes the URLs in Perfect 10's DMCA notices, and compares them to the URLs in alexa.com's Web Search or Image Search results, to determine if Alexa has removed corresponding search results which contain those URLs. The program basically takes an excel spreadsheet of links from Alexa's search results created by my other program, and searches that for strings that contain any of the URLs in Perfect 10's DMCA notices.

5. Attached as Exhibit 2 are true and correct copies of printouts that I made on November 16, 2008 using a service provided by Netcraft. This service provides information about the owner of the block of servers on which a particular website resides, as well as the hosting history for that web site. The

entity that owns or controls the servers on which a website resides stores the materials contained on that website and effectively controls that website in the sense that they could stop that website from functioning at any time if they so chose. Entities on whose servers a website resides are typically described as the "host" for such websites.

6. Page 1 of Exhibit 2 is a true and correct copy of the result I obtained for a9.com using Netcraft, on November 16, 2008. At the upper left, it states that the IP address for a9.com is 72.21.206.133. At the right, it states that the owner of that IP address and the server that uses that IP address is Amazon.com, Inc. ("Amazon"). In the lower left, under the column "Hosting History" it indicates that Amazon.com, Inc. has owned the web server on which A9.com resides since at least April 12, 2008. Page 2 of Exhibit 2 is a true and correct copy of a report that I obtained using Netcraft for the URL rd.a9.com. This URL is a subdomain of the domain a9.com. Page 2 states that the subdomain rd.a9.com is hosted by Amazon.com. Attached as page 3 of Exhibit 2 is a true and correct copy of a report that I printed using Netcraft for the domain clickriver.com. This report indicates that Amazon has hosted clickriver.com since at least August 8, 2007. Attached as pages 4 and 5 of Exhibit 2 are true and copies of reports I obtained using Netcraft for the URLs aws.amazon.com and s3.amazonaws.com. Page 4 shows that Amazon hosts aws.amazon.com, which makes sense, as that is a subdomain of amazon.com. Page 5 shows that Amazon hosts the domain amazonaws.com as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 17, 2008, at Pittsburgh, Pennsylvania.

_Sean Chumura_

Exhibit 2



NETCRAFT

SOFTLAYER Washington, DC Growing to Better Serve Your Need INFO Visit Us Today SoftLayer.com

# Site report for a9.com

## Netcraft Toolbar

- Home
- Download Now!
- Report a Phish
- Tell a Friend
- Top Reporters
- Phishiest Countries
- Phishiest Hosters
- Most Popular Websites
- Branded Toolbars

Search...

## Toolbar Support

- FAQ
- Glossary
- Contact Us
- Report a Bug

## Tutorials

- Installing the Toolbar
- Using the Toolbar
- Getting the Most
- Reporting a Phish
- Configuration

## About Netcraft

- Netcraft Home
- About Netcraft
- Phishing Site Feed
- Security Services
- Contact Us

| | | | |
|---|---|---|---|
| **Site** | http://a9.com | **Last reboot** | unknown Uptime graph |
| **Domain** | a9.com | **Netblock owner** | Amazon.com, Inc. |
| **IP address** | 72.21.206.133 | **Site rank** | 43564 |
| **Country** | US | **Nameserver** | pdns1.ultradns.net |
| **Date first seen** | March 2008 | **DNS admin** | hostmaster@a9.com |
| **Domain Registry** | enom.com | **Reverse DNS** | 206-133.amazon.com |
| **Organisation** | A9.com, Inc. | **Nameserver Organisation** | NeuStar, Inc. |
| **Check another site:** | | **Netcraft Site Report Gadget** | Google [More Netcraft Gadgets] |

## Hosting History

| Netblock Owner | IP address | OS | Web Server | Last changed |
|---|---|---|---|---|
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | Apache-Coyote/1.1 | 18-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.57 | Linux | Apache-Coyote/1.1 | 17-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | Apache-Coyote/1.1 | 13-Aug-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | Apache-Coyote/1.1 | 30-Jun-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | unknown | 13-May-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.57 | Linux | unknown | 12-May-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | unknown | 27-Apr-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.57 | Linux | unknown | 26-Apr-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.133 | Linux | unknown | 14-Apr-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.57 | Linux | unknown | 12-Apr-2008 |

