O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753 AHM (SHx) | Date | June 15, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. AMAZON.COM, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS IN PART AND DENIES IN PART the *ex parte* application of Alexa Internet for an order setting a deadline for Perfect 10 to respond to Alexa's "cross-motion for summary judgment on contributory liability and motion for summary judgment on direct liability and vicarious liability."[1]  The Court ORDERS Perfect 10 to file an opposition by June 26, 2009 to the part of this motion consisting of the "motion for summary judgment on direct liability and vicarious liability."  Alexa's reply is due July 10, 2009.  On its own motion, the Court STRIKES Alexa's "cross-motion" on contributory liability because it is actually an improper sur-reply in opposition to Perfect 10's partial summary judgment motion.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 294.