Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>AMAZON.COM, INC., et al.<br><br>              Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 05-4753 AHM (SHx)<br>Consolidated with Case No. CV 04-9484 AHM (SHx)<br><br>**DECLARATION OF SEAN CHUMURA IN OPPOSITION TO ALEXA'S EX PARTE APPLICATION**<br><br>**BEFORE JUDGE A. HOWARD MATZ**<br><br>Date: Ex Parte Opposition<br>Time: Ex Parte Opposition<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date:  None Set<br>Pretrial Conference Date:  None Set<br>Trial Date:  None Set |

Declaration of Sean Chumura in Opposition to Alexa Ex Parte Application

I, Sean Chumura, declare as follows:

1. I am a professional programmer with over 15 years of experience in Computer Security and Computer Forensics. I was a student and protégé of Michael R. Anderson, a pioneer in the Science of Computer Forensics. I have testified as an expert in court proceedings in the field of Computer Forensics. I have an issued patent in which I am a co-inventor, in the field of computer security. I have worked with the federal, state, and local governments, as well as foreign governments and private industry, in the field of computer security and computer forensics. I have been certified by NTI, one of the most knowledgeable and respected firms for forensic computer science, for governmental and private sector computer forensics. I was admitted into the prestigious Washington, D.C. Law Enforcement Association HTCC (High Tech Crime Consortium group) by confirmation from the FBI, and I am a member of numerous task forces and associations. The following are some of the entities I have done work for over the past four years: Baseline Control, Biche, City of Beverly Hills, Computer Sciences Corporation, D.I.S.A. (Defense Information Systems Agency), D.H.S. (Department of Homeland Security), F.B.I. (Federal Bureau of Investigation), JFCOMM (Joint Forces Command), LGB Associates Inc., Lockheed Martin, NOW Solutions, Oasis Network LLC, Northrup Grummen, Perfect 10, Inc., Sun Microsystems, Transaction Solutions, VCSY (Vertical Computer Systems), Westinghouse, as well as other government agencies. For some of the projects that I have worked on, I have had a Top Secret security clearance.

2. I have consulted for the FBI in the areas of cyberterrorism, forensic computer investigation, and white collar crime. I have extensive experience writing computer programs, including programs to protect computers from viruses, denial of service attacks, and other malicious acts. I have also written programs to investigate piracy, to detect financial fraud, and to allow computer

1  networks to identify computers that are no longer functioning properly due to
2  software issues and correct those problems in an automated fashion.  I also
3  cofounded the first private cyber warfare/terrorism defense center and helped
4  develop the technology to identify attacks against infrastructure in near real-time.

5      3.    I submit this declaration in support of Perfect 10's Opposition to
6  Alexa's Ex Parte Application to strike Perfect 10's Cross Motion.  Alexa says that
7  the Internet Archive is "an unrelated third party."  Page 3, line 26.  However, the
8  Internet Archive (archive.org) states that it receives its entire crawl from Alexa.
9  Attached hereto as Exhibit 1 is a true and correct download of a portion of
10 InternetArchive Frequently Asked Questions, which I downloaded from
11 archive.org on July 6, 2009.  I highlighted relevant parts in yellow.

12     4.    The archive.org website provides credits and links to Alexa's website.
13 Attached as Exhibit 2 is a true and correct download of a page from archive.org
14 which I downloaded on July 6, 2009.  One of these links states "Go Wayback
15 anytime with the Alexa Toolbar!"

