O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4753 AHM (SHx) | Date | July 9, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. AMAZON.COM, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court expects to rule on the pending summary judgment motions by late summer and believes it can do so without ruling on Defendants' motion concerning the identification of infringements (the so-called "mega motion" filed on June 23, 2008). The Court thus denies the Rule 56(f) motion of Defendants Amazon.com and Alexa with respect to Perfect 10's partial summary judgment motion as to contributory copyright infringement and ineligibility for DMCA safe harbor.

The Court hereby sets a deadline of October 5, 2009 to file any other summary judgment motion in this case. The only basis for modifying that deadline that the Court might consider would be that the rulings on the pending motions had not "mooted" the need for ruling on the mega motion, from a practical perspective. No later than three weeks before the deadline, Amazon.com and Alexa Internet shall inform Perfect 10 whether they intend to move for summary judgment on their affirmative defenses. If so, Perfect 10 may not seek to dispose of these defenses via summary judgment.

The Court intends to set a trial date for the Tuesday of the week following ten weeks after the Court's ruling on the last remaining summary judgment motion.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |