Jeffrey N. Mausner (State Bar No. 122385)
Law Offices Of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone:  (310) 617-8100; (818) 992-7500
Facsimile:   (818) 716-2773

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., et al.,<br><br>  Defendants. | CASE NO. CV 05-4753 AHM (SHx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

1

Order For Dismissal With Prejudice

## ORDER

This action is dismissed with prejudice, pursuant to the parties' settlement, with each party to bear its own attorneys fees and costs.

This Court shall retain continuing jurisdiction over the Action and over the parties to this Stipulation for the purpose of interpreting and implementing the settlement, or adjudicating any dispute that may arise relating to the settlement or its performance, including by motion.

The consolidated action against Google, Inc., Case No. CV 04-9484 AHM (SHx), is not dismissed.

IT IS SO ORDERED.

Dated: March 15, 2010

_____
A. HOWARD MATZ
United States District Judge