O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-09484-AHM (SHx)<br>CV05-04753-AHM (SHx)  * | Date | April 5, 2010 |
|---|---|---|---|
| Title | PERFECT 10 INC. v. GOOGLE INC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner | Michael T. Zeller<br>Bradley R. Love |

**Proceedings:** PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE [772] (non-evidentiary)

    Court circulates its Memorandum to Parties containing questions to counsel, a copy of which is attached hereto. Court hears oral argument. For reasons stated on the record, the Court takes plaintiff's motion for preliminary injunction under submission. The parties are to order a transcript of this hearing and to split the costs incurred.

    On this date, the Court returned the external hard drive ("disk") lodged on October 14, 2008 as Plaintiff Perfect 10's Notice of Filing of Disk that Contains Exhibit 42 to the Declaration of Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment Against Alexa and Amazon in CV05-4753-AHM (SHx).

|  | : | 1 |
|---|---|---|
| Initials of Preparer | | SMO |

(Attachment not included with this copy of the minute order.)