COPYRIGHT © NETCRAFT LTD. 2004-8



# Site report for rd.a9.com

| | | | |
|---|---|---|---|
| Site | http://rd.a9.com | Last reboot | unknown    Uptime graph |
| Domain | a9.com | Netblock owner | Amazon.com, Inc. |
| IP address | 72.21.207.50 | Site rank | 32650 |
| Country | US | Nameserver | pdns1.ultradns.net |
| Date first seen | November 2005 | DNS admin | hostmaster@a9.com |
| Domain Registry | enom.com | Reverse DNS | unknown |
| Organisation | A9.com, Inc. | Nameserver Organisation | NeuStar, Inc. |
| Check another site: | | Netcraft Site Report Gadget | [More Netcraft Gadgets] |

**Netcraft Toolbar**
- Home
- Download Now!
- Report a Phish
- Tell a Friend
- Top Reporters
- Phishiest Countries
- Phishiest Hosters
- Most Popular Websites
- Branded Toolbars

Search...

**Toolbar Support**
- FAQ
- Glossary
- Contact Us
- Report a Bug

**Tutorials**
- Installing the Toolbar
- Using the Toolbar
- Getting the Most
- Reporting a Phish
- Configuration

**About Netcraft**
- Netcraft Home
- About Netcraft
- Phishing Site Feed
- Security Services
- Contact Us

## Hosting History

| Netblock Owner | IP address | OS | Web Server | Last changed |
|---|---|---|---|---|
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.210.104 | unknown | Apache-Coyote/1.1 | 17-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.50 | Solaris 8 | Apache-Coyote/1.1 | 16-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.158 | unknown | Apache-Coyote/1.1 | 14-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.210.104 | unknown | Apache-Coyote/1.1 | 13-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.158 | Linux | Apache-Coyote/1.1 | 12-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.50 | unknown | Apache-Coyote/1.1 | 9-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.158 | unknown | Apache-Coyote/1.1 | 8-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.210.104 | Solaris 8 | Apache-Coyote/1.1 | 7-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.210.104 | unknown | Apache-Coyote/1.1 | 6-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.166.158 | unknown | Apache-Coyote/1.1 | 1-Oct-2008 |

COPYRIGHT © NETCRAFT LTD. 2004-8

Exhibit 2; Page 2



NETCRAFT

SOFTLAYER Optimize the delivery of web content so it arrives to your end-users faster than ever. INFO

# Site report for www.clickriver.com

## Netcraft Toolbar

- Home
- Download Now!
- Report a Phish
- Tell a Friend
- Top Reporters
- Phishiest Countries
- Phishiest Hosters
- Most Popular Websites
- Branded Toolbars

Search...

## Toolbar Support

- FAQ
- Glossary
- Contact Us
- Report a Bug

## Tutorials

- Installing the Toolbar
- Using the Toolbar
- Getting the Most
- Reporting a Phish
- Configuration

## About Netcraft

- Netcraft Home
- About Netcraft
- Phishing Site Feed
- Security Services
- Contact Us

| | | | |
|---|---|---|---|
| **Site** | http://www.clickriver.com | **Last reboot** | unknown Uptime graph |
| **Domain** | clickriver.com | **Netblock owner** | Amazon.com, Inc. |
| **IP address** | 207.171.168.93 | **Site rank** | unknown |
| **Country** | US | **Nameserver** | udns1.ultradns.net |
| **Date first seen** | September 1999 | **DNS admin** | hostmaster@amazon |
| **Domain Registry** | networksolutions.com | **Reverse DNS** | 207-171-168-93.amazon.com |
| **Organisation** | A9.com, Inc., Legal Dept., 130 Lytton Ave., Suite 300, Palo Alto, 94301-1044, United States | **Nameserver Organisation** | NeuStar, Inc. |
| **Check another site:** | | **Netcraft Site Report Gadget** | Google [More Netcraft Gadgets] |