16     5.    Attached as page 1 of Exhibit 3 is a true and correct copy of an
17 alexa.com web page that I viewed and downloaded.  It states, "When your toolbar
18 is used to make purchases on Amazon.com you get paid a commission from the
19 Amazon associate program."  At the request of Dr. Norman Zada, I signed up for
20 the Amazon Associates program and then used the toolbar that Alexa offered as
21 shown on page 1 of Exhibit 3 to make a customized PERFECT10 toolbar, which I
22 then downloaded so that it would appear next to my browser bar as I surfed the
23 Internet.  This is shown under the check mark on page 1 of Exhibit 3.  Attached as
24 page 2 of Exhibit 3 is a true and correct copy of what appeared on my computer
25 screen when I visited the URL shown in the browser bar, namely,
26 http://www.averlo.com/lucas/Veronica_Zemanova/image2.html.  A 404 error
27 means the webpage was currently not available.  Attached as page 3 of Exhibit 3 is
28

2
Declaration of Sean Chumura In Opposition to Alexa's Ex Parte Application

1  a true and correct download of the page that appeared on my screen on July 1,
2  2009, when I clicked on the checked icon of the Alexa toolbar appearing to the left
3  of the amazon.com logo at the upper right of my screen, shown on page 2.
4  Attached as page 4 of Exhibit 3 is a true and correct download of what appeared on
5  my computer screen on July 1, 2009, when I clicked on the "Feb 20, 2004" link
6  shown on page 3 of Exhibit 3. The URL in the browser bar on page 4 of Exhibit 3
7  contains the URL web.archive.org, which means the image is stored on the servers
8  of archive.org. After that, appears a number, the first 8 digits of which are
9  20040220, which corresponds to the date Feb 20, 2004, of the link I clicked on,
10 followed by the URL that I was originally trying to visit,
11 http://www.averlo.com/lucas/Veronica_Zemanova/image2.html.
12 Attached as page 5 of Exhibit 3 is a true and correct copy of the full image I
13 obtained using the Alexa toolbar. So Alexa's toolbar provides a direct link to the
14 material I was looking for, from archive.org.
15       I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct to the best of my knowledge.
17       Executed on July 6, 2009, at Pittsburgh, Pennsylvania.
18
19
20                                                Sean Chumura
21
22
23
24
25
26
27
28
                                            3
              Declaration of Sean Chumura In Opposition to Alexa's Ex Parte Application

# Exhibit 1



Web
Moving Images
Texts
Audio
Software
Education
Patron Info
About IA

Home | Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios

Search:

Advanced Search

Anonymous User (login or join us)

## Frequently Asked Questions

[ **The Wayback Machine** | **Audio** | **Texts and Books** | **Live Music Archive** | **The Internet Archive** | **Movies** | **Downloading Content** | **Virtual Library Cards (AKA Accounts)** | **FreeCache** | **DocuComp** | **Prelinger Movies** | **Search Tips** | **Uploading Content** | **Forums** | **SFLan** | **Report Item** | **Rights** | **Equipment** | **Archive-It** ]

### Questions

**What is the Wayback Machine? How can I get my site included in the Wayback Machine?**

**How can I remove my site's pages from the Wayback Machine?**

**What is the Archive-It service of the Internet Archive Wayback Machine?**

### The Wayback Machine

**What is the Wayback Machine? How can I get my site included in the Wayback Machine?**

The **Internet Archive Wayback Machine** is a service that allows people to visit archived versions of Web sites. Visitors to the Wayback Machine can type in a URL, select a date range, and then begin surfing on an archived version of the Web. Imagine surfing circa 1999 and looking at all the Y2K hype, or revisiting an older version of your favorite Web site. The Internet Archive Wayback Machine can make all of this possible.

**How can I get my site included in the Wayback Machine?**

Alexa Internet has been crawling the web since 1996, which has resulted in a massive archive.

Method 1: If you have a web site, and you would like to ensure that it is saved for posterity in the Internet Archive, and you've

[Can I link to old pages on the Wayback Machine?](#)

[Why isn't the site I'm looking for in the archive?](#)

[What does it mean when a site's archive data has been "updated"?](#)

[Who was involved in the creation of the Internet Archive Wayback Machine?](#)

[How was the Wayback Machine made?](#)

[How large is the Wayback Machine?](#)

[What type of machinery is used in this Internet Archive?](#)

[How do you archive dynamic pages?](#)

[Why are some sites harder to archive than others?](#)

searched wayback and found no results, you can visit the Alexa's "Webmasters" page at [http://www.alexa.com/help/webmasters#crawl_site](http://www.alexa.com/help/webmasters#crawl_site).