## Hosting History

| Netblock Owner | IP address | OS | Web Server | Last changed |
|---|---|---|---|---|
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.163 | Linux | Apache-Coyote/1.1 | 11-Aug-2007 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.168.93 | Linux | Apache-Coyote/1.1 | 10-Aug-2007 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.163 | Linux | Apache-Coyote/1.1 | 8-Aug-2007 |

COPYRIGHT © NETCRAFT LTD. 2004-8

NETCRAFT

HOB RD VPN Desktop on Demand
Secure and performant access to your office PC

# Site report for aws.amazon.com

| | | | |
|---|---|---|---|
| Site | http://aws.amazon.com | Last reboot | unknown Uptime graph |
| Domain | amazon.com | Netblock owner | Amazon.com, Inc. |
| IP address | 207.171.168.25 | Site rank | 41485 |
| Country | US | Nameserver | udns1.ultradns.net |
| Date first seen | December 2005 | DNS admin | hostmaster@amazon.com |
| Domain Registry | networksolutions.com | Reverse DNS | 207-171-168-25.amazon.com |
| Organisation | Amazon.com, Inc, Legal Dept, P.O. Box 81226, Seattle, 98108-1226, United States | Nameserver Organisation | NeuStar, Inc. |
| Check another site: | | Netcraft Site Report Gadget | Google [More Netcraft Gadgets] |

## Hosting History

| Netblock Owner | IP address | OS | Web Server | Last changed |
|---|---|---|---|---|
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.210.163 | Linux | Server | 11-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.131 | Linux | Server | 10-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.168.25 | Linux | Server | 9-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.131 | Linux | Server | 5-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.168.25 | Linux | Server | 31-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.131 | Linux | Server | 29-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.168.25 | Linux | Server | 28-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.131 | Linux | Server | 27-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 207.171.168.25 | Linux | Server | 25-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.206.131 | Linux | Server | 24-Oct-2008 |

### Netcraft Toolbar

- Home
- Download Now!
- Report a Phish
- Tell a Friend
- Top Reporters
- Phishiest Countries
- Phishiest Hosters
- Most Popular Websites
- Branded Toolbars

Search...

### Toolbar Support

- FAQ
- Glossary
- Contact Us
- Report a Bug

### Tutorials

- Installing the Toolbar
- Using the Toolbar
- Getting the Most
- Reporting a Phish
- Configuration

### About Netcraft

- Netcraft Home
- About Netcraft
- Phishing Site Feed
- Security Services
- Contact Us

COPYRIGHT © NETCRAFT LTD. 2004-8



# Site report for s3.amazonaws.com

| | | | |
|---|---|---|---|
| Site | http://s3.amazonaws.com | Last reboot | unknown   Uptime graph |
| Domain | amazonaws.com | Netblock owner | Amazon.com, Inc. |
| IP address | 72.21.202.37 | Site rank | 4018 |
| Country | US | Nameserver | pdns1.ultradns.net |
| Date first seen | May 2006 | DNS admin | hostmaster@amazon.com |
| Domain Registry | godaddy.com | Reverse DNS | s3.amazonaws.com |
| Organisation | Amazon.com, Inc., P.O. Box 81226, Seattle, 98108, United States | Nameserver Organisation | NeuStar, Inc. |
| Check another site: | | Netcraft Site Report Gadget | [More Netcraft Gadgets] |

## Hosting History

| Netblock Owner | IP address | OS | Web Server | Last changed |
|---|---|---|---|---|
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.132 | unknown | AmazonS3 | 14-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.112 | unknown | AmazonS3 | 10-Nov-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.202.192 | unknown | AmazonS3 | 1-Oct-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.211.161 | unknown | AmazonS3 | 29-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.193 | unknown | AmazonS3 | 18-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.211.129 | unknown | AmazonS3 | 16-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.100 | unknown | AmazonS3 | 13-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.202.112 | unknown | AmazonS3 | 10-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.211.144 | unknown | AmazonS3 | 10-Sep-2008 |
| Amazon.com, Inc. 605 5th Ave S SEATTLE WA US 98104 | 72.21.207.135 | unknown | AmazonS3 | 27-Aug-2008 |

COPYRIGHT © NETCRAFT LTD. 2004-8

Exhibit 2; Page 5