Method 2: If you have the Alexa tool bar installed, just visit a site.

Method 3: While visiting a site using the Internet Explorer browser, use the 'show related links' in Internet Explorer, which uses the Alexa service.

In all cases, ensure that your site's 'robots.txt' rules and in-page META robots directives do not tell crawlers to avoid your site.

Sites are usually crawled within 8 weeks of submission, sometimes much sooner. However, there is a 6-14 month lag between the date a site is crawled and the date it appears in the Wayback Machine.

**How can I remove my site's pages from the Wayback Machine?**

The Internet Archive is not interested in preserving or offering access to Web sites or other Internet documents of persons who do not want their materials in the collection. By placing a simple robots.txt file on your Web server, you can exclude your site from being crawled as well as exclude any historical pages from the Wayback Machine.

Internet Archive uses the exclusion policy intended for use by both academic and non-academic digital repositories and archivists. See our [exclusion policy](#).

Here are [directions on how to automatically exclude your site](#). If you cannot place the robots.txt file, opt not to, or have further questions, email us at info at archive dot org.

If you are emailing to ask that your website not be archived, please note that you'll need to include the url (web address) in the text of your message.

**What is the Archive-It service of the Internet Archive Wayback Machine?**

**Some sites are not available because of robots.txt or other exclusions. What does that mean?**

**How can I help the Internet Archive and the Wayback Machine?**

**Can I search the Archive?**

**Where is the rest of the archived site? Why am I getting broken or gray images on a site?**

**How do I contact the Internet Archive?**

**What is the Wayback Machine's Copyright Policy?**

**Why is the Internet Archive collecting sites from the Internet? What makes the information useful?**

**Do you archive**

For information on the **Archive-It** subscription service that allows institutions to build and preserve collections of born digital content, see **http://www.archive.org/about/faqs.php#Archive-It**

### Can I link to old pages on the Wayback Machine?

Yes! The Wayback Machine is built so that it can be used and referenced. If you find an archived page that you would like to reference on your Web page or in an article, you can copy the URL. You can even use fuzzy URL matching and date specification... but that's a bit more advanced.

### Why isn't the site I'm looking for in the archive?

Some sites may not be included because the automated crawlers were unaware of their existence at the time of the crawl. It's also possible that some sites were not archived because they were password protected, blocked by robots.txt, or otherwise inaccessible to our automated systems. Siteowners might have also requested that their sites be excluded from the Wayback Machine. When this has occurred, you will see a "blocked site error" message. When a site is excluded because of robots.txt you will see a "robots.txt query exclusion error" message.

### What does it mean when a site's archive data has been "updated"?

When our automated systems crawl the web every few months or so, we find that only about 50% of all pages on the web have changed from our previous visit. This means that much of the content in our archive is duplicate material. If you don't see ""*"" next to an archived document, then the content on the archived page is identical to the previously archived copy.

### Who was involved in the creation of the Internet Archive Wayback Machine?

"The original idea for the Internet Archive Wayback Machine began in 1996, when the Internet Archive first began archiving the web. Now, five years later, with over 100 terabytes and a dozen web crawls completed, the Internet Archive has made the Internet Archive Wayback Machine available to the public.

**email? Chat?**

**Do you collect all the sites on the Web?**

**Is there any personal information in these collections?**

**Who has access to the collections? What about the public?**

**How can I get a copy of the pages on my Web site? If my site got hacked or damaged, could I get a backup from the Archive?'**

**Can people download sites from the Wayback?**

**How do you protect my privacy if you archive my site?**

**What does 'failed connection' and other error messages mean?**

**Why are there no**

The Internet Archive has relied on donations of web crawls, technology, and expertise from Alexa Internet and others. The Internet Archive Wayback Machine is owned and operated by the Internet Archive."

**How was the Wayback Machine made?**

Alexa Internet, in cooperation with the Internet Archive, has designed a three dimensional index that allows browsing of web documents over multiple time periods, and turned this unique feature into the Wayback Machine.

**How large is the Wayback Machine?**

The Internet Archive Wayback Machine contains almost 2 petabytes of data and is currently growing at a rate of 20 terabytes per month. This eclipses the amount of text contained in the world's largest libraries, including the Library of Congress.

**What type of machinery is used in this Internet Archive?**

Much of the Internet Archive is stored on hundreds of slightly modified x86 servers. The computers run on the Linux operating system. Each computer has 512Mb of memory and can hold just over 1 Terabyte of data on ATA disks. However we are developing a new way of storing our data on a smaller machine. Each machine will store 1 terabyte. For more information go to www.petabox.org.

**How do you archive dynamic pages?**

There are many different kinds of dynamic pages, some of which are easily stored in an archive and some of which fall apart completely. When a dynamic page renders standard html, the archive works beautifully. When a dynamic page contains forms, JavaScript, or other elements that require interaction with the originating host, the archive will not contain the original site's functionality.

**Why are some sites harder to archive than others?**

If you look at our collection of archived sites, you will find some broken pages, missing graphics, and some sites that aren't

[recent archives in the Wayback Machine?](#)

[How does the Wayback Machine behave with Javascript turned off?](#)

[How did I end up on the live version of a site? or I clicked on X date, but now I am on Y date, how is that possible? Why can I only see 930 out of the 2000 results?](#)

[Where does the name come from?](#)

[How do I cite Wayback Machine urls in MLA format?](#)

[How can I get pages authenticated from the Wayback Machine? How can use the pages in court?](#)

[For more information...](#)

archived at all. Here are some things that make it difficult to archive a web site:

- Robots.txt -- We respect robot exclusion headers.
- Javascript -- Javascript elements are often hard to archive, but especially if they generate links without having the full name in the page. Plus, if javascript needs to contact the originating server in order to work, it will fail when archived.
- Server side image maps -- Like any functionality on the web, if it needs to contact the originating server in order to work, it will fail when archived.
- Unknown sites -- The archive contains crawls of the Web completed by Alexa Internet. If Alexa doesn't know about your site, it won't be archived. Use the Alexa Toolbar (available at www.alexa.com), and it will know about your page. Or you can visit Alexa's Archive Your Site page at http://pages.alexa.com/help/webmasters/index.html#crawl_site.
- Orphan pages -- If there are no links to your pages, the robot won't find it (the robots don't enter queries in search boxes.)

As a general rule of thumb, simple html is the easiest to archive.

**Some sites are not available because of robots.txt or other exclusions. What does that mean?**

The Internet Archive follows the Oakland Archive Policy for Managing Removal Requests And Preserving Archival Integrity

The Standard for Robot Exclusion (SRE) is a means by which web site owners can instruct automated systems not to crawl their sites. Web site owners can specify files or directories that are disallowed from a crawl, and they can even create specific rules for different automated crawlers. All of this information is contained in a file called robots.txt. While robots.txt has been adopted as the universal standard for robot exclusion, compliance with robots.txt is strictly voluntary. In fact most web sites do not have a robots.txt file, and many web crawlers are not programmed to obey the instructions anyway. However, Alexa Internet, the company that crawls the web for the Internet Archive, does respect robots.txt instructions, and even

does so retroactively. ==If a web site owner decides he / she prefers not to have a web crawler visiting his / her files and sets up robots.txt on the site, the Alexa crawlers will stop visiting those files and will make unavailable all files previously gathered from that site.== This means that sometimes, while using the Internet Archive Wayback Machine, you may find a site that is unavailable due to robots.txt (you will see a "robots.txt query exclusion error" message). Sometimes a web site owner will contact us directly and ask us to stop crawling or archiving a site, and we endeavor to comply with these requests. When you come accross a "blocked site error" message, that means that a siteowner has made such a request and it has been honored.

- # Storage and Preservation

The Archive has two practical considerations in dealing with digital collections:

How to store massive amounts of data
How to preserve the data for posterity

## Storage

Storing the Archive's collections involves parsing, indexing, and physically encoding the data. With the Internet collections growing at exponential rates, this task poses an ongoing challenge.

Our hardware consists of PCs with clusters of IDE hard drives. Data is stored on DLT tape and hard drives in various appropriate formats, depending on the collection. Web data is received and stored in archive format of 100-megabyte ARC files made up of many individual files. Alexa Internet (currently the source of all crawls in our collections) is proposing ARC as a standard for archiving Internet objects. See Alexa for the format specification.

## Preservation

Preservation is the ongoing task of permanently protecting stored resources from damage or destruction. The main issues are guarding against the consequences of accidents and data degradation and maintaining the accessibility of data as formats become obsolete.

**Accidents:** Any medium or site used to store data is potentially vulnerable to accidents and natural disasters. Maintaining copies of the ArchiveÃ¯Â¿Â½s collections at multiple sites can help alleviate this risk. Part of the collection is already handled this way, and we are proceeding as quickly as possible to do the same with the rest.

**Migration:** Over time, storage media can degrade to a point where the data becomes permanently irretrievable. Although DLT tape is rated to last 30 years, the industry rule of thumb is to migrate data every 10 years. We no longer use tapes for storage, however. Please take a look at our page on our Petabox system for more information on our storage systems.

**Data formats:** As advances are made in software applications, many data formats become obsolete. We will be collecting software and emulators that will aid future researchers, historians, and scholars in their research.

**Find out**

# Exhibit 2



**Web** **Moving Images** **Texts** **Audio** **Software** **Education** **Patron Info** **About IA**

*Home* | *Donate* | *Forums* | *FAQs* | *Contributions* | *Terms, Privacy, & Copyright* | *Contact* | *Jobs* | *Bios*

Search:                                    Advanced Search                 Anonymous User (login or join us)      Upload

### Media Coverage [more]

- Library Partnership Preserves End-of-Term Government Web Sites
- Senators Ask FBI to Explain Flawed 'National Security Letter' to Internet Archive
- FBI Backs Off From Secret Order for Data After Lawsuit
- Online library gets FBI to back off
- Internet Archive Challenges F.B.I.'s Secret Records Demand
- Brewster Kahle profiled in GOOD magazine
- Podcast of Brewster at South By Southwest!
- Nasa and Internet Archive Team to Digitize Space Imagery
- OSTI Partners with Internet Archive
- Brewster Kahle interviewed in Second Life!

### Credits: Thank You from the Internet Archive

**Institutional Support**



Alexa Internet.

Hewlett Packard

The Kahle/Austin Foundation

Prelinger Archives

National Science Foundation

# Exhibit 3



Find sites about   Go

Company   Help

Home   Top Sites   Site Info   Hot Urls   Toolbar   **For Site Owners**

Edit your Listing | Site Widgets | **Custom Toolbar** | Alexa Data

## Create a customized Alexa Toolbar for your web site - FREE!




### Build your Business

Your logo is built into the web browser. You will get more repeat visits and more loyal users.

### Make Money

When your toolbar is used to make purchases on Amazon.com you get paid a commission from the Amazon associate program.

There are several ways your visitors can make purchases to earn you money:

The Amazon.com button in the toolbar takes your visitors directly to Amazon.com with your associates ID.

Search for Amazon.com products directly from the Toolbar and those results will carry your associates ID.

If you aren't yet an *Amazon.com associate*, you'll need to sign up now. Once you have an Amazon.com associate ID, you can proceed to the next step and get a link your customized Alexa Toolbar.

[Continue]



Company | Help | Download the Alexa Toolbar!
About | FAQ's | Privacy Policy | Terms of Use
Advertise | Tour | © Alexa Internet, Inc.
Jobs | | An amazon.com company






Case 2:05-cv-04753-AHM -SH   Document 318   Filed 07/07/09   Page 19 of 20   Page ID #:5216

**[Home] [Index Page] [Prev] [Next]**